AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-00017

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The City of Seattle
was received by me on *(date)* 01/23/2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served the City of Seattle by email to CityClerkFiling@Seattle.gov per the City's website http://www.seattle.gov/mayor/service-of-legal-documents, and received confirmation of acceptance of service of the complaint and summons by the clerk.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/05/2023

*Server's signature*

Trish Weissmann, Legal Assistanat
*Printed name and title*

705 Second Ave., Suite 1500, Seattle, WA 98104
*Server's address*

Additional information regarding attempted service, etc: