Hon. Theresa L. Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4) AND JANE DOES (#1-2)<br><br>Defendants. | No.    2:23-cv-00017 TLF<br><br>NOTICE OF APPEARANCE<br><br>[CLERK'S ACTION REQUIRED] |

TO:   The Clerk of Court; and

TO:   All Parties and Their Counsel:

**PLEASE TAKE NOTICE** that Kerala Cowart, Assistant City Attorney, enters her notice of appearance for Defendant City of Seattle and requests that all future papers and pleadings in this matter, except original process, be served through ECF or at the address stated below.

701 5th Avenue, Suite 2050
Seattle, WA  98104

NOTICE OF APPEARANCE - 1
2:23-cv-00017 TLF

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

DATED this 24th day of January, 2023.

        ANN DAVISON
        Seattle City Attorney

By:  */s/Kerala Cowart*
     Kerala Cowart, WSBA# 53649
     Assistant City Attorney

E-mail: kerala.cowart@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200

*Attorney for Defendants City of Seattle, Alexander Patton, Travis Jordon, Dylan Nelson*

NOTICE OF APPEARANCE - 2
2:23-cv-00017 TLF

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200