UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEREK TUCSON et al.,<br><br>                    Plaintiff(s),<br>v.<br><br>CITY OF SEATTLE et al.,<br><br>                    Defendant(s). | CASE NO. 2:23−cv−00017−MJP<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Marsha J. Pechman, United States District Judge. All future documents filed in this case must bear the cause number 2:23−cv−00017−MJP and bear the Judge's name in the upper right hand corner of the document.

DATED February 7, 2023

                                      Ravi Subramanian
                                      Clerk of Court

                                      By:  /s/ Gayle M Riekena
                                            Deputy Clerk