Honorable Marsha J. Pechman
Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4) AND JANE DOES (#1-2)<br><br>Defendants. | No.   2:23-cv-00017 MJP TLF<br><br>**DECLARATION OF KERALA T. COWART IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

I, KERALA T. COWART, being familiar with the facts set forth herein based on my personal knowledge, and being competent to testify, hereby declare under penalty of perjury that the following is true and correct:

1. I am an Assistant City Attorney representing Defendants in the above-captioned matter.

2. Attached as **Exhibit A** is a true and correct copy of the City of Seattle's Property Destruction Ordinance, SMC 12A.08.020, currently in effect.

DECLARATION OF KERALA T. COWART IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS - 1
2:23-cv-00017 MJP TLF

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

3.  Attached as **Exhibit B** is a true and correct certified copy of the amended version of the Property Destruction ordinance.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 21st day of March, 2023 at Seattle, King County, Washington.

/s Kerala T. Cowart
KERALA T. COWART

DECLARATION OF KERALA T. COWART IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS - 2
2:23-cv-00017 MJP TLF

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200