1

Honorable Marsha J. Pechman

2

3

4

5

6

7
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9
DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,

No. 2:23-cv-00017-MJP

10

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs,

11

12
v.

13
CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4), and JANE DOES (#1-2)

14

15
Defendants.

16

17

18
The Court, having reviewed Plaintiff's Motion for Preliminary Injunction and supporting

19
materials,  and having reviewed _____

20
_____

21
_____;

22
the Court hereby FINDS_____

23
_____

24
_____;

25
now therefore the Court hereby ORDERS that Plaintiff's Motion for Preliminary Injunction is

26
GRANTED. Defendants are preliminarily enjoined from enforcement of SMC

27
12A.08.020(A)(2). This Order is issued under FRCP 65 for the reason that SMC

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

1   12A.08.020(A)(2) facially violates the First and Fourteenth Amendments to the United States

2   Constitution. Defendants are enjoined from arrest, detention, or prosecution under SMC

3   12A.08.020(A)(2) pending judgment or trial on the merits in this proceeding.

4

5   Signed this _____

6

7

8                                               _____

9                                               Hon. Marsha J. Pechman, U.S. District Court Judge

10

11   Presented by:

12

13

14

15

16

17

18   By: MacDONALD HOAGUE & BAYLESS          By: THE LAW OFFICE OF NEIL FOX
        705 Second Avenue, Suite 1500              2125 Western Ave Ste 330
19      Seattle, Washington 98104                  Seattle, WA 98121-3573
        Tel 206.622.1604 Fax 206.343.3961          Tel 206.728.5440 Fax 866.422.0542
20
        *s/Braden Pence*                           *s/Neil Fox*
21      Braden Pence, WSBA #43495                  Neil Fox, WSBA #15277
        Email: bradenp@mhb.com                     Email: nf@neilfoxlaw.com
22
        *s/Nathaniel Flack*
23      Nathaniel Flack, WSBA #58582
        Email: nathanielf@mhb.com
24

25

26      Attorneys for Plaintiff

27

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION - 2

No. 2:23-cv-00017-MJP

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on this date I electronically filed the foregoing document with the

3

Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

4

following individuals:

5

6

Attorneys for Defendants

7

Ann Davison
Seattle City Attorney

8

9

Jessica Leiser, WSBA#49349
Assistant City Attorney
Email: Jessica.leiser@seattle.gov

10

11

Kerala Cowart, WSBA #53649
Assistant City Attorney
Email: kerala.cowart@seattle.gov

12

13

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104

14

15

DATED this 23rd day of March, 2023, at Seattle, Washington.

16

17

18

_s/ Lucas Wildner_____
Lucas Wildner

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION - 3

No. 2:23-cv-00017-MJP

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961