Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4), and JANE DOES (#1-2)<br><br>Defendants. | No. 2:23-cv-00017-MJP<br><br>DECLARATION OF NATHANIEL FLACK IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

I, Nathaniel Flack, declare as follows:

1. I am an attorney licensed to practice law in the State of Washington. I represent Plaintiffs in the above matter. I have personal knowledge of the following.

2. Attached here is a true copy of the arrest report documenting Defendants' arrest of Plaintiffs on January 1, 2020, labeled **Exhibit 1.**

3. Attached here is a true copy of a letter to the editor, by Mark Sidran, published by the Seattle Post-Intelligencer on August 29, 1996, labeled **Exhibit 2.**

4. Attached here is a true copy of an article published April 3, 1996 in the Seattle Post-Intelligencer, titled "Unremoved Graffiti Could Lead to Fines," labeled **Exhibit 3**.

DECLARATION OF NATHANIEL FLACK IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - 1

No. 2:23-cv-00017-MJP
19487.00001 qb102301

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

5. Attached here is a true copy of an April 1996 memorandum from then City Attorney Mark Sidran to the City Council, labeled **Exhibit 4.**

6. Attached here are records of complaints regarding the temporary barrier blocking the sidewalk in front of the East Precinct on January 1, 2021, obtained via the City of Seattle's publicly available permitting records portal on January 13, 2023, labeled **Exhibit 5.**

7. Attached here is Seattle City Council 120521, passed by the City Council on and signed by Seattle Mayor Bruce A. Harrell on March 14th, 2023, labeled as **Exhibit 6.**

I swear the foregoing is true to the best of my knowledge under penalty of perjury under the laws of the United States of America.

SIGNED this 23rd day of March at Seattle, WA

                              MacDONALD HOAGUE & BAYLESS

                              By: __/s/Nathaniel Flack_____
                                  Nathaniel Flack, WSBA #58582
                                  NathanielF@mhb.com
                                  Attorneys for Plaintiffs

DECLARATION OF NATHANIEL FLACK IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - 2

No. 2:23-cv-00017-MJP
19487.00001 qb102301

**MacDONALD HOAGUE & BAYLESS**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Attorneys for Defendants

Ann Davison
Seattle City Attorney

Jessica Leiser, WSBA#49349
Assistant City Attorney
Email: Jessica.leiser@seattle.gov

Kerala Cowart, WSBA #53649
Assistant City Attorney
Email: kerala.cowart@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104

DATED this 23rd day of March, 2023, at Seattle, Washington.

                          ___s/ Lucas Wildner_____
                          Lucas Wildner, Legal Assistant

DECLARATION OF NATHANIEL FLACK IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - 3

No. 2:23-cv-00017-MJP
19487.00001 qb102301

**MACDONALD HOAGUE & BAYLESS**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961