Exhibit 1 to Declaration of Nathaniel Flack

## Report Number 2021-000736 - Incident / Offense Report Report

| REPORT DATE / TIME | PRECINCT / SECTOR / BEAT / RA / SUBDIVISION 5 | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME |
|---|---|---|
| Jan 1, 2021 22:57 | E / E / E2 / 675 | Jan 1, 2021 22:33 |

REPORT WRITER
ALEXANDER PATTON #8450

ASSISTING PERSONNEL / TYPE(S)
TRAVIS JORDON #8395 (Backing Officer)

REPORT TAKEN LOCATION
EAST PCT, 1519 12 AV, SEATTLE, WA 98122

EVENT STATISTICS

- ☐ Event Contains Bias Elements
- ☐ AED Used
- ☐ Hate Graffiti

- ☐ Event is DV Related
- ☐ Cybercrime
- ☐ Shooting (Fatal Injury)
- ☐ ICV Exists

- ☐ Homelessness
- ☐ Naloxone Administered
- ☐ Shots Fired (Eyewitness/Casings/Property Damage)
- ☐ DEMS
- ☒ Body Worn Video
- ☐ Shooting (Non-Fatal Injury)

## NARRATIVE

On 01-01-2021 I was working uniformed patrol in the city of Seattle as 3-CHARLIE-1 in a fully marked patrol vehicle. At approx. 2233 hours I was dispatched to 1519 12 Av Seattle (NW Corner). Call Remarks

NW CORNER BARRIER WALL ENTRANCE TO THE SALLY PORT ENTRANCE

Shortly prior to our arrival the East Precinct clerk reported that there was two subjects "tagging" the northwest corner of the precinct. The clerk provided the descriptions of the two unknown suspects (1/ SUPS WRG LT COLORED CLOTHING, ... 2/DRK JKT, DRK PANTS, DRK SHOES W/WHT SOLES). Officers stepped outside via the roll call room and observed ARRESTED/Derek Tuscon and ARRESTED/Robin Snyder at the northwest corner of the East Precinct standing next to the wall. Both Derek and Robin matched the description provided the clerk. Officers placed both into handcuffs and walked them into the East Precinct as there was a approx. 6-10 agitated individuals outside yelling.

Once separated from the crowd I return to the clerk's desk and reviewed the footage with him. The footage shows Derek and Robin writing on the exterior wall with an unknown object later determined to be charcoal. Officers on scene observed black writing on the wall which the clerk reported to be new, photos were later taken.

Both Derek and Robin were read Miranda and advised they were under arrest for property destruction. Derek post Miranda admitted to writing on the wall with the charcoal, officers did not recover it at the scene.

While officers were conducting their investigation, the small crowd continued to stay at the NW corner of the East Precinct despite officers being gone. During this ARRESTED/Erik Moya-Delgado and ARRESTED/Monsieree De Castro were also captured camera writing on the wall of the East Precinct. Both were advised they were under arrest for property destruction, read Miranda and searched incident to arrest. It should be noted that while on scene officers observed pink writing on the wall which matched the chalk discovered in Erik's pocket. Officers also discovered pink chalk on Monsieree which was later submitted to evidence along with Erik's.

I reviewed SMC 12A.0820 "Property Destruction" and observed it stated a person is guilty if

1. Intentionally damages the property of another; or

2. Writes, paints or draws any inscription, figure or mark of any type on any public or private building or other structure or any real or personal property owned by any other person.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| TRAVIS JORDON #8395   Jan 2, 2021 00:25 (e-signature) | RYAN KENNARD #7555   Jan 2, 2021 02:04 (e-signature) |
| PRINT NAME | PRINT NAME |
| TRAVIS JORDON #8395 | RYAN KENNARD #7555 |

Based on the footage that officers observed through the East Precinct cameras I determined there was probable cause to arrest them for property damage.

All of them were later transported to KCJ without further incident. Officer Nelson later discovered a live stream of the incident which he downloaded and submitted to evidence.

It should be noted that when I checked Mark 43 I observed Erik, Derek and Alexandera had been arrested previous time for crimes such as obstruction, trespassing and failure to disperse. Monsieree has also been arrested in Seattle for trespassing and obstruction.

### *REPORTING PARTY 1*

REPORTING PARTY- (ORGANIZATION)

R-1 SPD

ORGANIZATION TYPE

Government

## OFFENSE-1

OFFENSE CODE

SMC - 12A.08.020 | PROPERTY DESTRUCTION

| OFFENSE START DATE | OFFENSE COMPLETION | DOES EVENT CONTAIN BIAS ELEMENTS? |
|---|---|---|
| Jan 1, 2021 22:33 | ■ COMPLETED<br>☐ ATTEMPTED | ☐ YES ■ NO |

### *OFFENSE LOCATION*

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION

EAST PCT, 1519 12 AV

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| SEATTLE | WA | 98122 | US |

| LOCATION CATEGORY | PRECINCT / SECTOR / BEAT / RA / SUBDIVISION 5 |
|---|---|
| Government/ Public Building | E / E / E2 / 675 |

### *VICTIMS 1*

VICTIMS- NAME

V-1 SEATTLE POLICE

| ORGANIZATION TYPE | ORGANIZATION INDUSTRY |
|---|---|
| Criminal Justice | Government Administration |

MAILING ADDRESS

1519 12TH AVE, SEATTLE, WA 98122

NAME IDENTIFIER

Legacy Versaterm BIN: 312944396

### *SUSPECTS 1*

| SUSPECTS- NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-1 MoyaDelgado, Erik Adrian | 1994-12-14 |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | White / Unknown |

HOME ADDRESS

11693 CATHY DR, GRASS VALLEY, CA 95949

### *SUSPECTS 2*

| SUSPECTS-2 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-2 DeCastro, Monsieree Badere | 1991-11-14 |

| SEX | RACE / ETHNICITY |
|---|---|
| Female | Asian |

HOME ADDRESS

119 ROY, APT 409, SEATTLE, WA 98119

### *SUSPECTS 3*

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| TRAVIS JORDON #8395  Jan 2, 2021 00:25 (e-signature) | RYAN KENNARD #7555  Jan 2, 2021 02:04 (e-signature) |
| PRINT NAME | PRINT NAME |
| TRAVIS JORDON #8395 | RYAN KENNARD #7555 |

| SUSPECTS-3 NAME (LAST, FIRST MIDDLE) | | DOB / ESTIMATED AGE RANGE |
|---|---|---|
| S-3 Snyder, Robin Alexandra | | 1995-03-21 |

| SEX | RACE / ETHNICITY | |
|---|---|---|
| Female | White | |

**HOME ADDRESS**

1613 MLK, SEATTLE, WA 98122

*SUSPECTS 4*

| SUSPECTS-4 NAME (LAST, FIRST MIDDLE) | | DOB / ESTIMATED AGE RANGE |
|---|---|---|
| S-4 Tucson, Derek CHARLES | | 1990-12-30 |

| SEX | RACE / ETHNICITY | |
|---|---|---|
| Male | Unknown | |

**HOME ADDRESS**

225 OLYMPIC, APT 209, SEATTLE, WA 98119

## VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS / DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | TOTAL ($) VALUE |
|---|---|---|---|---|
| Concrete Barricade / Gray (GRY) | Destroyed/Damaged/Vandalized / Jan 1, 2021 | | | UNKNOWN |
| Chalk / Pink (PNK) | Evidence / Jan 1, 2021 / Evidence | | | UNKNOWN |

## RELATIONSHIPS ADDENDUM

| NAME | RELATIONSHIP | SUBJECT |
|---|---|---|
| Derek CHARLES Tucson | RELATIONSHIP TO ORGANIZATION UNKNOWN | SEATTLE POLICE |
| Erik Adrian MoyaDelgado | ACQUAINTANCE OF | Derek CHARLES Tucson |
| Erik Adrian MoyaDelgado | ACQUAINTANCE OF | Monsieree Badere DeCastro |
| Erik Adrian MoyaDelgado | ACQUAINTANCE OF | Robin Alexandra Snyder |
| Erik Adrian MoyaDelgado | RELATIONSHIP TO ORGANIZATION UNKNOWN | SEATTLE POLICE |
| Monsieree Badere DeCastro | ACQUAINTANCE OF | Derek CHARLES Tucson |
| Monsieree Badere DeCastro | ACQUAINTANCE OF | Robin Alexandra Snyder |
| Monsieree Badere DeCastro | RELATIONSHIP TO ORGANIZATION UNKNOWN | SEATTLE POLICE |
| Robin Alexandra Snyder | ACQUAINTANCE OF | Derek CHARLES Tucson |
| Robin Alexandra Snyder | RELATIONSHIP TO ORGANIZATION UNKNOWN | SEATTLE POLICE |

## PROPERTY & ITEMS ADDENDUM

*2021 000736 1 OTHER ITEM   CONCRETE BARRICADE*

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| TRAVIS JORDON #8395   Jan 2, 2021 00:25 (e-signature) | RYAN KENNARD #7555   Jan 2, 2021 02:04 (e-signature) |
| PRINT NAME | PRINT NAME |
| TRAVIS JORDON #8395 | RYAN KENNARD #7555 |

ITEM CATEGORY

Building Materials

DESCRIPTION

Concrete Barricade

COLOR

Gray (GRY)

OWNER

SEATTLE POLICE

| STATUS | STATUS DATE | TOTAL ($) VALUE | IN POLICE CUSTODY |
|---|---|---|---|
| Destroyed/Damaged/Vandalized | Jan 1, 2021 22:33 | UNKNOWN | No |

PROPERTY LINKED TO

Offense 1

*2021 000736 3 OTHER ITEM   CHALK*

ITEM CATEGORY

Other

DESCRIPTION

Chalk

COLOR

Pink (PNK)

IN POSSESSION OF

Monsieree Badere DeCastro

| STATUS | STATUS DATE | TOTAL ($) VALUE | IN POLICE CUSTODY |
|---|---|---|---|
| Evidence | Jan 1, 2021 22:33 | UNKNOWN | Yes |

REASON FOR POLICE CUSTODY

Evidence

RECOVERING OFFICER / ID # / PERSON

NICHOLAS GREGORY #8595

DROP-OFF LOCATION / INTAKE PERSON

East Precinct > Evidence Locker

RECOVERED LOCATION

EAST PCT, 1519 12 AV, SEATTLE, WA 98122

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer s unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| TRAVIS JORDON | 01/02/2021 | Seattle, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| TRAVIS JORDON #8395   Jan 2, 2021 00:25 (e-signature) | RYAN KENNARD #7555   Jan 2, 2021 02:04 (e-signature) |
| PRINT NAME | PRINT NAME |
| TRAVIS JORDON #8395 | RYAN KENNARD #7555 |

**Seattle Police Department**     Pg 4 of 4
Ma k43 RMS  o m v2 0 gene ated by   MA  ANCA #8256 on  eb 24, 2022 17 12

# Report Number 2021-000736 - Incident / Offense Report Report Cover Sheet

| REPORT DATE / TIME | PRECINCT / SECTOR / BEAT / RA / SUBDIVISION 5 | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME |
|---|---|---|
| Jan 1, 2021 22:57 | E / E / E2 / 675 | Jan 1, 2021 22:33 |

## OFFENSE-1

| OFFENSE CODE | |
|---|---|
| SMC - 12A.08.020 | PROPERTY DESTRUCTION | |

| OFFENSE LOCATION | OFFENSE START DATE |
|---|---|
| EAST PCT, 1519 12 AV, SEATTLE, WA 98122 | Jan 1, 2021 22:33 |

## INVOLVED PERSONS

| INVOLVEMENT | NAME | HOME ADDRESS | DOB / ESTIMATED AGE RANGE | RACE | SEX |
|---|---|---|---|---|---|
| S-4 | Derek CHARLES Tucson | 225 OLYMPIC APT 209 SEATTLE, WA 98119 | 1990-12-30 | Unknown | Male |
| S-1 | Erik Adrian MoyaDelgado | 11693 CATHY DR GRASS VALLEY, CA 95949 | 1994-12-14 | White | Male |
| S-2 | Monsieree Badere DeCastro | 119 ROY APT 409 SEATTLE, WA 98119 | 1991-11-14 | Asian | Female |
| S-3 | Robin Alexandra Snyder | 1613 MLK SEATTLE, WA 98122 | 1995-03-21 | White | Female |

## INVOLVED ORGANIZATIONS

| INVOLVEMENT | NAME | ADDRESS |
|---|---|---|
| R-1 | SPD | |
| V-1 | SEATTLE POLICE | 1519 12TH AVE, SEATTLE, WA 98122 |

## INVOLVED PROPERTY

| STATUS | ITEM CATEGORY | DESCRIPTION |
|---|---|---|
| Destroyed/Damaged /Vandalized | Building Materials | Concrete Barricade |
| Evidence | Other | Chalk |

## NARRATIVE

On 01-01-2021 I was working uniformed patrol in the city of Seattle as 3-CHARLIE-1 in a fully marked patrol vehicle. At approx. 2233 hours I was dispatched to 1519 12 Av Seattle (NW Corner). Call Remarks

NW CORNER BARRIER WALL ENTRANCE TO THE SALLY PORT ENTRANCE

Shortly prior to our arrival the East Precinct clerk reported that there was two subjects "tagging" the northwest corner of the precinct. The clerk provided the descriptions of the two unknown suspects (1/ SUPS WRG LT COLORED CLOTHING, … 2/DRK JKT, DRK PANTS, DRK SHOES W/WHT SOLES). Officers stepped outside via the roll call room and observed ARRESTED/Derek Tuscon and ARRESTED/Robin Snyder at the northwest corner of the East Precinct standing next to the wall. Both Derek and Robin matched the description provided the clerk. Officers placed both into handcuffs and walked them into the East Precinct as there was a approx. 6-10 agitated individuals outside yelling.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| TRAVIS JORDON #8395   Jan 2, 2021 00:25 (e-signature) | RYAN KENNARD #7555   Jan 2, 2021 02:04 (e-signature) |
| PRINT NAME | PRINT NAME |
| TRAVIS JORDON #8395 | RYAN KENNARD #7555 |

NOT  Summa ized  epo t  Mo e data  ega ding this  epo t may exist in the RMS
Ma k43 RMS  o m v2 0 gene ated by  MA  ANCA #8256 on  eb 24, 2022 17 12

Once separated from the crowd I return to the clerk's desk and reviewed the footage with him. The footage shows Derek and Robin writing on the exterior wall with an unknown object later determined to be charcoal. Officers on scene observed black writing on the wall which the clerk reported to be new, photos were later taken.

Both Derek and Robin were read Miranda and advised they were under arrest for property destruction. Derek post Miranda admitted to writing on the wall with the charcoal, officers did not recover it at the scene.

While officers were conducting their investigation, the small crowd continued to stay at the NW corner of the East Precinct despite officers being gone. During this ARRESTED/Erik Moya-Delgado and ARRESTED/Monsieree De Castro were also captured camera writing on the wall of the East Precinct. Both were advised they were under arrest for property destruction, read Miranda and searched incident to arrest. It should be noted that while on scene officers observed pink writing on the wall which matched the chalk discovered in Erik's pocket. Officers also discovered pink chalk on Monsieree which was later submitted to evidence along with Erik's.

I reviewed SMC 12A.0820 "Property Destruction" and observed it stated a person is guilty if

1.Intentionally damages the property of another; or

2.Writes, paints or draws any inscription, figure or mark of any type on any public or private building or other structure or any real or personal property owned by any other person.

Based on the footage that officers observed through the East Precinct cameras I determined there was probable cause to arrest them for property damage.

All of them were later transported to KCJ without further incident. Officer Nelson later discovered a live stream of the incident which he downloaded and submitted to evidence.

It should be noted that when I checked Mark 43 I observed Erik, Derek and Alexandera had been arrested previous time for crimes such as obstruction, trespassing and failure to disperse. Monsieree has also been arrested in Seattle for trespassing and obstruction.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| TRAVIS JORDON #8395   Jan 2, 2021 00:25 (e-signature) | RYAN KENNARD #7555   Jan 2, 2021 02:04 (e-signature) |
| PRINT NAME | PRINT NAME |
| TRAVIS JORDON #8395 | RYAN KENNARD #7555 |

**Seattle Police Department**                                                                                          Pg 2 of 2
NOT   Summa ized  epo t  Mo e data  ega ding this  epo t may exist in the RMS
Ma k43 RMS  o m v2 0 gene ated by   MA  ANCA #8256 on  eb 24, 2022 17 12

## Report Number 2021-000736 - Supplement - 1 Report

| REPORT DATE / TIME | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Jan 1, 2021 23:16 | Jan 1, 2021 22:33 | RYAN BARRETT #8642 |

REPORT DESCRIPTION

property

SUPPLEMENT TYPE

Property

### NARRATIVE

pink chalk that was located on MOYA during the search incident to arrest. The chalk was located in his right front pants pocket

### INVOLVED PERSONS

| INVOLVED PERSON- NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| P-1 MoyaDelgado, Erik Adrian | 1994-12-14 |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | White / Unknown |

HOME ADDRESS

151 11, SEATTLE, WA 98122

INVOLVEMENT TYPE

suspect

### VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS / DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | TOTAL ($) VALUE |
|---|---|---|---|---|
| chalk / Pink (PNK) | Evidence / Jan 1, 2021 / Evidence | | 1 | UNKNOWN |

### PROPERTY & ITEMS ADDENDUM

*2021 000736 2 OTHER ITEM   CHALK*

ITEM CATEGORY

Other

DESCRIPTION

chalk

COLOR

Pink (PNK)

IN POSSESSION OF

Erik Adrian MoyaDelgado

| STATUS | STATUS DATE | TOTAL ($) VALUE | QUANTITY |
|---|---|---|---|
| Evidence | Jan 1, 2021 22:33 | UNKNOWN | 1 |

| IN POLICE CUSTODY | REASON FOR POLICE CUSTODY |
|---|---|
| Yes | Evidence |

RECOVERING OFFICER / ID # / PERSON

RYAN BARRETT #8642

DROP-OFF LOCATION / INTAKE PERSON

East Precinct > Evidence Locker

RECOVERED LOCATION

EAST PCT, 1519 12 AV, SEATTLE, WA 98122

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer s unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| RYAN BARRETT #8642   Jan 1, 2021 23:18 (e-signature) | DOUGLAS RAGUSO #6793   Jan 2, 2021 00:18 (e-signature) |
| PRINT NAME | PRINT NAME |
| RYAN BARRETT #8642 | DOUGLAS RAGUSO #6793 |

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| RYAN BARRETT | 01/01/2021 | Seattle, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| RYAN BARRETT #8642   Jan 1, 2021 23:18 (e-signature) | DOUGLAS RAGUSO #6793   Jan 2, 2021 00:18 (e-signature) |
| PRINT NAME | PRINT NAME |
| RYAN BARRETT #8642 | DOUGLAS RAGUSO #6793 |

**Seattle Police Department**
Ma k43 RMS  o m v2 0 gene ated by   MA  ANCA #8256 on  eb 24, 2022 17 12

Case 2:23-cv-00017-MJP    Document 17-1    Filed 03/23/23    Page 10 of 57

# Report Number 2021-000736 - Custodial Property Summary Report

## VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS / DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | TOTAL ($) VALUE |
|---|---|---|---|---|
| SESC chalk / Pink (PNK) | Evidence / Jan 1, 2021 / Evidence | | 1 | UNKNOWN |
| SESC Chalk / Pink (PNK) | Evidence / Jan 1, 2021 / Evidence | | | UNKNOWN |
| Handcuff and handcuff Key / Black (BLK) | Safekeeping - No Firearms / Jan 1, 2021 / Prisoner s Property | | | UNKNOWN |
| SESC East Precinct Camera footage / Silver (SIL) | Evidence / Jan 7, 2021 / Evidence | | | UNKNOWN |
| SESC Silver Verbatim CD marked "2021-000736 / Silver (SIL) | Evidence / Jan 1, 2021 / Evidence | | 1 | UNKNOWN |
| SESC Article from South Seattle Emerald / White (WHI) | Evidence / Jan 7, 2021 / Evidence | | | UNKNOWN |

## PROPERTY & ITEMS ADDENDUM

*2021 000736 2 OTHER ITEM   SESC CHALK*

ITEM CATEGORY

Other

DESCRIPTION

SESC chalk

COLOR

Pink (PNK)

IN POSSESSION OF

Erik Adrian MoyaDelgado

| STATUS | STATUS DATE | TOTAL ($) VALUE | QUANTITY |
|---|---|---|---|
| Evidence | Jan 1, 2021 22:33 | UNKNOWN | 1 |

| IN POLICE CUSTODY | REASON FOR POLICE CUSTODY | | |
|---|---|---|---|
| Yes | Evidence | | |

RECOVERING OFFICER / ID # / PERSON

RYAN BARRETT #8642

DROP-OFF LOCATION / INTAKE PERSON

East Precinct > Evidence Locker

RECOVERED LOCATION

EAST PCT, 1519 12 AV, SEATTLE, WA 98122

*2021 000736 3 OTHER ITEM   SESC CHALK*

ITEM CATEGORY

Other

DESCRIPTION

SESC Chalk

COLOR

Pink (PNK)

IN POSSESSION OF

Monsieree Badere DeCastro

| STATUS | STATUS DATE | TOTAL ($) VALUE | IN POLICE CUSTODY |
|---|---|---|---|
| Evidence | Jan 1, 2021 22:33 | UNKNOWN | Yes |

REASON FOR POLICE CUSTODY

Evidence

RECOVERING OFFICER / ID # / PERSON

NICHOLAS GREGORY #8595

DROP-OFF LOCATION / INTAKE PERSON

East Precinct > Evidence Locker

RECOVERED LOCATION

EAST PCT, 1519 12 AV, SEATTLE, WA 98122

*2021 000736 4 OTHER ITEM   HANDCUFF AND HANDCUFF KEY*

ITEM CATEGORY

Other

DESCRIPTION

Handcuff and handcuff Key

COLOR

Black (BLK)

IN POSSESSION OF

Robin Alexandra Snyder

| STATUS | STATUS DATE | TOTAL ($) VALUE | IN POLICE CUSTODY |
|---|---|---|---|
| Safekeeping - No Firearms | Jan 1, 2021 00:00 | UNKNOWN | Yes |

REASON FOR POLICE CUSTODY

Prisoner s Property

RECOVERING OFFICER / ID # / PERSON

MIA NGUYEN #8601

DROP-OFF LOCATION / INTAKE PERSON

East Precinct > Evidence Locker

RECOVERED LOCATION

EAST PCT, 1519 12 AV, SEATTLE, WA 98122

*2021 000736 5 OTHER ITEM   SESC EAST PRECINCT CAMERA FOOTAGE*

ITEM CATEGORY

Other

DESCRIPTION

SESC East Precinct Camera footage

COLOR

Silver (SIL)

| STATUS | STATUS DATE | TOTAL ($) VALUE | IN POLICE CUSTODY |
|---|---|---|---|
| Evidence | Jan 7, 2021 20:00 | UNKNOWN | Yes |

REASON FOR POLICE CUSTODY

Evidence

RECOVERING OFFICER / ID # / PERSON

ALEXANDER PATTON #8450

DROP-OFF LOCATION / INTAKE PERSON

East Precinct > Evidence Locker

RECOVERED LOCATION

EAST PCT, 1519 12 AV, SEATTLE, WA 98122

*2021 000736 6 OTHER ITEM   SESC SILVER VERBATIM CD MARKED "2021 000736*

ITEM CATEGORY

CD s/DVD s

DESCRIPTION

SESC Silver Verbatim CD marked "2021-000736

COLOR

Silver (SIL)

| STATUS | STATUS DATE | TOTAL ($) VALUE | QUANTITY |
|---|---|---|---|
| Evidence | Jan 1, 2021 23:19 | UNKNOWN | 1 |

| IN POLICE CUSTODY | REASON FOR POLICE CUSTODY | | |
|---|---|---|---|
| Yes | Evidence | | |

RECOVERING OFFICER / ID # / PERSON

DYLAN NELSON #8596

DROP-OFF LOCATION / INTAKE PERSON

East Precinct > Evidence Locker

RECOVERED LOCATION

1519 12TH AVE, SEATTLE, WA 98122

*2021 000736 7 OTHER ITEM   SESC ARTICLE FROM SOUTH SEATTLE EMERALD*

ITEM CATEGORY

Other

DESCRIPTION

SESC Article from South Seattle Emerald

COLOR

White (WHI)

| STATUS | STATUS DATE | TOTAL ($) VALUE | IN POLICE CUSTODY |
|---|---|---|---|
| Evidence | Jan 7, 2021 20:00 | UNKNOWN | Yes |

REASON FOR POLICE CUSTODY

Evidence

RECOVERING OFFICER / ID # / PERSON

ALEXANDER PATTON #8450

DROP-OFF LOCATION / INTAKE PERSON

East Precinct > Evidence Locker

RECOVERED LOCATION

EAST PCT, 1519 12 AV, SEATTLE, WA 98122

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer s unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| YVONNE VOGT | 02/09/2021 | Seattle, WA |

## Report Number 2021-000736 - Arrest Report Report

| REPORT DATE / TIME | PRECINCT / SECTOR / BEAT / RA / SUBDIVISION 5 | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME |
|---|---|---|
| Jan 1, 2021 23:21 | E / E / E2 / 675 | Jan 1, 2021 22:33 |

REPORT WRITER
ALEXANDER PATTON #8450

ASSISTING PERSONNEL / TYPE(S)
TRAVIS JORDON #8395 (Backing Officer)

REPORT TAKEN LOCATION
EAST PCT, 1519 12 AV, SEATTLE, WA 98122

EMS / FIRE / OTHER LE AGENCIES ON SCENE
☐ YES ■ NO

EVENT STATISTICS

| | |
|---|---|
| ☐ Event Contains Bias Elements | ☐ Homelessness |
| ☐ AED Used | ☐ Naloxone Administered |
| ☐ Hate Graffiti | ☐ Shots Fired (Eyewitness/Casings/Property Damage) |
| ☐ Event is DV Related | ☐ DEMS |
| ☐ Cybercrime | ■ Body Worn Video |
| ☐ Shooting (Fatal Injury) | ☐ Shooting (Non-Fatal Injury) |
| ☐ ICV Exists | |

## NARRATIVE

On 01-01-2021 I was working uniformed patrol in the city of Seattle as 3-CHARLIE-1 in a fully marked patrol vehicle. At approx. 2233 hours I was dispatched to 1519 12 Av Seattle (NW Corner). Call Remarks

NW CORNER BARRIER WALL ENTRANCE TO THE SALLY PORT ENTRANCE

Shortly prior to our arrival the East Precinct clerk reported that there was two subjects "tagging" the northwest corner of the precinct. The clerk provided the descriptions of the two unknown suspects (1/ SUPS WRG LT COLORED CLOTHING, ... 2/DRK JKT, DRK PANTS, DRK SHOES W/WHT SOLES). Officers stepped outside via the roll call room and observed ARRESTED/Derek Tuscon and ARRESTED/Robin Snyder at the northwest corner of the East Precinct standing next to the wall. Both Derek and Robin matched the description provided the clerk. Officers placed both into handcuffs and walked them into the East Precinct as there was a approx. 6-10 agitated individuals outside yelling.

Once separated from the crowd I return to the clerk's desk and reviewed the footage with him. The footage shows Derek and Robin writing on the exterior wall with an unknown object later determined to be charcoal. Officers on scene observed black writing on the wall which the clerk reported to be new, photos were later taken.

Both Derek and Robin were read Miranda and advised they were under arrest for property destruction. Derek post Miranda admitted to writing on the wall with the charcoal, officers did not recover it at the scene.

While officers were conducting their investigation, the small crowd continued to stay at the NW corner of the East Precinct despite officers being gone. During this ARRESTED/Erik Moya-Delgado and ARRESTED/Monsieree De Castro were also captured camera writing on the wall of the East Precinct. Both were advised they were under arrest for property destruction, read Miranda and searched incident to arrest. It should be noted that while on scene officers observed pink writing on the wall which matched the chalk discovered in Erik's pocket. Officers also discovered pink chalk on Monsieree which was later submitted to evidence along with Erik's.

I reviewed SMC 12A.0820 "Property Destruction" and observed it stated a person is guilty if

1. Intentionally damages the property of another; or

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| TRAVIS JORDON #8395    Jan 2, 2021 00:28 (e-signature) | RYAN KENNARD #7555    Jan 2, 2021 02:03 (e-signature) |
| PRINT NAME | PRINT NAME |
| TRAVIS JORDON #8395 | RYAN KENNARD #7555 |

2.Writes, paints or draws any inscription, figure or mark of any type on any public or private building or other structure or any real or personal property owned by any other person.

Based on the footage that officers observed through the East Precinct cameras I determined there was probable cause to arrest them for property damage.

All of them were later transported to KCJ without further incident. Officer Nelson later discovered a live stream of the incident which he downloaded and submitted to evidence.

It should be noted that when I checked Mark 43 I observed Erik, Derek and Alexandera had been arrested previous time for crimes such as obstruction, trespassing and failure to disperse. Monsieree has also been arrested in Seattle for trespassing and obstruction.

### *REPORTING PARTY 1*

REPORTING PARTY-  (ORGANIZATION)

R-1 SPD

ORGANIZATION TYPE

Government

### *REPORTING PARTY 2*

REPORTING PARTY-2 (ORGANIZATION)

R-2 SEATTLE POLICE

| ORGANIZATION TYPE | ORGANIZATION INDUSTRY |
|---|---|
| Criminal Justice | Government Administration |

MAILING ADDRESS

1519 12TH AVE, SEATTLE, WA 98122

NAME IDENTIFIER

Legacy Versaterm BIN: 312944396

## ARREST REPORT #21-000042 (NEW OFFENSE WITH ARREST-BOOKED)

| ARREST DATE / TIME | ARRESTING ORGANIZATION | ARREST TYPE |
|---|---|---|
| Jan 1, 2021 22:33 | Seattle Police Department - SPD | New Offense With Arrest-Booked |

| ARRESTING OFFICER | TACTICS USED |
|---|---|
| ALEXANDER PATTON #8450 | N/A |

### *DEFENDANT*



| DEFENDANT NAME (LAST, FIRST MIDDLE) | SEX |
|---|---|
| D-1 MoyaDelgado, Erik Adrian | Male |

| DOB / ESTIMATED AGE RANGE | RACE / ETHNICITY |
|---|---|
| 1994-12-14 | White / Unknown |

| PHONE NUMBER | EMAIL ADDRESS |
|---|---|
| | |

HOME ADDRESS

151 11, SEATTLE, WA 98122

| SSN # | DEFENDANT WAS ARMED WITH |
|---|---|
| 3(b) | Unarmed |

### *ARREST LOCATION*

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION

EAST PCT, 1519 12 AV

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| SEATTLE | WA | 98122 | US |

| LOCATION CATEGORY | PRECINCT / SECTOR / BEAT / RA / SUBDIVISION 5 |
|---|---|
| Government/ Public Building | E / E / E2 / 675 |

### *CHARGES*

| CHARGES - | REPORT NUMBER |
|---|---|
| | |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| TRAVIS JORDON #8395   Jan 2, 2021 00:28 (e-signature) | RYAN KENNARD #7555   Jan 2, 2021 02:03 (e-signature) |
| PRINT NAME | PRINT NAME |
| TRAVIS JORDON #8395 | RYAN KENNARD #7555 |

| SMC - 12A.08.020 | PROPERTY DESTRUCTION | 2021-000736 |
|---|---|

OFFENSE CODE

SMC - 12A.08.020 | PROPERTY DESTRUCTION

OFFENSE START DATE

Jan 1, 2021 22:33

ARREST DISPOSITION DATE / TIME

Jan 1, 2021 23:50

ARREST DISPOSITION

☐ Not Booked (I&R)          ☑ Booked into jail

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer s unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| TRAVIS JORDON | 01/02/2021 | Seattle, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| TRAVIS JORDON #8395   Jan 2, 2021 00:28 (e-signature) | RYAN KENNARD #7555   Jan 2, 2021 02:03 (e-signature) |
| PRINT NAME | PRINT NAME |
| TRAVIS JORDON #8395 | RYAN KENNARD #7555 |

## Report Number 2021-000736 - Arrest Report Report

| REPORT DATE / TIME | PRECINCT / SECTOR / BEAT / RA / SUBDIVISION 5 | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME |
|---|---|---|
| Jan 1, 2021 23:27 | E / E / E2 / 675 | Jan 1, 2021 22:33 |

REPORT WRITER
ALEXANDER PATTON #8450

ASSISTING PERSONNEL / TYPE(S)
TRAVIS JORDON #8395 (Backing Officer)

REPORT TAKEN LOCATION
EAST PCT, 1519 12 AV, SEATTLE, WA 98122

EMS / FIRE / OTHER LE AGENCIES ON SCENE
☐ YES ■ NO

EVENT STATISTICS

☐ Event Contains Bias Elements
☐ AED Used
☐ Hate Graffiti

☐ Event is DV Related
☐ Cybercrime
☐ Shooting (Fatal Injury)
☐ ICV Exists

☐ Homelessness
☐ Naloxone Administered
☐ Shots Fired (Eyewitness/Casings/Property Damage)
☐ DEMS
■ Body Worn Video
☐ Shooting (Non-Fatal Injury)

## NARRATIVE

On 01-01-2021 I was working uniformed patrol in the city of Seattle as 3-CHARLIE-1 in a fully marked patrol vehicle. At approx. 2233 hours I was dispatched to 1519 12 Av Seattle (NW Corner). Call Remarks

NW CORNER BARRIER WALL ENTRANCE TO THE SALLY PORT ENTRANCE

Shortly prior to our arrival the East Precinct clerk reported that there was two subjects "tagging" the northwest corner of the precinct. The clerk provided the descriptions of the two unknown suspects (1/ SUPS WRG LT COLORED CLOTHING, ... 2/DRK JKT, DRK PANTS, DRK SHOES W/WHT SOLES). Officers stepped outside via the roll call room and observed ARRESTED/Derek Tuscon and ARRESTED/Robin Snyder at the northwest corner of the East Precinct standing next to the wall. Both Derek and Robin matched the description provided the clerk. Officers placed both into handcuffs and walked them into the East Precinct as there was a approx. 6-10 agitated individuals outside yelling.

Once separated from the crowd I return to the clerk's desk and reviewed the footage with him. The footage shows Derek and Robin writing on the exterior wall with an unknown object later determined to be charcoal. Officers on scene observed black writing on the wall which the clerk reported to be new, photos were later taken.

Both Derek and Robin were read Miranda and advised they were under arrest for property destruction. Derek post Miranda admitted to writing on the wall with the charcoal, officers did not recover it at the scene.

While officers were conducting their investigation, the small crowd continued to stay at the NW corner of the East Precinct despite officers being gone. During this ARRESTED/Erik Moya-Delgado and ARRESTED/Monsieree De Castro were also captured camera writing on the wall of the East Precinct. Both were advised they were under arrest for property destruction, read Miranda and searched incident to arrest. It should be noted that while on scene officers observed pink writing on the wall which matched the chalk discovered in Erik's pocket. Officers also discovered pink chalk on Monsieree which was later submitted to evidence along with Erik's.

I reviewed SMC 12A.0820 "Property Destruction" and observed it stated a person is guilty if

1.Intentionally damages the property of another; or

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| TRAVIS JORDON #8395   Jan 2, 2021 00:27 (e-signature) | RYAN KENNARD #7555   Jan 2, 2021 02:03 (e-signature) |
| PRINT NAME | PRINT NAME |
| TRAVIS JORDON #8395 | RYAN KENNARD #7555 |

2.Writes, paints or draws any inscription, figure or mark of any type on any public or private building or other structure or any real or personal property owned by any other person.

Based on the footage that officers observed through the East Precinct cameras I determined there was probable cause to arrest them for property damage.

All of them were later transported to KCJ without further incident. Officer Nelson later discovered a live stream of the incident which he downloaded and submitted to evidence.

It should be noted that when I checked Mark 43 I observed Erik, Derek and Alexandera had been arrested previous time for crimes such as obstruction, trespassing and failure to disperse. Monsieree has also been arrested in Seattle for trespassing and obstruction.

| *REPORTING PARTY 1* | |
|---|---|
| REPORTING PARTY- (ORGANIZATION) | |
| R-1 SPD | |
| ORGANIZATION TYPE | |
| Government | |

| *REPORTING PARTY 2* | |
|---|---|
| REPORTING PARTY-2 (ORGANIZATION) | |
| R-2 SEATTLE POLICE | |
| ORGANIZATION TYPE | ORGANIZATION INDUSTRY |
| Criminal Justice | Government Administration |
| MAILING ADDRESS | |
| 1519 12TH AVE, SEATTLE, WA 98122 | |
| NAME IDENTIFIER | |
| Legacy Versaterm BIN: 312944396 | |

## ARREST REPORT #21-000044 (NEW OFFENSE WITH ARREST-BOOKED)

| ARREST DATE / TIME | ARRESTING ORGANIZATION | | ARREST TYPE |
|---|---|---|---|
| Jan 1, 2021 22:33 | Seattle Police Department - SPD | | New Offense With Arrest-Booked |
| ARRESTING OFFICER | | TACTICS USED | |
| ALEXANDER PATTON #8450 | | N/A | |

| *DEFENDANT* | | | |
|---|---|---|---|
| | DEFENDANT NAME (LAST, FIRST MIDDLE) | | SEX |
| | D-1 DeCastro, Monsieree Badere | | Female |
| | DOB / ESTIMATED AGE RANGE | RACE / ETHNICITY | |
| | 1991-11-14 | Asian | |
| | PHONE NUMBER | EMAIL ADDRESS | |
| | HOME ADDRESS | | |
| | 119 ROY, APT 409, SEATTLE, WA 98119 | | |

| SSN # | DEFENDANT WAS ARMED WITH |
|---|---|
| 3(b) | Unarmed |

| *ARREST LOCATION* | | | |
|---|---|---|---|
| LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION | | | |
| EAST PCT, 1519 12 AV | | | |
| CITY | STATE | ZIP | COUNTRY CODE |
| SEATTLE | WA | 98122 | US |
| LOCATION CATEGORY | | PRECINCT / SECTOR / BEAT / RA / SUBDIVISION 5 | |
| Government/ Public Building | | E / E / E2 / 675 | |

| *CHARGES* | |
|---|---|
| CHARGES - | REPORT NUMBER |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| TRAVIS JORDON #8395   Jan 2, 2021 00:27 (e-signature) | RYAN KENNARD #7555   Jan 2, 2021 02:03 (e-signature) |
| PRINT NAME | PRINT NAME |
| TRAVIS JORDON #8395 | RYAN KENNARD #7555 |

| SMC - 12A.08.020 | PROPERTY DESTRUCTION | 2021-000736 |

| OFFENSE CODE | OFFENSE START DATE |
| SMC - 12A.08.020 | PROPERTY DESTRUCTION | Jan 1, 2021 22:33 |

ARREST DISPOSITION DATE / TIME

Jan 1, 2021 23:50

ARREST DISPOSITION

☐ Not Booked (I&R)          ☐ Booked into jail

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer s unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
| TRAVIS JORDON | 01/02/2021 | Seattle, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
| TRAVIS JORDON #8395   Jan 2, 2021 00:27 (e-signature) | RYAN KENNARD #7555   Jan 2, 2021 02:03 (e-signature) |
| PRINT NAME | PRINT NAME |
| TRAVIS JORDON #8395 | RYAN KENNARD #7555 |

## Report Number 2021-000736 - Arrest Report Report

| REPORT DATE / TIME | PRECINCT / SECTOR / BEAT / RA / SUBDIVISION 5 | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME |
|---|---|---|
| Jan 1, 2021 23:29 | E / E / E2 / 675 | Jan 1, 2021 22:33 |

REPORT WRITER

ALEXANDER PATTON #8450

ASSISTING PERSONNEL / TYPE(S)

TRAVIS JORDON #8395 (Backing Officer)

REPORT TAKEN LOCATION

EAST PCT, 1519 12 AV, SEATTLE, WA 98122

EVENT STATISTICS

- ☐ Event Contains Bias Elements
- ☐ AED Used
- ☐ Hate Graffiti
- ☐ Event is DV Related
- ☐ Cybercrime
- ☐ Shooting (Fatal Injury)
- ☐ ICV Exists
- ☐ Homelessness
- ☐ Naloxone Administered
- ☐ Shots Fired (Eyewitness/Casings/Property Damage)
- ☐ DEMS
- ☐ Body Worn Video
- ☐ Shooting (Non-Fatal Injury)

## NARRATIVE

On 01-01-2021 I was working uniformed patrol in the city of Seattle as 3-CHARLIE-1 in a fully marked patrol vehicle. At approx. 2233 hours I was dispatched to 1519 12 Av Seattle (NW Corner). Call Remarks

NW CORNER BARRIER WALL ENTRANCE TO THE SALLY PORT ENTRANCE

Shortly prior to our arrival the East Precinct clerk reported that there was two subjects "tagging" the northwest corner of the precinct. The clerk provided the descriptions of the two unknown suspects (1/ SUPS WRG LT COLORED CLOTHING, ... 2/DRK JKT, DRK PANTS, DRK SHOES W/WHT SOLES). Officers stepped outside via the roll call room and observed ARRESTED/Derek Tuscon and ARRESTED/Robin Snyder at the northwest corner of the East Precinct standing next to the wall. Both Derek and Robin matched the description provided the clerk. Officers placed both into handcuffs and walked them into the East Precinct as there was a approx. 6-10 agitated individuals outside yelling.

Once separated from the crowd I return to the clerk's desk and reviewed the footage with him. The footage shows Derek and Robin writing on the exterior wall with an unknown object later determined to be charcoal. Officers on scene observed black writing on the wall which the clerk reported to be new, photos were later taken.

Both Derek and Robin were read Miranda and advised they were under arrest for property destruction. Derek post Miranda admitted to writing on the wall with the charcoal, officers did not recover it at the scene.

While officers were conducting their investigation, the small crowd continued to stay at the NW corner of the East Precinct despite officers being gone. During this ARRESTED/Erik Moya-Delgado and ARRESTED/Monsieree De Castro were also captured camera writing on the wall of the East Precinct. Both were advised they were under arrest for property destruction, read Miranda and searched incident to arrest. It should be noted that while on scene officers observed pink writing on the wall which matched the chalk discovered in Erik's pocket. Officers also discovered pink chalk on Monsieree which was later submitted to evidence along with Erik's.

I reviewed SMC 12A.0820 "Property Destruction" and observed it stated a person is guilty if

1. Intentionally damages the property of another; or

2. Writes, paints or draws any inscription, figure or mark of any type on any public or private building or other structure or any real or personal property owned by any other person.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| TRAVIS JORDON #8395    Jan 2, 2021 00:28 (e-signature) | RYAN KENNARD #7555    Jan 2, 2021 02:03 (e-signature) |
| PRINT NAME | PRINT NAME |
| TRAVIS JORDON #8395 | RYAN KENNARD #7555 |

Based on the footage that officers observed through the East Precinct cameras I determined there was probable cause to arrest them for property damage.

All of them were later transported to KCJ without further incident. Officer Nelson later discovered a live stream of the incident which he downloaded and submitted to evidence.

It should be noted that when I checked Mark 43 I observed Erik, Derek and Alexandera had been arrested previous time for crimes such as obstruction, trespassing and failure to disperse. Monsieree has also been arrested in Seattle for trespassing and obstruction.

| *REPORTING PARTY 1* | |
|---|---|
| REPORTING PARTY-  (ORGANIZATION) | |
| R-1 SPD | |
| ORGANIZATION TYPE | |
| Government | |

| *REPORTING PARTY 2* | |
|---|---|
| REPORTING PARTY-2 (ORGANIZATION) | |
| R-2 SEATTLE POLICE | |
| ORGANIZATION TYPE | ORGANIZATION INDUSTRY |
| Criminal Justice | Government Administration |
| MAILING ADDRESS | |
| 1519 12TH AVE, SEATTLE, WA 98122 | |
| NAME IDENTIFIER | |
| Legacy Versaterm BIN: 312944396 | |

## ARREST REPORT #21-000045 (NEW OFFENSE WITH ARREST-BOOKED)

| ARREST DATE / TIME | ARRESTING ORGANIZATION | ARREST TYPE |
|---|---|---|
| Jan 1, 2021 22:33 | Seattle Police Department - SPD | New Offense With Arrest-Booked |

| ARRESTING OFFICER | TACTICS USED |
|---|---|
| ALEXANDER PATTON #8450 | N/A |

### *DEFENDANT*

| | DEFENDANT NAME (LAST, FIRST MIDDLE) | SEX |
|---|---|---|
| | D-1 Tucson, Derek CHARLES | Male |
| | DOB / ESTIMATED AGE RANGE | RACE / ETHNICITY |
| | 1990-12-30 | Unknown |
| | PHONE NUMBER | EMAIL ADDRESS |
| | | |
| | HOME ADDRESS | |
| | 225 OLYMPIC, APT 209, SEATTLE, WA 98119 | |

| STATE ID NUMBER | FBI ID # |
|---|---|
| 1(i) | 1(i) |

| DEFENDANT WAS ARMED WITH |
|---|
| Unarmed |

### *ARREST LOCATION*

| LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION | | | |
|---|---|---|---|
| EAST PCT, 1519 12 AV | | | |
| CITY | STATE | ZIP | COUNTRY CODE |
| SEATTLE | WA | 98122 | US |
| LOCATION CATEGORY | PRECINCT / SECTOR / BEAT / RA / SUBDIVISION 5 | | |
| Government/ Public Building | E / E / E2 / 675 | | |

### *CHARGES*

| CHARGES - | REPORT NUMBER |
|---|---|
| | |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| TRAVIS JORDON #8395   Jan 2, 2021 00:28 (e-signature) | RYAN KENNARD #7555   Jan 2, 2021 02:03 (e-signature) |
| PRINT NAME | PRINT NAME |
| TRAVIS JORDON #8395 | RYAN KENNARD #7555 |

| SMC - 12A.08.020 | PROPERTY DESTRUCTION | 2021 - 000736 |
|---|---|

| OFFENSE CODE | OFFENSE START DATE |
|---|---|
| SMC - 12A.08.020 | PROPERTY DESTRUCTION | Jan 1, 2021 22:33 |

ARREST DISPOSITION DATE / TIME

Jan 1, 2021 23:55

ARREST DISPOSITION

☐ Not Booked (I&R)      ☑ Booked into jail

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer s unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| TRAVIS JORDON | 01/02/2021 | Seattle, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| TRAVIS JORDON #8395   Jan 2, 2021 00:28 (e-signature) | RYAN KENNARD #7555   Jan 2, 2021 02:03 (e-signature) |
| PRINT NAME | PRINT NAME |
| TRAVIS JORDON #8395 | RYAN KENNARD #7555 |

Report Number 2021 000736 Arrest Report Report – Seattle Police Department                          Pg 1 of 3

## Report Number 2021-000736 - Arrest Report Report

| REPORT DATE / TIME | PRECINCT / SECTOR / BEAT / RA / SUBDIVISION 5 | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME |
|---|---|---|
| Jan 1, 2021 23:41 | E / E / E2 / 675 | Jan 1, 2021 22:33 |

REPORT WRITER

ALEXANDER PATTON #8450

ASSISTING PERSONNEL / TYPE(S)

TRAVIS JORDON #8395 (Backing Officer)

REPORT TAKEN LOCATION

EAST PCT, 1519 12 AV, SEATTLE, WA 98122

EVENT STATISTICS

- ☐ Event Contains Bias Elements
- ☐ AED Used
- ☐ Hate Graffiti

- ☐ Event is DV Related
- ☐ Cybercrime
- ☐ Shooting (Fatal Injury)
- ☐ ICV Exists

- ☐ Homelessness
- ☐ Naloxone Administered
- ☐ Shots Fired (Eyewitness/Casings/Property Damage)
- ☐ DEMS
- ☑ Body Worn Video
- ☐ Shooting (Non-Fatal Injury)

## NARRATIVE

On 01-01-2021 I was working uniformed patrol in the city of Seattle as 3-CHARLIE-1 in a fully marked patrol vehicle. At approx. 2233 hours I was dispatched to 1519 12 Av Seattle (NW Corner). Call Remarks

NW CORNER BARRIER WALL ENTRANCE TO THE SALLY PORT ENTRANCE

Shortly prior to our arrival the East Precinct clerk reported that there was two subjects "tagging" the northwest corner of the precinct. The clerk provided the descriptions of the two unknown suspects (1/ SUPS WRG LT COLORED CLOTHING, … 2/DRK JKT, DRK PANTS, DRK SHOES W/WHT SOLES). Officers stepped outside via the roll call room and observed ARRESTED/Derek Tuscon and ARRESTED/Robin Snyder at the northwest corner of the East Precinct standing next to the wall. Both Derek and Robin matched the description provided the clerk. Officers placed both into handcuffs and walked them into the East Precinct as there was a approx. 6-10 agitated individuals outside yelling.

Once separated from the crowd I return to the clerk's desk and reviewed the footage with him. The footage shows Derek and Robin writing on the exterior wall with an unknown object later determined to be charcoal. Officers on scene observed black writing on the wall which the clerk reported to be new, photos were later taken.

Both Derek and Robin were read Miranda and advised they were under arrest for property destruction. Derek post Miranda admitted to writing on the wall with the charcoal, officers did not recover it at the scene.

While officers were conducting their investigation, the small crowd continued to stay at the NW corner of the East Precinct despite officers being gone. During this ARRESTED/Erik Moya-Delgado and ARRESTED/Monsieree De Castro were also captured camera writing on the wall of the East Precinct. Both were advised they were under arrest for property destruction, read Miranda and searched incident to arrest. It should be noted that while on scene officers observed pink writing on the wall which matched the chalk discovered in Erik's pocket. Officers also discovered pink chalk on Monsieree which was later submitted to evidence along with Erik's.

I reviewed SMC 12A.0820 "Property Destruction" and observed it stated a person is guilty if

1.Intentionally damages the property of another; or

2.Writes, paints or draws any inscription, figure or mark of any type on any public or private building or other structure or any real or personal property owned by any other person.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| TRAVIS JORDON #8395   Jan 2, 2021 00:26 (e-signature) | RYAN KENNARD #7555   Jan 2, 2021 02:04 (e-signature) |
| PRINT NAME | PRINT NAME |
| TRAVIS JORDON #8395 | RYAN KENNARD #7555 |

Based on the footage that officers observed through the East Precinct cameras I determined there was probable cause to arrest them for property damage.

All of them were later transported to KCJ without further incident. Officer Nelson later discovered a live stream of the incident which he downloaded and submitted to evidence.

It should be noted that when I checked Mark 43 I observed Erik, Derek and Alexandera had been arrested previous time for crimes such as obstruction, trespassing and failure to disperse. Monsieree has also been arrested in Seattle for trespassing and obstruction.

*REPORTING PARTY 1*

REPORTING PARTY- (ORGANIZATION)

R-1 SPD

ORGANIZATION TYPE

Government

*REPORTING PARTY 2*

REPORTING PARTY-2 (ORGANIZATION)

R-2 SEATTLE POLICE

| ORGANIZATION TYPE | ORGANIZATION INDUSTRY |
|---|---|
| Criminal Justice | Government Administration |

MAILING ADDRESS

1519 12TH AVE, SEATTLE, WA 98122

NAME IDENTIFIER

Legacy Versaterm BIN: 312944396

## ARREST REPORT #21-000046 (NEW OFFENSE WITH ARREST-BOOKED)

| ARREST DATE / TIME | ARRESTING ORGANIZATION | ARREST TYPE |
|---|---|---|
| Jan 1, 2021 22:33 | Seattle Police Department - SPD | New Offense With Arrest-Booked |

| ARRESTING OFFICER | TACTICS USED |
|---|---|
| ALEXANDER PATTON #8450 | N/A |

*DEFENDANT*

| | DEFENDANT NAME (LAST, FIRST MIDDLE) | SEX |
|---|---|---|
| | D-1 Snyder, Robin Alexandra | Female |
| | DOB / ESTIMATED AGE RANGE | RACE / ETHNICITY |
| | 1995-03-21 | White |
| | PHONE NUMBER | EMAIL ADDRESS |
| | | |
| | HOME ADDRESS | |
| | 1613 MLK, SEATTLE, WA 98122 | |

DEFENDANT WAS ARMED WITH

Unarmed

*ARREST LOCATION*

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION

EAST PCT, 1519 12 AV

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| SEATTLE | WA | 98122 | US |

| LOCATION CATEGORY | PRECINCT / SECTOR / BEAT / RA / SUBDIVISION 5 |
|---|---|
| Government/ Public Building | E / E / E2 / 675 |

*CHARGES*

| CHARGES - | REPORT NUMBER |
|---|---|
| SMC - 12A.08.020 | PROPERTY DESTRUCTION | 2021-000736 |

| OFFENSE CODE | OFFENSE START DATE |
|---|---|
| | |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| TRAVIS JORDON #8395   Jan 2, 2021 00:26 (e-signature) | RYAN KENNARD #7555   Jan 2, 2021 02:04 (e-signature) |
| PRINT NAME | PRINT NAME |
| TRAVIS JORDON #8395 | RYAN KENNARD #7555 |

| SMC – 12A.08.020 | PROPERTY DESTRUCTION | Jan 1, 2021 22:33 |
|---|---|

ARREST DISPOSITION DATE / TIME

Jan 1, 2021 23:50

ARREST DISPOSITION

☐ Not Booked (I&R)                    ☑ Booked into jail

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer s unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| TRAVIS JORDON | 01/02/2021 | Seattle, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| TRAVIS JORDON #8395   Jan 2, 2021 00:26 (e-signature) | RYAN KENNARD #7555   Jan 2, 2021 02:04 (e-signature) |
| PRINT NAME | PRINT NAME |
| TRAVIS JORDON #8395 | RYAN KENNARD #7555 |

## Report Number 2021-000736 - Supplement - 2 Report

| REPORT DATE / TIME | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Jan 2, 2021 00:07 | Jan 1, 2021 00:00 | RYAN KENNARD #7555 |

REPORT DESCRIPTION

Sgt. Arrest Screening

SUPPLEMENT TYPE

Sgt. Arrest Screening

## NARRATIVE

See Attached Arrest Screening Templates for SMC Property Destruction.

## ATTACHMENTS ADDENDUM

| FILE NAME | UPLOAD DATE/TIME | UPLOADED BY |
|---|---|---|
| 21-736 Derek Tuscon.pdf | Jan 2, 2021 00:08 | R. KENNARD #7555 |
| 21-736 Eric MoyaDelgado.pdf | Jan 2, 2021 00:08 | R. KENNARD #7555 |
| 21-736 Monsieree DeCastro.pdf | Jan 2, 2021 00:08 | R. KENNARD #7555 |
| 21-736 Robin Snyder.pdf | Jan 2, 2021 00:08 | R. KENNARD #7555 |

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer s unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| RYAN KENNARD | 01/02/2021 | Seattle, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| RYAN KENNARD #7555   Jan 2, 2021 00:09 (e-signature) | DOUGLAS RAGUSO #6793   Jan 2, 2021 00:21 (e-signature) |
| PRINT NAME | PRINT NAME |
| RYAN KENNARD #7555 | DOUGLAS RAGUSO #6793 |

## Report Number 2021-000736 - Supplement - 3 Report

| REPORT DATE / TIME | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Jan 2, 2021 00:31 | Jan 1, 2021 00:00 | TRAVIS JORDON #8395 |

REPORT DESCRIPTION

Safekeeping

SUPPLEMENT TYPE

Evidence

## NARRATIVE

handcuff key and cuff located on Robin on her person down at KCJ. They refused to take it so officers later submitted as safe keeping.

## INVOLVED PERSONS

| INVOLVED PERSON- NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| P-1 Snyder, Robin Alexandra | 1995-03-21 |

| SEX | RACE / ETHNICITY |
|---|---|
| Female | White |

HOME ADDRESS

1613 MLK, SEATTLE, WA 98122

INVOLVEMENT TYPE

suspect

## INVOLVED LOCATIONS

LOCATION

EAST PCT, 1519 12 AV, SEATTLE, WA 98122

## VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS / DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | TOTAL ($) VALUE |
|---|---|---|---|---|
| Handcuff and handcuff Key / Black (BLK) | Safekeeping - No Firearms / Jan 1, 2021 / Other | | | UNKNOWN |

## PROPERTY & ITEMS ADDENDUM

*2021 000736 4 OTHER ITEM   HANDCUFF AND HANDCUFF KEY*

ITEM CATEGORY

Other

DESCRIPTION

Handcuff and handcuff Key

COLOR

Black (BLK)

IN POSSESSION OF

Robin Alexandra Snyder

| STATUS | STATUS DATE | TOTAL ($) VALUE | IN POLICE CUSTODY |
|---|---|---|---|
| Safekeeping - No Firearms | Jan 1, 2021 00:00 | UNKNOWN | Yes |

REASON FOR POLICE CUSTODY

Other

RECOVERING OFFICER / ID # / PERSON

MIA NGUYEN #8601

DROP-OFF LOCATION / INTAKE PERSON

East Precinct > Evidence Locker

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| TRAVIS JORDON #8395    Jan 2, 2021 00:38 (e-signature) | DOUGLAS RAGUSO #6793    Jan 2, 2021 01:56 (e-signature) |
| PRINT NAME | PRINT NAME |
| TRAVIS JORDON #8395 | DOUGLAS RAGUSO #6793 |

Ma k43 RMS   o m v2 0 gene ated by   MA  ANCA #8256 on  eb 24, 2022 17 12

RECOVERED LOCATION

EAST PCT, 1519 12 AV, SEATTLE, WA 98122

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer s unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
| --- | --- | --- |
| TRAVIS JORDON | 01/02/2021 | Seattle, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
| --- | --- |
| TRAVIS JORDON #8395   Jan 2, 2021 00:38 (e-signature) | DOUGLAS RAGUSO #6793   Jan 2, 2021 01:56 (e-signature) |
| PRINT NAME | PRINT NAME |
| TRAVIS JORDON #8395 | DOUGLAS RAGUSO #6793 |

## Report Number 2021-000736 - Supplement - 4 Report

| REPORT DATE / TIME | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Jan 2, 2021 00:45 | Jan 1, 2021 23:09 - 23:26 | DYLAN NELSON #8596 |

REPORT DESCRIPTION

Booking Receipt

SUPPLEMENT TYPE

Booking Return

LEGACY DATA

Charge 1: PROP DESTRUCTION

## NARRATIVE

On 01-01-2021 I was working uniformed patrol in the city of Seattle as 3-CHARLIE-1 in a fully marked patrol vehicle. At approx. 2233 hours I was dispatched to 1519 12 Av Seattle (NW Corner). Call Remarks NW CORNER BARRIER WALL ENTRANCE TO THE SALLY PORT ENTRANCE Shortly prior to our arrival the East Precinct clerk reported that there was two subjects "tagging" the northwest corner of the precinct. The clerk provided the descriptions of the two unknown suspects (1/ SUPS WRG LT COLORED CLOTHING, … 2/DRK JKT, DRK PANTS, DRK SHOES W/WHT SOLES). Officers stepped outside via the roll call room and observed ARRESTED/Derek Tuscon and ARRESTED/Robin Snyder at the northwest corner of the East Precinct standing next to the wall. Both Derek and Robin matched the description provided the clerk. Officers placed both into handcuffs and walked them into the East Precinct as there was a approx. 6-10 agitated individuals outside yelling. Once separated from the crowd I return to the clerk s desk and reviewed the footage with him. The footage shows Derek and Robin writing on the exterior wall with an unknown object later determined to be charcoal. Officers on scene observed black writing on the wall which the clerk reported to be new, photos were later taken. Both Derek and Robin were read Miranda and advised they were under arrest for property destruction. Derek post Miranda admitted to writing on the wall with the charcoal, officers did not recover it at the scene. While officers were conducting their investigation the small crowd continued to stay at the NW corner of the East Precinct despite officers being gone. During this ARRESTED/Erik Moya-Delgado and ARRESTED/Monsieree De Castro was also captured on photo writing on the wall of the East Precinct. Both were advised they were under arrest for property destruction, read Miranda and searched incident to arrest. It should be noted that while on scene officers observed pink writing on the wall which matched the chalk discovered in Erik s pocket. The chalk was later submitted as evidence and photos were taken of the damage. I reviewed SMC 12A.0820 Property Destruction and observed it stated "writes, paints or draws any inscription, figure or mark of any type on any public or private building or other structure or any real or personal property owned by any other person." As all four individuals were observed doing this I confirmed there was probable cause for their arrest for the crime of Property Destruction.

## INVOLVED PERSONS

| INVOLVED PERSON- NAME (LAST, FIRST MIDDLE) | | DOB / ESTIMATED AGE RANGE |
|---|---|---|
| P-1 Tuscon, Derek | | 1990-12-30 |
| SEX | RACE / ETHNICITY | |
| Male | White | |

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer s unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| DYLAN NELSON | 01/02/2021 | Seattle, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| DYLAN NELSON #8596    Jan 2, 2021 00:45 (e-signature) | Booking Returns Integration #BOOKING    Jan 2, 2021 00:45 (e-signature) |
| PRINT NAME | PRINT NAME |
| DYLAN NELSON #8596 | Booking Returns Integration #BOOKING |

**Seattle Police Department**
Ma k43 RMS o m v2 0 gene ated by MA ANCA #8256 on eb 24, 2022 17 12
mpo ted Repo t    Pg 1 of 1

## Report Number 2021-000736 - Supplement - 5 Report

| REPORT DATE / TIME | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Jan 2, 2021 00:55 | Jan 1, 2021 23:12 - 23:26 | TRAVIS JORDON #8395 |

REPORT DESCRIPTION

Booking Receipt

SUPPLEMENT TYPE

Booking Return

LEGACY DATA

Charge 1: PROP DESTRUCTION

## NARRATIVE

On 01-01-2021 I was working uniformed patrol in the city of Seattle as 3-CHARLIE-1 in a fully marked patrol vehicle. At approx. 2233 hours I was dispatched to 1519 12 Av Seattle (NW Corner). Call Remarks NW CORNER BARRIER WALL ENTRANCE TO THE SALLY PORT ENTRANCE Shortly prior to our arrival the East Precinct clerk reported that there was two subjects "tagging" the northwest corner of the precinct. The clerk provided the descriptions of the two unknown suspects (1/ SUPS WRG LT COLORED CLOTHING, ... 2/DRK JKT, DRK PANTS, DRK SHOES W/WHT SOLES). Officers stepped outside via the roll call room and observed ARRESTED/Derek Tuscon and ARRESTED/Robin Snyder at the northwest corner of the East Precinct standing next to the wall. Both Derek and Robin matched the description provided the clerk. Officers placed both into handcuffs and walked them into the East Precinct as there was a approx. 6-10 agitated individuals outside yelling. Once separated from the crowd I return to the clerk s desk and reviewed the footage with him. The footage shows Derek and Robin writing on the exterior wall with an unknown object later determined to be charcoal. Officers on scene observed black writing on the wall which the clerk reported to be new, photos were later taken. Both Derek and Robin were read Miranda and advised they were under arrest for property destruction. Derek post Miranda admitted to writing on the wall with the charcoal, officers did not recover it at the scene. While officers were conducting their investigation the small crowd continued to stay at the NW corner of the East Precinct despite officers being gone. During this ARRESTED/Erik Moya-Delgado and ARRESTED/Monsieree De Castro was also captured on photo writing on the wall of the East Precinct. Both were advised they were under arrest for property destruction, read Miranda and searched incident to arrest. It should be noted that while on scene officers observed pink writing on the wall which matched the chalk discovered in Erik s pocket. The chalk was later submitted as evidence and photos were taken of the damage. I reviewed SMC 12A.0820 Property Destruction and observed it stated "writes, paints or draws any inscription, figure or mark of any type on any public or private building or other structure or any real or personal property owned by any other person." As all four individuals were observed doing this I confirmed there was probable cause for their arrest for the crime of Property Destruction.

## INVOLVED PERSONS

| INVOLVED PERSON- NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| P-1 MOYA-DELGADO, ERIK | 1994-12-14 |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | White |

HOME ADDRESS

151 11, SEATTLE, WA 98122

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer s unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| TRAVIS JORDON | 01/02/2021 | Seattle, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| TRAVIS JORDON #8395    Jan 2, 2021 00:55 (e-signature) | Booking Returns Integration #BOOKING    Jan 2, 2021 00:55 (e-signature) |
| PRINT NAME | PRINT NAME |
| TRAVIS JORDON #8395 | Booking Returns Integration #BOOKING |

**Seattle Police Department**
Ma k43 RMS  o m v2 0 gene ated by  MA  ANCA #8256 on  eb 24, 2022 17 12
mpo ted Repo t

Pg 1 of 1

Report Number 2021 000736 Supp 2021 x c v6 Report 6 tr act c cell Department

## Report Number 2021-000736 - Supplement - 6 Report

| REPORT DATE / TIME | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Jan 2, 2021 01:05 | Jan 1, 2021 23:14 - 23:26 | DYLAN NELSON #8596 |

REPORT DESCRIPTION

Booking Receipt

SUPPLEMENT TYPE

Booking Return

LEGACY DATA

Charge 1: PROPERTY DESTRUCTION

## NARRATIVE

On 01-01-2021 I was working uniformed patrol in the city of Seattle as 3-CHARLIE-1 in a fully marked patrol vehicle. At approx. 2233 hours I was dispatched to 1519 12 Av Seattle (NW Corner). Call Remarks NW CORNER BARRIER WALL ENTRANCE TO THE SALLY PORT ENTRANCE Shortly prior to our arrival the East Precinct clerk reported that there was two subjects "tagging" the northwest corner of the precinct. The clerk provided the descriptions of the two unknown suspects (1/ SUPS WRG LT COLORED CLOTHING, ... 2/DRK JKT, DRK PANTS, DRK SHOES W/WHT SOLES). Officers stepped outside via the roll call room and observed ARRESTED/Derek Tuscon and ARRESTED/Robin Snyder at the northwest corner of the East Precinct standing next to the wall. Both Derek and Robin matched the description provided the clerk. Officers placed both into handcuffs and walked them into the East Precinct as there was a approx. 6-10 agitated individuals outside yelling. Once separated from the crowd I return to the clerk s desk and reviewed the footage with him. The footage shows Derek and Robin writing on the exterior wall with an unknown object later determined to be charcoal. Officers on scene observed black writing on the wall which the clerk reported to be new, photos were later taken. Both Derek and Robin were read Miranda and advised they were under arrest for property destruction. Derek post Miranda admitted to writing on the wall with the charcoal, officers did not recover it at the scene. While officers were conducting their investigation the small crowd continued to stay at the NW corner of the East Precinct despite officers being gone. During this ARRESTED/Erik Moya-Delgado and ARRESTED/Monsieree De Castro was also captured on photo writing on the wall of the East Precinct. Both were advised they were under arrest for property destruction, read Miranda and searched incident to arrest. It should be noted that while on scene officers observed pink writing on the wall which matched the chalk discovered in Erik s pocket. The chalk was later submitted as evidence and photos were taken of the damage. I reviewed SMC 12A.0820 Property Destruction and observed it stated "writes, paints or draws any inscription, figure or mark of any type on any public or private building or other structure or any real or personal property owned by any other person." As all four individuals were observed doing this I confirmed there was probable cause for their arrest for the crime of Property Destruction.

## INVOLVED PERSONS

| INVOLVED PERSON- NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| P-1 Snyder, Robin Alexandra | 1995-03-21 |

| SEX | RACE / ETHNICITY |
|---|---|
| Female | White |

HOME ADDRESS

1613 MLK, SEATTLE, WA 98122

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer s unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| DYLAN NELSON | 01/02/2021 | Seattle, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| DYLAN NELSON #8596   Jan 2, 2021 01:05 (e-signature) | Booking Returns Integration #BOOKING   Jan 2, 2021 01:05 (e-signature) |
| PRINT NAME | PRINT NAME |
| DYLAN NELSON #8596 | Booking Returns Integration #BOOKING |

**Seattle Police Department**
Ma k43 RMS  o m v2 0 gene ated by   MA  ANCA #8256 on  eb 24, 2022 17 12
mpo ted Repo t                                                                                              Pg 1 of 1

## Report Number 2021-000736 - Supplement - 7 Report

| REPORT DATE / TIME | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Jan 2, 2021 01:10 | Jan 1, 2021 22:33 | MICHELE LETIZIA #6628 |

REPORT DESCRIPTION

Ofc. Letizia s Officer Statement

SUPPLEMENT TYPE

Statement

### NARRATIVE

The following is a summary of the event based on memory and brief notes taken during the preliminary investigation. Any omissions, errors, or inaccuracies are inadvertent:

On 01-01-2021 at about 2233 hrs while working uniformed Patrol as the SPD East Precinct Clerk, I was monitoring the multiple video cameras recording on and around the Precinct. As I watched, two individuals (later identified as A/Tucson and A/Snyder) approached the NorthWest corner of the Precinct security wall and began tagging/writing on the West-facing side of that corner. Between 2233 hrs and 2256 hrs, a total of four individuals approached this section of the wall, including the North-facing side of the NorthWest corner, or the North-facing side of the Precinct near/around the ramps, and damaged the walls. These four individuals were A/Tucson, A/Snyder, A /Moya, and A/De Castro. I had unobstructed and continuous views of all four individuals (A/Tucson, A/Snyder, A/Moya, and A/De Castro) from the point I first saw them damaging the Precinct walls until Officers contacted/arrested them. I was able to direct Officers to these four individuals and verify the correct arrests. I had no doubts that A/Tucson, A/Snyder, A/Moya, and A/De Castro were the correct persons/arrests. The arrests occurred around 2234 hrs, 2238 hrs, 2250 hrs, and 2256 hrs.

After directing/verifying the four arrests, I took 16 digital photographs of the damages A/Tucson, A/Snyder, A/Moya, and A/De Castro caused. I uploaded these photographs using AXON Capture. Finally, I completed this Officer Statement and forwarded it as required.

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer s unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| MICHELE LETIZIA | 01/02/2021 | Seattle, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| MICHELE LETIZIA #6628   Jan 2, 2021 01:12 (e-signature) | DOUGLAS RAGUSO #6793   Jan 2, 2021 01:58 (e-signature) |
| PRINT NAME | PRINT NAME |
| MICHELE LETIZIA #6628 | DOUGLAS RAGUSO #6793 |

**Seattle Police Department**    Pg 1 of 1
Ma k43 RMS  o m v2 0 gene ated by  MA ANCA #8256 on  eb 24, 2022 17 12

## Report Number 2021-000736 - Supplement - 8 Report

| REPORT DATE / TIME | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Jan 2, 2021 01:15 | Jan 1, 2021 23:19 - 23:26 | TRAVIS JORDON #8395 |

REPORT DESCRIPTION

Booking Receipt

SUPPLEMENT TYPE

Booking Return

LEGACY DATA

Charge 1: PROPERTY DESTRUCTION

## NARRATIVE

On 01-01-2021 I was working uniformed patrol in the city of Seattle as 3-CHARLIE-1 in a fully marked patrol vehicle. At approx. 2233 hours I was dispatched to 1519 12 Av Seattle (NW Corner). Call Remarks NW CORNER BARRIER WALL ENTRANCE TO THE SALLY PORT ENTRANCE Shortly prior to our arrival the East Precinct clerk reported that there was two subjects "tagging" the northwest corner of the precinct. The clerk provided the descriptions of the two unknown suspects (1/ SUPS WRG LT COLORED CLOTHING, ... 2/DRK JKT, DRK PANTS, DRK SHOES W/WHT SOLES). Officers stepped outside via the roll call room and observed ARRESTED/Derek Tuscon and ARRESTED/Robin Snyder at the northwest corner of the East Precinct standing next to the wall. Both Derek and Robin matched the description provided the clerk. Officers placed both into handcuffs and walked them into the East Precinct as there was a approx. 6-10 agitated individuals outside yelling. Once separated from the crowd I return to the clerk s desk and reviewed the footage with him. The footage shows Derek and Robin writing on the exterior wall with an unknown object later determined to be charcoal. Officers on scene observed black writing on the wall which the clerk reported to be new, photos were later taken. Both Derek and Robin were read Miranda and advised they were under arrest for property destruction. Derek post Miranda admitted to writing on the wall with the charcoal, officers did not recover it at the scene. While officers were conducting their investigation the small crowd continued to stay at the NW corner of the East Precinct despite officers being gone. During this ARRESTED/Erik Moya-Delgado and ARRESTED/Monsieree De Castro was also captured on photo writing on the wall of the East Precinct. Both were advised they were under arrest for property destruction, read Miranda and searched incident to arrest. It should be noted that while on scene officers observed pink writing on the wall which matched the chalk discovered in Erik s pocket. The chalk was later submitted as evidence and photos were taken of the damage. I reviewed SMC 12A.0820 Property Destruction and observed it stated "writes, paints or draws any inscription, figure or mark of any type on any public or private building or other structure or any real or personal property owned by any other person." As all four individuals were observed doing this I confirmed there was probable cause for their arrest for the crime of Property Destruction.

## INVOLVED PERSONS

| INVOLVED PERSON- NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| P-1 DeCastro, Monsieree Badere | 1991-11-14 |

| SEX | RACE / ETHNICITY |
|---|---|
| Female | Asian |

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer s unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| TRAVIS JORDON | 01/02/2021 | Seattle, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| TRAVIS JORDON #8395    Jan 2, 2021 01:15 (e-signature) | Booking Returns Integration #BOOKING   Jan 2, 2021 01:15 (e-signature) |
| PRINT NAME | PRINT NAME |
| TRAVIS JORDON #8395 | Booking Returns Integration #BOOKING |

**Seattle Police Department**
Ma k43 RMS  o m v2 0 gene ated by   MA  ANCA #8256 on  eb 24, 2022 17 12
mpo ted Repo t

Pg 1 of 1

## Report Number 2021-000736 - Supplement - 9 Report

| REPORT DATE / TIME | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Jan 2, 2021 01:48 | Jan 1, 2021 23:19 - 23:26 | DYLAN NELSON #8596 |

REPORT DESCRIPTION

Officer Nelson s statement

SUPPLEMENT TYPE

Statement

## NARRATIVE

On 01/01/21, I was working uniformed patrol for the Seattle Police Department as 3E31. At 2233 hours, I was dispatched to a property damage call at the East Precinct at 1519 12 AV. The call notes read "NW CORNER BARRIER WALL ENTRANCE TO THE SALLY PORT ENTRANCE," and I heard the East Clerk identify one of the suspects grafting the wall.

I arrived at the precinct after officers took the first suspect, A/TUSCAN, Derek into custody for the crime of Property Damage (SMC 12A. 08.020) which specifically states "A person is guilty of property destruction if he or she... Writes, paints or draws any inscription, figure or mark of any type on any public or private building or other structure or any real or personal property owned by any other person."

As I entered the precinct, I observed one of the known protesters, who goes by the name Future Crystals on Instagram, live streaming from his phone. I parked inside the precinct and began watching his public live stream. I would later download this and submit it as evidence.

On his live stream I observed A/SNYDER, Alexandra, who was next to A/TUSCON at the time of his arrest, begin defacing the East Precinct barrier wall once officers were inside the precinct. I observed this on both Future Crystal s live stream and on the East Precinct security cameras.

I exited the precinct, drove to the sally port entrance where the people were gathered defacing the barrier wall, activated my lights and placed A/SNYDER under arrest for Property damage, the same crime A/TUSCON was arrested for minutes before. Another officer walked her inside and placed her in a cell after searching her.

I once again began watching Future Crystal s live stream.

On his live stream I observed A/DECASTRO, Monsieree, who was near A/SNYDER at the time of her arrest, begin defacing the East Precinct barrier wall once officers were inside the precinct. I once again observed this on both Future Crystal s live stream and on the East Precinct security cameras.

I once again exited the precinct, drove to the sally port entrance where the people were gathered defacing the barrier wall, activated my lights and placed A/DECASTRO under arrest for Property damage, the same crime A/TUSCON and A/SNYDER were arrested for minutes before. Another officer walked her inside and placed her in a cell after searching her.

A/MOYADELGADO was also later arrested for the same crime after he was seen on East Precinct security camera footage committing the crime of Property Destruction. He was also with the group when the above people were arrested.

I have downloaded the live stream that Future Crystals made publicly available and will submit it as evidence.

## INVOLVED LOCATIONS

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| DYLAN NELSON #8596    Jan 2, 2021 02:08 (e-signature) | RYAN KENNARD #7555    Jan 2, 2021 02:17 (e-signature) |
| PRINT NAME | PRINT NAME |
| DYLAN NELSON #8596 | RYAN KENNARD #7555 |

LOCATION

1519 12TH AVE, SEATTLE, WA 98122

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer s unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| DYLAN NELSON | 01/02/2021 | Seattle, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| DYLAN NELSON #8596   Jan 2, 2021 02:08 (e-signature) | RYAN KENNARD #7555   Jan 2, 2021 02:17 (e-signature) |
| PRINT NAME | PRINT NAME |
| DYLAN NELSON #8596 | RYAN KENNARD #7555 |

Report Number 2021 000736 Sup 10 ent Video Report ( Seattle Po ce Department )    Pg 1 of 2

## Report Number 2021-000736 - Supplement - 10 Report

| REPORT DATE / TIME | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Jan 7, 2021 19:45 | Jan 1, 2021 23:19 - 23:26 | DYLAN NELSON #8596 |

REPORT DESCRIPTION
Evidence Submittal - Ofc D Nelson #8596

SUPPLEMENT TYPE
Evidence

## NARRATIVE

On 01/07/20, I submitted a CD with video evidence regarding the attached report and property damage by protesters.

The video shows our arrestees defacing the barrier protecting the east precinct, clearly committing the crime of Property Destruction (SMC 12A.08.020).

The video was uploaded onto an Instagram account called Future_Crystals_Two, which is owned by a ADERA, Chai M (11/12/95). I personally saw ADERA on the night of this incident. I recognized him through his mask and I also recognized his voice.

## INVOLVED PERSONS

| INVOLVED PERSON- NAME (LAST, FIRST MIDDLE) | | | DOB / ESTIMATED AGE RANGE | |
|---|---|---|---|---|
| P-1 ADERA, CHAI MARSALIS | | | 1995-11-12 | |

| SEX | RACE / ETHNICITY | PHONE NUMBER | EMAIL ADDRESS |
|---|---|---|---|
| Male | Not Hispanic Or Latino | (206) 306-5118 (Mobile), (206) 387-2468 (Home) | BIRDIDA@GMAIL.COM (Home) |

HOME ADDRESS
4506 CASCADIA AV S, SEATTLE, WA 98118

INVOLVEMENT TYPE
Other - Recorded incident

## VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS / DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | TOTAL ($) VALUE |
|---|---|---|---|---|
| Silver Verbatim CD marked "2021-000736 / Silver (SIL) | Evidence / Jan 1, 2021 / Evidence | | 1 | UNKNOWN |

## PROPERTY & ITEMS ADDENDUM

*2021 000736 6 OTHER ITEM   SILVER VERBATIM CD MARKED "2021 000736*

ITEM CATEGORY
CD s/DVD s

DESCRIPTION
Silver Verbatim CD marked "2021-000736

COLOR
Silver (SIL)

| STATUS | STATUS DATE | TOTAL ($) VALUE | QUANTITY |
|---|---|---|---|
| Evidence | Jan 1, 2021 23:19 | UNKNOWN | 1 |

| IN POLICE CUSTODY | REASON FOR POLICE CUSTODY |
|---|---|
| Yes | Evidence |

RECOVERING OFFICER / ID # / PERSON
DYLAN NELSON #8596

DROP-OFF LOCATION / INTAKE PERSON
East Precinct > Evidence Locker

RECOVERED LOCATION
1519 12TH AVE, SEATTLE, WA 98122

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| DYLAN NELSON #8596   Jan 7, 2021 22:26 (e-signature) | DOUGLAS RAGUSO #6793   Jan 8, 2021 00:56 (e-signature) |
| PRINT NAME | PRINT NAME |
| DYLAN NELSON #8596 | DOUGLAS RAGUSO #6793 |

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer s unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| DYLAN NELSON | 01/07/2021 | Seattle, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| DYLAN NELSON #8596   Jan 7, 2021 22:26 (e-signature) | DOUGLAS RAGUSO #6793   Jan 8, 2021 00:56 (e-signature) |
| PRINT NAME | PRINT NAME |
| DYLAN NELSON #8596 | DOUGLAS RAGUSO #6793 |

## Report Number 2021-000736 - Supplement - 11 Report

| REPORT DATE / TIME | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Jan 7, 2021 20:08 | Jan 7, 2021 20:00 - 20:00 | ALEXANDER PATTON #8450 |

REPORT DESCRIPTION

East Precinct

SUPPLEMENT TYPE

Property

## NARRATIVE

East Precinct Camera footage.

## VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS / DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | TOTAL ($) VALUE |
|---|---|---|---|---|
| East Precinct Camera footage / Silver (SIL) | Evidence / Jan 7, 2021 / Evidence | | | UNKNOWN |

## PROPERTY & ITEMS ADDENDUM

*2021 000736 5 OTHER ITEM   EAST PRECINCT CAMERA FOOTAGE*

ITEM CATEGORY

Other

DESCRIPTION

East Precinct Camera footage

COLOR

Silver (SIL)

| STATUS | STATUS DATE | TOTAL ($) VALUE | IN POLICE CUSTODY |
|---|---|---|---|
| Evidence | Jan 7, 2021 20:00 | UNKNOWN | Yes |

REASON FOR POLICE CUSTODY

Evidence

RECOVERING OFFICER / ID # / PERSON

ALEXANDER PATTON #8450

DROP-OFF LOCATION / INTAKE PERSON

East Precinct > Evidence Locker

RECOVERED LOCATION

EAST PCT, 1519 12 AV, SEATTLE, WA 98122

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer s unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| ALEXANDER PATTON | 01/07/2021 | Seattle, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| ALEXANDER PATTON #8450   Jan 7, 2021 20:23 (e-signature) | RYAN KENNARD #7555   Jan 8, 2021 02:27 (e-signature) |
| PRINT NAME | PRINT NAME |
| ALEXANDER PATTON #8450 | RYAN KENNARD #7555 |

# Report Number 2021-000736 - Supplement - 12 Report

| REPORT DATE / TIME | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Feb 8, 2021 21:06 | Jan 7, 2021 20:00 - 20:00 | ALEXANDER PATTON #8450 |

REPORT DESCRIPTION

Officer Statement

SUPPLEMENT TYPE

Statement

## NARRATIVE

On 2-8-2021 I was working uniformed patrol in the City of Seattle as 3-CHARLIE-1 in a fully marked patrol vehicle. Prior to roll call I became aware of a article published by southseattleemerald.com on 2-8-2021

In this article the writer SUBJECT/Carol Bick alleges to have spoken to "Robin", "Monsieree" and "D.T" on 1/25/2021 regarding arrests made by police on 1/1/2021 and 12/18/2020. In report number 2021-000736 officers arrested Robin Synder, Monsieree Decastoro and Derek Tuscon for property destruction.

In the article it states that D.T (Derek Tuscon) and Robin (Robin Synder) admitted to writing on the wall of the Precinct. The articles mention that the suspects had used "charcoal" and "chalk" to deface the walls of the Precinct which was correct. Based on the similarity of the names and intimate information such as Robin's prolonged stay at KCJ it leads me to believe that Carol Bick did speak with the previously arrested.

If this is true, then all arrested individuals mentioned previously admitted to committing Property Destruction. (definition below).

12A.08.020 - Property destruction.

1. A person is guilty of property destruction if he or she:1.Intentionally damages the property of another; or2.Writes, paints or draws any inscription, figure or mark of any type on any public or private building or other structure or any real or personal property owned by any other person.

I later submitted a copy of article into evidence and attached a link to the bottom of this statement.

https://southseattleemerald.com/2021/02/08/top-spd-officials-asked-king-county-jail-officials-to-override-covid-restrictions-and-book-nonviolent-protestors-they-complied/

-END OF STATEMENT-

## VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS / DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | TOTAL ($) VALUE |
|---|---|---|---|---|
| Article from South Seattle Emerald / White (WHI) | Evidence / Jan 7, 2021 / Evidence | | | UNKNOWN |

## PROPERTY & ITEMS ADDENDUM

*2021 000736 7 OTHER ITEM   ARTICLE FROM SOUTH SEATTLE EMERALD*

ITEM CATEGORY

Other

DESCRIPTION

Article from South Seattle Emerald

COLOR

White (WHI)

| STATUS | STATUS DATE | TOTAL ($) VALUE | IN POLICE CUSTODY |
|---|---|---|---|
| Evidence | Jan 7, 2021 20:00 | UNKNOWN | Yes |

REASON FOR POLICE CUSTODY

Evidence

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| ALEXANDER PATTON #8450   Feb 8, 2021 21:08 (e-signature) | RYAN KENNARD #7555   Feb 8, 2021 21:37 (e-signature) |
| PRINT NAME | PRINT NAME |
| ALEXANDER PATTON #8450 | RYAN KENNARD #7555 |

RECOVERING OFFICER / ID # / PERSON

ALEXANDER PATTON #8450

DROP-OFF LOCATION / INTAKE PERSON

East Precinct > Evidence Locker

RECOVERED LOCATION

EAST PCT, 1519 12 AV, SEATTLE, WA 98122

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer s unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| ALEXANDER PATTON | 02/08/2021 | Seattle, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| ALEXANDER PATTON #8450    Feb 8, 2021 21:08 (e-signature) | RYAN KENNARD #7555    Feb 8, 2021 21:37 (e-signature) |
| PRINT NAME | PRINT NAME |
| ALEXANDER PATTON #8450 | RYAN KENNARD #7555 |

## Report Number 2021-000736 - Records/Evidence Attachments - 1 Report

| REPORT DATE / TIME | PRECINCT / SECTOR / BEAT / RA / SUBDIVISION 5 | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME |
|---|---|---|
| Mar 22, 2021 15:02 | W / K / K1 / 6967 | Jan 1, 2021 22:33 |

REPORT WRITER
JOEY FLORES #7271

ASSISTING PERSONNEL / TYPE(S)
TRAVIS JORDON #8395 (Backing Officer)

REPORT TAKEN LOCATION
HEADQUARTERS, 610 5TH AVE, SEATTLE, WA 98104

EVENT STATISTICS

☐ Event Contains Bias Elements
☐ AED Used
☐ Hate Graffiti

☐ Event is DV Related
☐ Cybercrime
☐ Shooting (Fatal Injury)
☐ ICV Exists

☐ Homelessness
☐ Naloxone Administered
☐ Shots Fired (Eyewitness/Casings/Property Damage)
☐ DEMS
☑ Body Worn Video
☐ Shooting (Non-Fatal Injury)

*REPORTING PARTY 1*
REPORTING PARTY- (ORGANIZATION)
R-1 SPD

ORGANIZATION TYPE
Government

## ATTACHMENTS ADDENDUM

| FILE NAME | UPLOAD DATE/TIME | UPLOADED BY |
|---|---|---|
| 2021-000736 BA 01-01-2021 DECASTRO.pdf | Mar 22, 2021 15:03 | J. FLORES #7271 |

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer s unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| JOEY FLORES | 03/22/2021 | Seattle, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| JOEY FLORES #7271    Mar 22, 2021 15:03 (e-signature) | |
| PRINT NAME | PRINT NAME |
| JOEY FLORES #7271 | |

## Report Number 2021-000736 - Records/Evidence Attachments - 2 Report

| REPORT DATE / TIME | PRECINCT / SECTOR / BEAT / RA / SUBDIVISION 5 | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME |
|---|---|---|
| Mar 22, 2021 15:05 | W / K / K1 / 6967 | Jan 1, 2021 22:33 |

REPORT WRITER

JOEY FLORES #7271

ASSISTING PERSONNEL / TYPE(S)

TRAVIS JORDON #8395 (Backing Officer)

REPORT TAKEN LOCATION

HEADQUARTERS, 610 5TH AVE, SEATTLE, WA 98104

EVENT STATISTICS

- ☐ Event Contains Bias Elements
- ☐ AED Used
- ☐ Hate Graffiti

- ☐ Event is DV Related
- ☐ Cybercrime
- ☐ Shooting (Fatal Injury)
- ☐ ICV Exists

- ☐ Homelessness
- ☐ Naloxone Administered
- ☐ Shots Fired (Eyewitness/Casings/Property Damage)
- ☐ DEMS
- ☑ Body Worn Video
- ☐ Shooting (Non-Fatal Injury)

*REPORTING PARTY 1*

REPORTING PARTY- (ORGANIZATION)

R-1 SPD

ORGANIZATION TYPE

Government

## ATTACHMENTS ADDENDUM

| FILE NAME | UPLOAD DATE/TIME | UPLOADED BY |
|---|---|---|
| 2021-000736 BA 01-01-2021 MOYA-DELGADO.pdf | Mar 22, 2021 15:06 | J. FLORES #7271 |

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer s unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| JOEY FLORES | 03/22/2021 | Seattle, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| JOEY FLORES #7271    Mar 22, 2021 15:06 (e-signature) | |
| PRINT NAME | PRINT NAME |
| JOEY FLORES #7271 | |

## Report Number 2021-000736 - Records/Evidence Attachments - 3 Report

| REPORT DATE / TIME | PRECINCT / SECTOR / BEAT / RA / SUBDIVISION 5 | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME |
|---|---|---|
| Mar 22, 2021 15:06 | W / K / K1 / 6967 | Jan 1, 2021 22:33 |

REPORT WRITER
JOEY FLORES #7271

ASSISTING PERSONNEL / TYPE(S)
TRAVIS JORDON #8395 (Backing Officer)

REPORT TAKEN LOCATION
HEADQUARTERS, 610 5TH AVE, SEATTLE, WA 98104

EVENT STATISTICS

- ☐ Event Contains Bias Elements
- ☐ AED Used
- ☐ Hate Graffiti

- ☐ Event is DV Related
- ☐ Cybercrime
- ☐ Shooting (Fatal Injury)
- ☐ ICV Exists

- ☐ Homelessness
- ☐ Naloxone Administered
- ☐ Shots Fired (Eyewitness/Casings/Property Damage)
- ☐ DEMS
- ☑ Body Worn Video
- ☐ Shooting (Non-Fatal Injury)

### REPORTING PARTY 1

REPORTING PARTY- (ORGANIZATION)
R-1 SPD

ORGANIZATION TYPE
Government

## ATTACHMENTS ADDENDUM

| FILE NAME | UPLOAD DATE/TIME | UPLOADED BY |
|---|---|---|
| 2021-000736 BA 01-01-2021 SNYDER.pdf | Mar 22, 2021 15:07 | J. FLORES #7271 |

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer s unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| JOEY FLORES | 03/22/2021 | Seattle, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| JOEY FLORES #7271    Mar 22, 2021 15:07 (e-signature) | |
| PRINT NAME | PRINT NAME |
| JOEY FLORES #7271 | |

## Report Number 2021-000736 - Records/Evidence Attachments - 4 Report

| REPORT DATE / TIME | PRECINCT / SECTOR / BEAT / RA / SUBDIVISION 5 | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME |
|---|---|---|
| Mar 22, 2021 15:08 | W / K / K1 / 6967 | Jan 1, 2021 22:33 |

REPORT WRITER
JOEY FLORES #7271

ASSISTING PERSONNEL / TYPE(S)
TRAVIS JORDON #8395 (Backing Officer)

REPORT TAKEN LOCATION
HEADQUARTERS, 610 5TH AVE, SEATTLE, WA 98104

EVENT STATISTICS

- ☐ Event Contains Bias Elements
- ☐ AED Used
- ☐ Hate Graffiti

- ☐ Event is DV Related
- ☐ Cybercrime
- ☐ Shooting (Fatal Injury)
- ☐ ICV Exists

- ☐ Homelessness
- ☐ Naloxone Administered
- ☐ Shots Fired (Eyewitness/Casings/Property Damage)
- ☐ DEMS
- ☑ Body Worn Video
- ☐ Shooting (Non-Fatal Injury)

*REPORTING PARTY 1*

REPORTING PARTY- (ORGANIZATION)
R-1 SPD

ORGANIZATION TYPE
Government

## ATTACHMENTS ADDENDUM

| FILE NAME | UPLOAD DATE/TIME | UPLOADED BY |
|---|---|---|
| 2021-000736 BA 01-01-2021 TUCSON.pdf | Mar 22, 2021 15:08 | J. FLORES #7271 |

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer s unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| JOEY FLORES | 03/22/2021 | Seattle, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| JOEY FLORES #7271    Mar 22, 2021 15:08 (e-signature) | |
| PRINT NAME | PRINT NAME |
| JOEY FLORES #7271 | |



ENTR

2021-C00736

C HIST/ENT-MOD-CAN-RVW
D: 2021 T: 0733 S: 7271



ENTR



ENTR

2021-CCO736



C HIST/ENT-MOD-CAN-RVW
D: 2021 T: 1232 S: 1271



ENTR

2021-000736

C HIST/ENT-MOD-CAN-RVW
D:2021 T: 2325.7271



ENTR

2021-005736



Reset Form



Event # 2021-736

## Seattle Police Department
### Sergeant Arrest Screening

---

**INSTRUCTIONS**: Fill out this form and save it as a PDF.

Date | 1/1/2021 | Time | 2310

Location | East Precinct Holding Cells

Officers Involved

```
3C1-PT   P   5450-PATTON, ALEXANDER A
             8395-JORDON, TRAVIS D
3C01-PT      8464-WOHLWEND, JOSEPH H
             6791-HAIRSTON, KATHRYN L
3C-PS        7555-KENNARD, RYAN M
A51-RG       7761-MAEHLER, JAMISON A
             5458-BIDDLE, NATHAN W
3C2-PT       5573-ZIMMER, JACOB M
6A-RG        6725-ZIEMER, JOSHUA R
3C3-PT       5325-PREUSS, KURT W
3E11-PT      8642-BARRETT, RYAN J
3E31-PT      8596-NELSON, DYLAN N
             8601-NGUYEN, MIA K
3G3-PT       8595-GREGORY, NICHOLAS P
             7408-LOVANHILL, LAUREN K
```

Name of Subject(s) Arrested or Detained

Derek C. Tuscon

Disposition of Subject | Booked
*If other, describe:*

Warrant Arrest? | None
*If not warrant arrest, crime arrested for:*

12A.08.020 - Property destruction

Screening Captured on: | DICVS | N/A

Body Cam | Yes

Observed Subject in Person? | Yes
*If not, explain:*

Any Injuries Observed?                No
*If so, describe:*

Subject Reported Injuries or Medical Condition?        Yes
*If so, describe:*

Subject reported shoulder soreness during arrest due to a preexisting condition.

SFD Called?        No
*If so, unit responding:*

Subject declined to be seen by SFD

If injuries were observed or reported, did they occur before the arrest detention?

Yes

Did the subject or any involved officer report use of force?

No

If so, was the use of force packet completed?

N/A

Was any suspect arrested for assaulting an officer?    No
*If yes, name of lieutenant screening the assault on the officer arrest:*

Additional Information:

Subject reported soreness during arrest but when asked about it later reported he had a preexisting injury and did not complain of pain.

Reset Form



Event # 2021-736

## Seattle Police Department
### Sergeant Arrest Screening

**INSTRUCTIONS**: Fill out this form and save it as a PDF.

| | | | |
|---|---|---|---|
| Date | 1/1/2021 | Time | 2310 |
| Location | East Precinct Holding Cells | | |

**Officers Involved**

```
3C1-PT  P  5450-PATTON, ALEXANDER A
        8395-JORDON, TRAVIS D
3C01-PT    8464-WOHLWEND, JOSEPH H
        6791-HAIRSTON, KATHRYN L
3C-PS      7555-KENNARD, RYAN M
A51-RG     7761-MAEHLER, JAMISON A
        5458-BIDDLE, NATHAN W
3C2-PT     5573-ZIMMER, JACOB M
6A-RG      6725-ZIEMER, JOSHUA R
3C3-PT     5325-PREUSS, KURT W
3E11-PT    8642-BARRETT, RYAN J
3E31-PT    8596-NELSON, DYLAN N
        8601-NGUYEN, MIA K
3G3-PT     8595-GREGORY, NICHOLAS P
        7408-LOVANHILL, LAUREN K
```

**Name of Subject(s) Arrested or Detained**

Eric A. MoyaDelgado

**Disposition of Subject**          Booked
*If other, describe:*

**Warrant Arrest?**          None
*If not warrant arrest, crime arrested for:*

12A.08.020 - Property destruction

| **Screening Captured on:** | DICVS | N/A |
|---|---|---|
| | Body Cam | Yes |

**Observed Subject in Person?**          Yes
*If not, explain:*

Any Injuries Observed?                    No
*If so, describe:*

Subject Reported Injuries or Medical Condition?        Yes
*If so, describe:*

Subject did not report anything new tonight but during a previous arrest he had a concussion and a head, neck and shoulder injury. Subject reported he had already received treatment for this.

SFD Called?        No
*If so, unit responding:*

If injuries were observed or reported, did they occur before the arrest detention?

        Yes

Did the subject or any involved officer report use of force?

        No

If so, was the use of force packet completed?

        N/A

Was any suspect arrested for assaulting an officer?        No
*If yes, name of lieutenant screening the assault on the officer arrest:*

Additional Information:

Subject did not report anything new tonight but during a previous arrest he had a concussion and a head, neck and shoulder injury. Subject reported he had already received treatment for this.

Reset Form



Event # 2021-736

## Seattle Police Department
### Sergeant Arrest Screening

**INSTRUCTIONS:** Fill out this form and save it as a PDF.

Date      1/1/2021      Time      2310

Location      East Precinct Holding Cells

Officers Involved

```
3C1-PT   P   5450-PATTON, ALEXANDER A
             8395-JORDON, TRAVIS D
3C01-PT      8464-WOHLWEND, JOSEPH H
             6791-HAIRSTON, KATHRYN L
3C-PS        7555-KENNARD, RYAN M
A51-RG       776 I-MAEHLER, JAMISON A
             5458-RIDDLE, NATHAN W
3C2-PT       5573-ZIMMER, JACOB M
6A-RG        6725-ZIEMER, JOSHUA R
3C3-PT       5325-PREUSS, KURT W
3E11-PT      8642-BARRETT, RYAN J
3E31-PT      8596-NELSON, DYLAN N
             8601-NGUYEN, MIA K
3G3-PT       8595-GREGORY, NICHOLAS P
             7408-LOVANHILL, LAUREN K
```

Name of Subject(s) Arrested or Detained

Monsieree B. DeCastro

Disposition of Subject      Booked
*If other, describe:*

Warrant Arrest?      None
*If not warrant arrest, crime arrested for:*

12A.08.020 - Property destruction

Screening Captured on:      DICVS      N/A

     Body Cam      Yes

Observed Subject in Person?      Yes
*If not, explain:*

Any Injuries Observed?          No
*If so, describe:*

Subject Reported Injuries or Medical Condition?          No
*If so, describe:*

SFD Called?          No
*If so, unit responding:*

If injuries were observed or reported, did they occur before the arrest detention?

          N/A

Did the subject or any involved officer report use of force?

          No

If so, was the use of force packet completed?

          N/A

Was any suspect arrested for assaulting an officer?          No
*If yes, name of lieutenant screening the assault on the officer arrest:*

Additional Information:

Reset Form



Event # 2021-736

## Seattle Police Department
### Sergeant Arrest Screening

---

**INSTRUCTIONS**: Fill out this form and save it as a PDF.

Date      1/1/2021      Time      2310

Location      East Precinct Holding Cells

Officers Involved

```
3C1-PT   P   5450-PATTON, ALEXANDER A
             8395-JORDON, TRAVIS D
3C01-PT      8464-WOHLWEND, JOSEPH H
             6791-HAIRSTON, KATHRYN L
3C-PS        7555-KENNARD, RYAN M
A51-RG       776 I-MAEHLER, JAMISON A
             8458-BIDDLE, NATHAN W
3C2-PT       5573-ZIMMER, JACOB M
6A-RG        6725-ZIEMER, JOSHUA R
3C3-PT       5326-PREUSS, KURT W
3E11-PT      8642-BARRETT, RYAN J
3E31-PT      8596-NELSON, DYLAN N
             8601-NGUYEN, MIA K
3G3-PT       8595-GREGORY, NICHOLAS P
             7408-LOVANHILL, LAUREN K
```

Name of Subject(s) Arrested or Detained

Robin A. Snyder

Disposition of Subject      Booked
*If other, describe:*

Warrant Arrest?      None
*If not warrant arrest, crime arrested for:*

12A.08.020 - Property destruction

Screening Captured on:      DICVS      N/A

     Body Cam      Yes

Observed Subject in Person?      Yes
*If not, explain:*

Any Injuries Observed?                    No
*If so, describe:*

Subject Reported Injuries or Medical Condition?          No
*If so, describe:*

SFD Called?          No
*If so, unit responding:*

If injuries were observed or reported, did they occur before the arrest detention?

N/A

Did the subject or any involved officer report use of force?

No

If so, was the use of force packet completed?

N/A

Was any suspect arrested for assaulting an officer?     No
*If yes, name of lieutenant screening the assault on the officer arrest:*

Additional Information:

