Exhibit 2 to Declaration of Nathaniel Flack



**GRAFFITI - SPRAY-PAINTING 'TAGGERS' WILL BE - Seattle Post-Intelligencer (WA) - August 29, 1996 - page A18**

August 29, 1996 | Seattle Post-Intelligencer (WA) | Page A18

Lest there be any confusion from your recent article describing the global travels of taggers as ``graffiti artists going international,'' those who do graffiti in Seattle should expect to go to jail or to do community services removing graffiti.

Spray-painting someone else's property without permission is vandalism, not ``art.'' Those whose artistic expression doesn't include asking the owner for permission will be prosecuted to the full extent of the law.

Mark H. Sidran

Seattle City Attorney

l

**CITATION (AGLC STYLE)**

'GRAFFITI - SPRAY-PAINTING `TAGGERS' WILL BE PROSECUTED BY THE CITY', *Seattle Post-Intelligencer* (online), 29 Aug 1996 A18 ‹https://infoweb-newsbank-com.proxy.lib.umich.edu/apps/news/document-view?p=WORLDNEWS&docref=news/0EB04AED89DBA17D›

Copyright (c) 1996, 2000 Seattle Post-Intelligencer (http://seattlep-i.com). All rights reserved. Reproduced with the permission of the Seattle Post-Intelligencer.