Exhibit 5 to Declaration of Nathaniel Flack

 City of Seattle

# Complaint Report of Findings

**Department of Construction & Inspections**
**Code Compliance Division**
700 Fifth Ave
Suite 1900
P.O. Box 34019
Seattle, WA   98124-4019

**Phone:** (206) 615-0808
**TTY:** (206) 233-7156
**Website:** http://www.seattle.gov/sdci
**Office Location:** 700 Fifth Avenue, 19th Floor of Seattle Municipal Tower

**Complaint Location:**
1519 12TH AVE
SEATTLE, WA 98122

**Record Number:** 007612-20CP

**Complaint Type:** Land Use

**Complaint Outcome:** Referred

**Resolution Date:** Aug 31, 2020

**Alleged Complaint Description:** Seattle Police Department (east and west precinct) has constructed of a 6-foot wall on the publicly owned sidewalk. The wall encroaches into the ROW. There are no permits posted at the job site, and no traffic mitigation plan. Typically, there are signs posted for pedestrian redirection for any temporary encroachments into the right-of-way. This is not present. Temporary or not, this wall does not appear to have received the property building permits. Per Section 106 of the adopted Building Code, a wall is required when the wall is over 4-feet in height. The permit portal shows there are no records for this 6-foot wall SPD is installing, at neither the west nor east precint addresses.

**Additional Information:** ZONING - Emergency Management referral

**Referred to Agency(s):**

| Agency | Comments |
|---|---|
| Other | ZONING - Emergency Management referral |

 **City of Seattle**            **Complaint Report of Findings**

**Department of Construction & Inspections**
**Code Compliance Division**
700 Fifth Ave
Suite 1900
P.O. Box 34019
Seattle, WA   98124-4019

**Phone:** (206) 615-0808
**TTY:** (206) 233-7156
**Website:** http://www.seattle.gov/sdci
**Office Location:** 700 Fifth Avenue,
19th Floor of Seattle Municipal Tower

**Complaint Location:**
1519 12TH AVE
SEATTLE, WA 98122

**Record Number:** 009347-20CP

**Complaint Type:** Land Use

**Complaint Outcome:** No Violation Observed

**Resolution Date:** Dec 02, 2020

**Alleged Complaint Description:** Building has a large fence structure that:1) is blocking a sidewalk with no pedestrian detour or sidewalk closure signs/notificaitons2) the structure appears to be unpermitted, and likely does not meet code or safety standards
**Additional Information:** ZONING

**Inspections:**

| Type | Date | Result | Result Comments | Inspected By |
|---|---|---|---|---|
| HZW Investigation (Housing, Zoning, Weeds) | 12/2/2020 | Completed | Observed barricaded right-of-way along 12th Ave adjacent to East Police Precinct. The right-of-way is regulated by Seattle Dept. of Transportation. No violation observed. | Stephen Rudolph |

 **City of Seattle**  **Complaint Report of Findings**

**Department of Construction & Inspections**
**Code Compliance Division**
700 Fifth Ave
Suite 1900
PO Box 34019
Seattle, WA  98124-4019

**Phone:** (206) 615-0808
**TTY:** (206) 233-7156
**Website:** seattle.gov/sdci
**Office Location:** 700 Fifth Avenue,
19th Floor of Seattle Municipal Tower

**Complaint Location:**
1519 12TH AVE
SEATTLE, WA 98122

**Record Number:**  001953-21CP

**Complaint Type:** Land Use

**Complaint Outcome:** Referred

**Resolution Date:** Mar 16, 2021

**Alleged Complaint Description:** Concrete barriers in public right of way are block pedestrian traffic and making right hand turns from pine onto 12th dangerous.

**Additional Information:** ZONING - Emergency Management referral

**Referred to Agency(s):**

| Agency | Comments |
|---|---|
| Other | referred to Dept of Emergency Mgmt |