Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,

Plaintiffs,

v.

CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4), and JANE DOES (#1-2)

Defendants.

No. 2:23-cv-00017-MJP

DECLARATION OF MONSIEREE DE CASTRO IN SUPPORT ON MOTION FOR PRELIMINARY INJUNCTION

I, Monsieree de Castro, declare:

1. I am over the age of 18 and am competent to testify. I am a Plaintiff in the above captioned matter. I have personal knowledge of the following.

2. On January 1, 2021, the defendants arrested me for temporary, removable writing on the concrete barrier blocking the sidewalk outside of the Seattle Police Department's East Precinct building. The messages I wrote were political in nature, and intended to garner solidarity and fight against injustices.

3. My chalking was intended to be seen people in the vicinity of the East Precinct building, including government officials like police officers and the general public.
DECLARATION OF MONSIEREE DE CASTRO IN SUPPORT ON MOTION FOR PRELIMINARY INJUNCTION - 1

No. 2:23-cv-00017-MJP

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

4. Prior to January 1, 2021 I regularly used sidewalk to write messages of political protest on public sidewalks. I have also chalked artwork on the public sidewalk at block parties.

5. After January 1, 2021 the threat of arrest for chalking is always on my mind, especially about chalking on political topics. I reduced my use of chalk after the January 1 arrest because it was clear I would be targeted based on my political message, especially around government buildings or in the presence of police officers. I believe I am at risk of arrest every time I chalk.

6. If the City was prohibited from arresting or jailing me for chalking like it did on January 1, 2021, I would again feel comfortable using chalk to express political beliefs near government buildings and in the presence of police officers.

7. In response to this lawsuit, I understand the City recently amended the ordinance I was arrested under. I have reviewed the language of the amended ordinance, which does not alleviate my fear of arrest for chalking.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED this __21__ day of March, 2023, at Seattle, Washington.


Monsieree de Castro (Mar 21, 2023 13:25 PDT)

Monsieree de Castro

DECLARATION OF MONSIEREE DE CASTRO IN SUPPORT ON
MOTION FOR PRELIMINARY INJUNCTION - 2

No. 2:23-cv-00017-MJP

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Attorneys for Defendants

Ann Davison
Seattle City Attorney

Jessica Leiser, WSBA#49349
Assistant City Attorney
Email: Jessica.leiser@seattle.gov

Kerala Cowart, WSBA #53649
Assistant City Attorney
Email: kerala.cowart@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104

DATED this 23rd day of March, 2023, at Seattle, Washington.

__s/ Lucas Wildner_____
Lucas Wildner, Legal Assistant

DECLARATION OF MONSIEREE DE CASTRO IN SUPPORT ON
MOTION FOR PRELIMINARY INJUNCTION - 3

No. 2:23-cv-00017-MJP

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

# De Castro revised declaration

Final Audit Report                                                        2023-03-21

| | |
|---|---|
| Created: | 2023-03-20 |
| By: | Lucas Wildner (lucasw@mhb.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAQuA1PHmWySpKtspnXKT5ixKe1vR_dA_F |

## "De Castro revised declaration" History

- 📄 Document created by Lucas Wildner (lucasw@mhb.com)
  2023-03-20 - 11:40:19 PM GMT

- ✉️ Document emailed to [redacted] for signature
  2023-03-20 - 11:43:08 PM GMT

- 📄 Email viewed by [redacted]
  2023-03-21 - 8:23:25 PM GMT

- ✍️ Signer [redacted] entered name at signing as Monsieree de Castro
  2023-03-21 - 8:25:02 PM GMT

- ✍️ Document e-signed by Monsieree de Castro ([redacted])
  Signature Date: 2023-03-21 - 8:25:04 PM GMT - Time Source: server

- ✅ Agreement completed.
  2023-03-21 - 8:25:04 PM GMT

Names and email addresses are entered into the Acrobat Sign service by Acrobat Sign users and are unverified unless otherwise noted.

Adobe Acrobat Sign