Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,

Plaintiffs,

v.

CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4), and JANE DOES (#1-2)

Defendants.

No. 2:23-cv-00017-MJP

DECLARATION OF ERIK MOYA-DELGADO IN SUPPORT ON MOTION FOR PRELIMINARY INJUNCTION

I, Erik Moya-Delgado declare:

1.  I am over the age of 18 and am competent to testify. I am a Plaintiff in this case. I have personal knowledge of the following.

2.  On January 1, 2021, the defendants arrested me for writing in temporary sidewalk chalk on the barrier obstructing the sidewalk outside of the East Precinct building. My message was protesting racialized violence by the Seattle Police Department and expressing solidarity with victims. Communicating my message to the police specifically was my goal. My message was intended for the public and for government officials like police officers and that audience was an important part of my message.

DECLARATION OF ERIK MOYA-DELGADO ISO MOTION FOR
PRELIMINARY INJUNCTION - 1

No. 2:23-cv-00017-MJP

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

3. Before this incident, I had been chalking the names of police violence victims at vigils and memorials, using temporary chalk on public sidewalks.

4. Since the arrest, I have not engaged in any public chalking to express political views or urge political change. The arrest caused me to stop chalking and continues to dissuade me from chalking. I believe the Seattle Police Department will continue to use the law against me, and will prosecute me chalking if engage in this kind of political expression again. I also worry that the record of my first arrest for chalking would be used against me.

5. If the law the SPD used to arrest me was found unconstitutional and the SPD was prohibited from arresting, prosecuting, or retaliating against me for chalking, then I would very likely resume my political chalking.

6. In response to this lawsuit, I understand the City recently amended the ordinance I was arrested under. I have reviewed the language of the amended ordinance, which does not alleviate my fear of arrest for chalking.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED this ___21___ day of March, 2023, at Seattle, Washington.



Erik Moya-Delgado (Mar 21, 2023 14:09 PDT)

Erik Moya-Delgado

DECLARATION OF ERIK MOYA-DELGADO ISO MOTION FOR
PRELIMINARY INJUNCTION - 2

No. 2:23-cv-00017-MJP

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604   Fax 206.343.3961

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on this date I electronically filed the foregoing document with the

3

Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

4

following individuals:

5

6

Attorneys for Defendants

7

Ann Davison
Seattle City Attorney

8

9

Jessica Leiser, WSBA#49349
Assistant City Attorney
Email: Jessica.leiser@seattle.gov

10

11

Kerala Cowart, WSBA #53649
Assistant City Attorney
Email: kerala.cowart@seattle.gov

12

13

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104

14

15

DATED this     23rd     day of March, 2023, at Seattle, Washington.

16

17

18

___s/ Lucas Wildner_
Lucas Wildner, Legal Assistant

19

20

21

22

23

24

25

26

27

DECLARATION OF ERIK MOYA-DELGADO ISO MOTION FOR
PRELIMINARY INJUNCTION - 3

No. 2:23-cv-00017-MJP

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

# Moya-Delgado Declaration

Final Audit Report                                                                 2023-03-21

| | |
|---|---|
| Created: | 2023-03-21 |
| By: | Lucas Wildner (lucasw@mhb.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAokaG0dB_qTrO7yK2Wy-9M38sGl7-kKyu |

## "Moya-Delgado Declaration" History

📄 Document created by Lucas Wildner (lucasw@mhb.com)
   2023-03-21 - 8:52:24 PM GMT

📧 Document emailed to ▮▮▮▮▮▮▮▮▮▮ for signature
   2023-03-21 - 8:53:35 PM GMT

📄 Email viewed by ▮▮▮▮▮▮▮▮▮▮
   2023-03-21 - 9:06:49 PM GMT

🔏 Signer ▮▮▮▮▮▮▮▮▮ entered name at signing as Erik Moya-Delgado
   2023-03-21 - 9:09:09 PM GMT

🔏 Document e-signed by Erik Moya-Delgado (▮▮▮▮▮▮▮▮▮▮)
   Signature Date: 2023-03-21 - 9:09:11 PM GMT - Time Source: server

✅ Agreement completed.
   2023-03-21 - 9:09:11 PM GMT

Names and email addresses are entered into the Acrobat Sign service by Acrobat Sign users and are unverified unless otherwise noted.

Adobe Acrobat Sign