Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4), and JANE DOES (#1-2)<br><br>Defendants. | No. 2:23-cv-00017-MJP<br><br>DECLARATION OF ROBIN SNYDER IN SUPPORT ON MOTION FOR PRELIMINARY INJUNCTION |

I, Robin Snyder, declare:

1. I am over the age of 18 and am competent to testify. I am a Plaintiff in the above captioned matter. I have personal knowledge of the following.

2. On January 1, 2021, the defendants arrested me for writing in charcoal on the barrier obstructing the sidewalk outside of the East Precinct building. The messages I wrote were peaceful responses to police misconduct including the arrest of Derek Tucson for similar marking moments earlier. I believe writing these messages was part of my First Amendment right to express myself and protest excessive force, and to remember victims of police misconduct. The audience for my message was both the public and the police.

DECLARATION OF ROBIN SNYDER IN SUPPORT ON
MOTION FOR PRELIMINARY INJUNCTION - 1

No. 2:23-cv-00017-MJP

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

My writing being visible to the police specifically was part of the message I wanted to communicate.

3. Prior to the arrest, I had done a lot of political chalking similar to that which led to the arrest, in addition to the use of chalk to create art on sidewalks in public parks.

4. After the arrest, I have definitely been aware that I could be arrested for writing or drawing with chalk, especially if the message is one that is critical of police or in disagreement with any present officers' political views. I regularly attend vigils for victims of police misconduct and continue to engage in more limited chalking, only out of the sight of police, and I still fear that I will be arrested for this activity. I believe I would be arrested again if I engaged in the type of chalking from January 1, 2021 in the presence of police.

5. If the law that police used to arrest me were held unconstitutional and the City was prohibited from arresting or retaliating against me for chalking in the future, I would likely resume chalking as I did before the arrest. I would no longer be afraid of chalking messages critical of police in their presence and would resume doing so.

6. In response to this lawsuit, I understand the City recently amended the ordinance I was arrested under. I have reviewed the language of the amended ordinance, which does not alleviate my fear of arrest for chalking.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED this 21 day of March, 2023, at Seattle, Washington.

_____
Robin Snyder (Mar 21, 2023 11:33 PDT)

Robin Snyder

DECLARATION OF ROBIN SNYDER IN SUPPORT ON
MOTION FOR PRELIMINARY INJUNCTION - 2

No. 2:23-cv-00017-MJP

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

# CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Attorneys for Defendants

Ann Davison
Seattle City Attorney

Jessica Leiser, WSBA#49349
Assistant City Attorney
Email: Jessica.leiser@seattle.gov

Kerala Cowart, WSBA #53649
Assistant City Attorney
Email: kerala.cowart@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104

DATED this     23rd     day of March, 2023, at Seattle, Washington.


                        ___s/ Lucas Wildner
                        Lucas Wildner, Legal Assistant

DECLARATION OF ROBIN SNYDER IN SUPPORT ON MOTION FOR PARTIAL SUMMARY JUDGMENT AND MOTION FOR PRELIMINARY INJUNCTION - 3

No. 2:23-cv-00017-MJP

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

# Snyder Dec - final

Final Audit Report 2023-03-21

| | |
|---|---|
| Created: | 2023-03-21 |
| By: | Lucas Wildner (lucasw@mhb.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAATIIzXkNbYMeCqjq3aHF7-UcwcAiBEI1Q |

## "Snyder Dec - final" History

- Document created by Lucas Wildner (lucasw@mhb.com)
  2023-03-21 - 6:30:59 PM GMT

- Document emailed to [redacted] for signature
  2023-03-21 - 6:32:22 PM GMT

- Email viewed by [redacted]
  2023-03-21 - 6:32:32 PM GMT

- Signer [redacted] entered name at signing as Robin Snyder
  2023-03-21 - 6:33:28 PM GMT

- Document e-signed by Robin Snyder ([redacted])
  Signature Date: 2023-03-21 - 6:33:30 PM GMT - Time Source: server

- Agreement completed.
  2023-03-21 - 6:33:30 PM GMT

Names and email addresses are entered into the Acrobat Sign service by Acrobat Sign users and are unverified unless otherwise noted.

Adobe Acrobat Sign