Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4), and JANE DOES (#1-2)<br><br>Defendants. | No. 2:23-cv-00017-MJP<br><br>DECLARATION OF DEREK TUCSON IN SUPPORT ON MOTION FOR PRELIMINARY INJUNCTION |

I, Derek Tucson, declare:

1. I am over the age of 18 and am competent to testify. I am a Plaintiff in the above captioned matter. I have personal knowledge of the following.

2. On January 1, 2021, the defendants arrested me for writing the words "peaceful protest" using ordinary charcoal on the concrete barrier blocking the sidewalk outside of the Seattle Police Department's East Precinct building. I chose to write the words "peaceful protest" to express a message and hope for systemic change and to create discussion and thought among the public about these principles.

DECLARATION OF DEREK TUCSON IN SUPPORT ON
MOTION FOR PRELIMINARY INJUNCTION - 1

No. 2:23-cv-00017-MJP

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

3. My message of "peaceful protest" was meant to be seen by police officers and others who were around the East Precinct. My goal was to get both police officers and the public to think about the importance of peaceful protest.

4. Prior to January 1, 2021, I regularly used sidewalk chalk to write messages of political protest on public sidewalks. I was referred to as "Chalk Guy" by other participants in protests, because I would frequently attend events with a box of chalk.

5. I was shocked to be arrested for using charcoal to write "peaceful protest" on January 1, 2021. As a result of my arrest, I no longer chalked at the local park where messages were regularly chalked in remembrance and appreciation of Summer Taylor, a local protester who was struck and killed by a car. Messages chalked at this temporary memorial included dedications to Seattleites who have lost their lives over the years due to police/state violence and were vital to spreading awareness of these issues in the public forum.

6. After January 1, 2021, my chalking activity generally ceased and I declined to attend protest actions where messaging was the primary goal.

7. I maintain a strong commitment to political protest, specifically regarding police violence, among other topics, and I believe that current and future events in the community will call upon me to speak out and do what I believe is right, including peaceful chalking to spread awareness and discussion of political issues. I believe that if events in the future made me feel compelled to use chalk to express a social or political message, I think I would likely be arrested again since I was arrested on January 1, 2021 for writing such an innocuous and temporary political message.

8. If laws were changed and the City were prohibited from arresting, prosecuting, jailing, or retaliating against me for chalking in the future, I would be inclined to resume my political chalking to keep important issues from being swept under the proverbial rug.

DECLARATION OF DEREK TUCSON IN SUPPORT ON
MOTION FOR PRELIMINARY INJUNCTION - 2

No. 2:23-cv-00017-MJP

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

9. In response to this lawsuit, I understand the City recently amended the ordinance I was arrested under. I have reviewed the language of the amended ordinance, which does not alleviate my fear of arrest for chalking.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED this __22__ day of March, 2023, at Seattle, Washington.

*Derek Tucson (Mar 22, 2023 12:03 PDT)*

Derek Tucson

DECLARATION OF DEREK TUCSON IN SUPPORT ON MOTION
FOR PRELIMINARY INJUNCTION - 3

No. 2:23-cv-00017-MJP

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Attorneys for Defendants

Ann Davison
Seattle City Attorney

Jessica Leiser, WSBA#49349
Assistant City Attorney
Email: Jessica.leiser@seattle.gov

Kerala Cowart, WSBA #53649
Assistant City Attorney
Email: kerala.cowart@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104

DATED this 23rd day of March, 2023, at Seattle, Washington.

_s/ Lucas Wildner_
Lucas Wildner, Legal Assistant

DECLARATION OF DEREK TUCSON IN SUPPORT ON MOTION FOR PRELIMINARY INJUNCTION - 4

No. 2:23-cv-00017-MJP

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

# Tucson Declaration

Final Audit Report                                    2023-03-22

| | |
|---|---|
| Created: | 2023-03-22 |
| By: | Lucas Wildner (lucasw@mhb.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA1M2wQ-nO-0f0Q52Epfj_0mvVxL1Oit-P |

## "Tucson Declaration" History

- Document created by Lucas Wildner (lucasw@mhb.com)
  2023-03-22 - 6:25:59 PM GMT

- Document emailed to [redacted] for signature
  2023-03-22 - 6:26:48 PM GMT

- Email viewed by [redacted]
  2023-03-22 - 6:59:36 PM GMT

- Signer [redacted] entered name at signing as Derek Tucson
  2023-03-22 - 7:03:29 PM GMT

- Document e-signed by Derek Tucson ([redacted])
  Signature Date: 2023-03-22 - 7:03:31 PM GMT - Time Source: server

- Agreement completed.
  2023-03-22 - 7:03:31 PM GMT

Names and email addresses are entered into the Acrobat Sign service by Acrobat Sign users and are unverified unless otherwise noted.

Adobe Acrobat Sign