Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4), and JANE DOES (#1-2)<br><br>Defendants. | No. 2:23-cv-00017-MJP<br><br>PLAINTIFFS' MOTION TO FILE SUPPLEMENTAL COMPLAINT UNDER Fed. R. Civ. P. 15(d)<br><br>Note for Motion: April 14, 2023 |

PLAINTIFF respectfully requests permission to file the attached Supplemental Complaint, setting forth "event[s] that happened after the date of the pleading to be supplemented," pursuant to Fed. R. Civ. P. 15(d). This motion is supported by the Declaration of Nathaniel Flack in Support of Plaintiffs' Motion To File Supplemental Complaint ("Flack Decl."). The Supplemental Complaint addresses the City's partial legislative amendment to SMC 12A.08.020, initiated after the Complaint was filed, and in response to this litigation. *See* Flack Decl. at ¶ 2; Exhibits 2 and 3 to Flack Decl. at ¶¶4.35-4.36. The supplemental Complaint sets forth the content of the amendment, the text of the amended ordinance, and aspects of the legislative record relevant to Plaintiff's claims and relief. *Id*.

//

PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL COMPLAINT - 1

No. 2:23-cv-00017-MJP

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

DATED this 23rd day of March, 2023.

| | |
|---|---|
| By: MacDONALD HOAGUE & BAYLESS<br>705 Second Avenue, Suite 1500<br>Seattle, Washington 98104<br>Tel 206.622.1604 Fax 206.343.3961<br><br>*s/Braden Pence*<br>Braden Pence, WSBA #43495<br>Email: bradenp@mhb.com<br><br>*s/Nathaniel Flack*<br>Nathaniel Flack, WSBA #58582<br>Email: nathanielf@mhb.com | By: THE LAW OFFICE OF NEIL FOX<br>2125 Western Ave Ste 330<br>Seattle, WA 98121-3573<br>Tel 206.728.5440 Fax 866.422.0542<br><br>*s/Neil Fox*<br>Neil Fox, WSBA #15277<br>Email: nf@neilfoxlaw.com |

PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL COMPLAINT - 2

No. 2:23-cv-00017-MJP

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Attorneys for Defendants

Ann Davison
Seattle City Attorney

Jessica Leiser, WSBA#49349
Assistant City Attorney
Email: Jessica.leiser@seattle.gov

Kerala Cowart, WSBA #53649
Assistant City Attorney
Email: kerala.cowart@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104

DATED this 23rd day of March, 2023, at Seattle, Washington.

_s/ Lucas Wildner_____
Lucas Wildner

PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL COMPLAINT - 3

No. 2:23-cv-00017-MJP

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961