Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>          Plaintiffs,<br><br>       v.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4), and JANE DOES (#1-2)<br><br>          Defendants. | No. 2:23-cv-00017-MJP<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE SUPPLEMENTAL COMPLAINT |

The Court, having considered Plaintiffs' Motion to File Supplemental Complaint and supporting materials, and _____

_____

_____

_____; thereby finds _____

_____;

Therefore, the Court hereby ORDERS that Plaintiffs' Motion to File Supplemental Complaint is GRANTED. Plaintiffs are directed to file their Supplemental Complaint.

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE SUPPLEMENTAL COMPLAINT - 1

No. 2:23-cv-00017-MJP

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

1

2   Signed this _____

3

4

5                                              _____

6                                              Hon. Marsha J. Pechman, U.S. District Court Judge

7

8

9

10  Presented March 23, 2023 by:

11

12

13

14   MacDONALD HOAGUE & BAYLESS          THE LAW OFFICE OF NEIL FOX
     705 Second Avenue, Suite 1500       2125 Western Ave Ste 330
15   Seattle, Washington 98104           Seattle, WA 98121-3573
     Tel 206.622.1604 Fax 206.343.3961   Tel 206.728.5440 Fax 866.422.0542
16
     *s/Braden Pence*                    *s/Neil Fox*
17   Braden Pence, WSBA #43495           Neil Fox, WSBA #15277
     Email: bradenp@mhb.com              Email: nf@neilfoxlaw.com
18
19   *s/Nathaniel Flack*
     Nathaniel Flack, WSBA #58582
20   Email: nathanielf@mhb.com

21

22   Attorneys for Plaintiff

23

24

25

26

27

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE
SUPPLEMENTAL COMPLAINT - 2

No. 2:23-cv-00017-MJP

**MacDONALD HOAGUE & BAYLESS**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604   Fax 206.343.3961

CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Attorneys for Defendants

Ann Davison
Seattle City Attorney

Jessica Leiser, WSBA#49349
Assistant City Attorney
Email: Jessica.leiser@seattle.gov

Kerala Cowart, WSBA #53649
Assistant City Attorney
Email: kerala.cowart@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104

DATED this 23rd day of March, 2023, at Seattle, Washington.

__s/ Lucas Wildner_____
Lucas Wildner

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE SUPPLEMENTAL COMPLAINT - 3

No. 2:23-cv-00017-MJP

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961