Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4), and JANE DOES (#1-2)<br><br>Defendants. | No. 2:23-cv-00017-MJP<br><br>DECLARATION OF NATHANIEL FLACK IN SUPPORT OF PLAINTIFFS' MOTION TO FILE SUPPLEMENTAL COMPLAINT |

I, Nathaniel Flack, declare:

1. I am above the age of 18 and am competent to testify. I am attorney licensed to practice in the State of Washington. I represent Plaintiffs in the above matter. I have personal knowledge of the following.

2. On March 14, 2023, the Seattle City Council passed Council Bill 120521, and Mayor Bruce Harrell signed the bill same day. The bill modified SMC 12A.08.020. Attached as **Exhibit 1** is a true copy of the bill passed and signed into law bearing the signatures of the President of the City Council and the Mayor.

3. A true and correct clean copy of the Supplemental Complaint is attached as **Exhibit 2**.

DECLARATION OF NATHANIEL FLACK IN SUPPORT OF PLAINTIFFS' MOTION TO FILE SUPPLEMENTAL COMPLAINT - 1

No. 2:23-cv-00017-MJP

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

4. A true and correct redline copy of the Supplemental Complaint is attached as **Exhibit 3**.

DECLARATION OF NATHANIEL FLACK IN SUPPORT OF
PLAINTIFFS' MOTION TO FILE SUPPLEMENTAL COMPLAINT - 2

No. 2:23-cv-00017-MJP

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Attorneys for Defendants

Ann Davison
Seattle City Attorney

Jessica Leiser, WSBA#49349
Assistant City Attorney
Email: Jessica.leiser@seattle.gov

Kerala Cowart, WSBA #53649
Assistant City Attorney
Email: kerala.cowart@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104

DATED this 23rd day of March, 2023, at Seattle, Washington.

___s/ Lucas Wildner_____

Lucas Wildner

DECLARATION OF NATHANIEL FLACK IN SUPPORT OF
PLAINTIFFS' MOTION TO FILE SUPPLEMENTAL COMPLAINT - 3

No. 2:23-cv-00017-MJP

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961