1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,

Plaintiffs,

v.

CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4), and JANE DOES (#1-2)

Defendants.

No. 2:23-cv-00017-MJP

PRAECIPE TO ATTACH CORRECTED SIGNATURE PAGE TO DOCKET ITEM 23

To the Clerk of the Court and the parties: Attached is the corrected signature page for docket item 23.

DATED this 24th day of March, 2023.

MacDONALD HOAGUE & BAYLESS

By: ___/s/Nathaniel Flack_____
Nathaniel Flack, WSBA #58582
NathanielF@mhb.com
Attorneys for Plaintiffs

PRAECIPE TO ATTACH CORRECTED SIGNATURE PAGE
TO DOCKET ITEM 23 - 1

No. 2:23-cv-00017-MJP

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

1

CERTIFICATE OF SERVICE

2          I hereby certify that on this date I electronically filed the foregoing document with the

3   Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

4   following individuals:

5

6     Attorneys for Defendants

7     Ann Davison
      Seattle City Attorney
8
      Jessica Leiser, WSBA#49349
9     Assistant City Attorney
      Email: Jessica.leiser@seattle.gov
10
      Kerala Cowart, WSBA #53649
11    Assistant City Attorney
      Email: kerala.cowart@seattle.gov
12
      Seattle City Attorney's Office
13    701 Fifth Avenue, Suite 2050
      Seattle, WA 98104
14

15
           DATED this 23 day of March, 2023, at Seattle, Washington.
16

17

18                                          __s/ Lucas Wildner_____
                                            Lucas Wildner
19

20

21

22

23

24

25

26

27

PRAECIPE TO ATTACH CORRECTED SIGNATURE PAGE
TO DOCKET ITEM 23 - 2

No. 2:23-cv-00017-MJP

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

Attachment: Corrected Signature Page for Docket item 23

1    4. A true and correct redline copy of the Supplemental Complaint is attached as **Exhibit 3**.

2

3          DATED this 23rd day of March, 2023.

4                                          MacDONALD HOAGUE & BAYLESS

5

6                                          By:  __s/ Nathaniel Flack_____
                                                Nathaniel Flack, WSBA #58582

7                                               NathanielF@mhb.com
                                                Attorneys for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF NATHANIEL FLACK IN SUPPORT OF
PLAINTIFFS' MOTION TO FILE SUPPLEMENTAL COMPLAINT - 2

No. 2:23-cv-00017-MJP

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961