Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4), and JANE DOES (#1-2)<br><br>Defendants. | No. 2:23-cv-00017-MJP<br><br>STIPULATED MOTION FOR RELIEF FROM DEADLINES AND RENOTING OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>**Note for Motion: April 7, 2023**<br><br>[LCR 7(d)(1) and (j)] |

## I.  STIPULATED MOTION

After conferring regarding counsels' scheduling and availability, the parties have agreed to move the Court to relieve both parties of upcoming deadlines for briefing on Plaintiff's Motion for Preliminary Injunction (*dkt.* #16). The parties stipulate to short reciprocal extensions: pushing the deadline for Defendant's opposition to the motion from April 10, 2023 to April 13, and pushing the deadline for Plaintiff's reply in support of the motion from April 14 to April 19.

If the Court grants this relief, the parties propose that Plaintiff's Motion for a Preliminary Injunction (*dkt.* 16) be re-noted for April 21, 2022.

PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - 1

No. 2:23-cv-00017-TLF

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

19487.00001 qa292301

A similar motion has been (or will be) filed by Defendants seeking an identical extension of the same briefing deadlines for Defendants' Motion to Dismiss (*dkt.* 14), such that the motions continue to track together.

## II.  CONCLUSION

For the foregoing reasons, the Court should provide the parties with a short period of relief from the standard briefing schedule and renote the underlying motion for April 21, 2023.

DATED this 7th day of April, 2023.

STIPULATED BY:

By: MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

*s/Braden Pence*
Braden Pence, WSBA #43495
Email: bradenp@mhb.com
Nathaniel Flack, WSBA #58582
Email: nathanielf@mhb.com

By: THE LAW OFFICE OF NEIL FOX
2125 Western Ave Ste 330
Seattle, WA 98121-3573
Tel 206.728.5440 Fax 866.422.0542

*s/Neil Fox*
Neil Fox, WSBA #15277
Email: nf@neilfoxlaw.com

**Attorneys for Plaintiff**

AND BY:

By: Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200

*s/Kerala Cowart*
Kerala Cowart, WSBA# 53649
E-mail: kerala.cowart@seattle.gov
Jessica Leiser, WSBA# 49349
E-mail: jessica.leiser@seattle.gov
Assistant City Attorneys

*Attorneys for Defendant City of Seattle, Alexander Patton, Travis Jordon, Dylan Nelson*

This motion contains 456 words in compliance with the local rules.

PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - 2

No. 2:23-cv-00017-TLF

**MacDONALD HOAGUE & BAYLESS**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

19487.00001 qa292301

CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Attorneys for Defendants

Ann Davison
Seattle City Attorney

Jessica Leiser, WSBA#49349
Assistant City Attorney
Email: Jessica.leiser@seattle.gov

Kerala Cowart, WSBA #53649
Assistant City Attorney
Email: kerala.cowart@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104

DATED this 7th day of April, 2023, at Seattle, Washington.

__s/ Lucas Wildner_____
Lucas Wildner, Legal Assistant

PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - 3

No. 2:23-cv-00017-TLF

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

19487.00001 qa292301