Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4), and JANE DOES (#1-2)<br><br>Defendants. | No. 2:23-cv-00017-MJP<br><br>[PROPOSED]<br>ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINES AND RENOTING OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

The Court having reviewed the Stipulated Motion for Relief from Deadlines and being fully apprised, hereby ORDERS that:

The Stipulated Motion for Relief from Deadlines is GRANTED upon showing of good cause. IT IS HEREBY ORDERED that Defendant's Response to Plaintiff's Motion for Preliminary Injunction (*dkt.* 16) is due on April 13, 2022, and Plaintiff's Reply thereto is due on April 19, 2023.

DATED this _____ day of April, 2023.

_____
Hon. Marsha J. Pechman
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR
RELIEF FROM DEADLINES AND RENOTING PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION - 1

No. 2:23-cv-00017-MJP

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

19487.00001 qa292301

PRESENTED this 7th day of April, 2023.

By: MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

*s/Braden Pence*
Braden Pence, WSBA #43495
Email: bradenp@mhb.com
Nathaniel Flack, WSBA #58582
Email: nathanielf@mhb.com

By: THE LAW OFFICE OF NEIL FOX
2125 Western Ave Ste 330
Seattle, WA 98121-3573
Tel 206.728.5440 Fax 866.422.0542

*s/Neil Fox*
Neil Fox, WSBA #15277
Email: nf@neilfoxlaw.com

**Attorneys for Plaintiff**

By: Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200

*s/Kerala Cowart*
Kerala Cowart, WSBA# 53649
E-mail: kerala.cowart@seattle.gov
Jessica Leiser, WSBA# 49349
E-mail: jessica.leiser@seattle.gov
Assistant City Attorneys

*Attorneys for Defendant City of Seattle,
Alexander Patton, Travis Jordon, Dylan Nelson*

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINES AND RENOTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - 2

No. 2:23-cv-00017-MJP

19487.00001 qa292301

CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Attorneys for Defendants

Ann Davison
Seattle City Attorney

Jessica Leiser, WSBA#49349
Assistant City Attorney
Email: Jessica.leiser@seattle.gov

Kerala Cowart, WSBA #53649
Assistant City Attorney
Email: kerala.cowart@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104

DATED this 4th day of April, 2023, at Seattle, Washington.

　　　　　　　　　　　　　　　　　　__s/ Lucas Wildner_____
　　　　　　　　　　　　　　　　　　Lucas Wildner, Legal Assistant

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINES AND RENOTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - 3

No. 2:23-cv-00017-MJP

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

19487.00001 qa292301