Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4), and JANE DOES (#1-2)<br><br>Defendants. | No. 2:23-cv-00017-MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINES AND RENOTING OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

The Court having reviewed the Stipulated Motion for Relief from Deadlines and being fully apprised, hereby ORDERS that:

The Stipulated Motion for Relief from Deadlines is GRANTED upon showing of good cause. IT IS HEREBY ORDERED that Defendant's Response to Plaintiff's Motion for Preliminary Injunction (*dkt.* 16) is due on April 13, 2022, and Plaintiff's Reply thereto is due on April 19, 2023. As requested, the Motion shall note on April 21, 2023.

DATED this 7th day of April, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINES AND RENOTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - 1

No. 2:23-cv-00017-MJP

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

19487.00001 qa292301

PRESENTED this 7th day of April, 2023.

| | |
|---|---|
| By: MacDONALD HOAGUE & BAYLESS<br>705 Second Avenue, Suite 1500<br>Seattle, Washington 98104<br>Tel 206.622.1604 Fax 206.343.3961<br><br>*s/Braden Pence*<br>Braden Pence, WSBA #43495<br>Email: bradenp@mhb.com<br>Nathaniel Flack, WSBA #58582<br>Email: nathanielf@mhb.com<br><br>By: THE LAW OFFICE OF NEIL FOX<br>2125 Western Ave Ste 330<br>Seattle, WA 98121-3573<br>Tel 206.728.5440 Fax 866.422.0542<br><br>*s/Neil Fox*<br>Neil Fox, WSBA #15277<br>Email: nf@neilfoxlaw.com<br><br>**Attorneys for Plaintiff** | By: Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104<br>Phone: (206) 684-8200<br><br>*s/Kerala Cowart*<br>Kerala Cowart, WSBA# 53649<br>E-mail: kerala.cowart@seattle.gov<br>Jessica Leiser, WSBA# 49349<br>E-mail: jessica.leiser@seattle.gov<br>Assistant City Attorneys<br><br>*Attorneys for Defendant City of Seattle,*<br>*Alexander Patton, Travis Jordon, Dylan Nelson* |

ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINES AND RENOTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION - 2

No. 2:23-cv-00017-MJP

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

19487.00001 qa292301