Honorable Marsha J. Pechman
Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4) AND JANE DOES (#1-2)<br><br>Defendants. | No. 2:23-cv-00017 MJP TLF<br><br>DEFENDANTS' NOTICE OF MOTION RENOTED FOR MOTION TO DISMISS |

Pursuant to Local Civil Rule 7(l), Defendants submit this Notice of Motion Renoted. Pursuant to the Defendants' stipulated motion for relief from deadline, filed simultaneously with this notice, the parties stipulated to short reciprocal deadlines for filing the opposition and reply briefs as to Defendants' Motion to Dismiss. Accordingly, Defendants are renoting their Motion to Dismiss from Friday April 14 to Friday April 21, in accordance with the proposed extension.

DEFENDANTS' NOTICE OF MOTION RENOTED FOR MOTION TO DISMISS - 1
2:23-cv-00017 TLF

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

1

2  DATED this 7th day of April, 2023.

3

4

5                              ANN DAVISON
                              Seattle City Attorney

6

7                       By:   */s/ Kerala Cowart*
                              Kerala Cowart, WSBA# 53649
8                             Jessica Leiser, WSBA# 49349
                              Assistant City Attorneys
9
                              E-mail: kerala.cowart@seattle.gov
10                            E-mail: jessica.leiser@seattle.gov

11
                              Seattle City Attorney's Office
12                            701 Fifth Avenue, Suite 2050
                              Seattle, WA 98104
13                            Phone: (206) 684-8200

14                            *Attorneys for Defendant City of Seattle, Alexander Patton, Travis Jordon, Dylan Nelson*

15

16

17

18

19

20

21

22

23

DEFENDANTS' NOTICE OF MOTION RENOTED FOR MOTION TO DISMISS - 2
2:23-cv-00017 TLF

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200