Honorable Marsha J. Pechman
Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4) AND JANE DOES (#1-2)<br><br>Defendants. | No.   2:23-cv-00017 MJP TLF<br><br>STIPULATED MOTION FOR RELIEF FROM BRIEFING DEADLINES FOR DEFENDANTS' MOTION TO DISMISS<br><br>NOTE ON MOTION CALENDAR: April 7, 2023 |

Pursuant to Local Civil Rule 7(d)(1) and 7(j), Defendants seek the Court's leave for extensions of deadline for the opposition and reply briefs with respect to Defendants' Motion to Dismiss.

The parties have conferred and agreed to move the Court to relieve both parties of upcoming deadlines for briefing on Defendants' Motion to Dismiss as well as on Plaintiff's Motion for Preliminary Injunction. Defendants submit that there is good cause to seek a short extension of the deadlines for the Motion to Dismiss, due to scheduling difficulties. Seattle-area schools are out of

STIPULATED MOTION FOR RELIEF FROM BRIEFING DEADLINES
FOR DEFENDANTS' MOTION TO DISMISS - 1
2:23-cv-00017 TLF

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

session for spring break from April 10-14, and undersigned counsel has a long-planned leave scheduled. Accordingly, the proposed extension will allow counsel additional time to ensure a thorough, complete, and helpful response.

Accordingly, the parties stipulate to short reciprocal extensions: pushing the deadline for plaintiffs' opposition to the motion from April 10, 2023 to April 13, and pushing the deadline for Defendants' reply in support of the motion from April 13 to April 19.

DATED this 7th day of April, 2023.

I certify that this memorandum contains 124 words, in compliance with the Local Civil Rules.

| STIPULATED BY: | AND BY: |
|---|---|
| */s/ Kerala Cowart* <br> Kerala Cowart, WSBA# 53649 <br> Jessica Leiser, WSBA# 49349 <br> Assistant City Attorneys <br> E-mail: kerala.cowart@seattle.gov <br> E-mail: jessica.leiser@seattle.gov <br><br> Seattle City Attorney's Office <br> 701 Fifth Avenue, Suite 2050 <br> Seattle, WA 98104 <br> Phone: (206) 733-9001 <br><br> *Attorneys for Defendant City of Seattle, Alexander Patton, Travis Jordon, Dylan Nelson* | MacDONALD HOAGUE & BAYLESS <br> 705 Second Avenue, Suite 1500 <br> Seattle, Washington 98104 <br> Tel 206.622.1604 Fax 206.343.3961 <br><br> *s/Braden Pence* <br> Braden Pence, WSBA #43495 <br> Email: bradenp@mhb.com <br><br> *s/Nathaniel Flack* <br> Nathaniel Flack, WSBA #58582 <br> Email: nathanielf@mhb.com <br><br> By: THE LAW OFFICE OF NEIL FOX <br> 2125 Western Ave Ste 330 <br> Seattle, WA 98121-3573 <br> Tel 206.728.5440 Fax 866.422.0542 <br><br> *s/Neil Fox* <br> Neil Fox, WSBA #15277 <br> Email: nf@neilfoxlaw.com <br><br> *Attorneys for Plaintiff* |

STIPULATED MOTION FOR RELIEF FROM BRIEFING DEADLINES
FOR DEFENDANTS' MOTION TO DISMISS - 2
2:23-cv-00017 TLF

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200