Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4) AND JANE DOES (#1-2)<br><br>Defendants. | No.   2:23-cv-00017 MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM BRIEFING DEADLINES FOR DEFENDANTS' MOTION TO DISMISS<br><br>NOTE ON MOTION CALENDAR: April 7, 2023 |

The Court having reviewed the pleadings and materials in this case, it is hereby ORDERED that:

The Defendants' Stipulated Motion for Relief from Reply Deadline for Defendants' Motion to Dismiss is GRANTED upon showing of good cause. IT IS HEREBY ORDERED that Plaintiffs' Opposition is due on April 13, 2023, and Defendants' Reply is due on April 19, 2023.

\\

\\

\\

ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM BRIEFING DEADLINES FOR DEFENDANTS' MOTION TO DISMISS - 1
2:23-cv-00017 TLF

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

DATED this 9th day of April, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

| PRESENTED BY: | AND BY: |
|---|---|
| */s/ Kerala Cowart*<br>Kerala Cowart, WSBA# 53649<br>Jessica Leiser, WSBA# 49349<br>Assistant City Attorneys<br>E-mail: kerala.cowart@seattle.gov<br>E-mail: jessica.leiser@seattle.gov<br><br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104<br>Phone: (206) 733-9001<br><br>*Attorneys for Defendant City of Seattle, Alexander Patton, Travis Jordon, Dylan Nelson* | MacDONALD HOAGUE & BAYLESS<br>705 Second Avenue, Suite 1500<br>Seattle, Washington 98104<br>Tel 206.622.1604 Fax 206.343.3961<br><br>*s/Braden Pence*<br>Braden Pence, WSBA #43495<br>Email: bradenp@mhb.com<br><br>*s/Nathaniel Flack*<br>Nathaniel Flack, WSBA #58582<br>Email: nathanielf@mhb.com<br><br>By: THE LAW OFFICE OF NEIL FOX<br>2125 Western Ave Ste 330<br>Seattle, WA 98121-3573<br>Tel 206.728.5440 Fax 866.422.0542<br><br>*s/Neil Fox*<br>Neil Fox, WSBA #15277<br>Email: nf@neilfoxlaw.com<br><br>*Attorneys for Plaintiff* |

ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM
BRIEFING DEADLINES FOR DEFENDANTS' MOTION TO DISMISS - 2
2:23-cv-00017 TLF

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200