Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4) AND JANE DOES (#1-2)<br><br>Defendants. | No.   2:23-cv-00017MJP<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO FILE SUPPLEMENTAL COMPLAINT** |

Although Defendants City of Seattle (the City), Alexander Patton, Travis Jordan, and Dylan Nelson note that "a plaintiff cannot cure a defective complaint by a supplement alleging subsequently occurring events," they do not object to Plaintiffs' Motion to File Supplemental Complaint. *La Salle Nat. Bank v. 222 East Chestnut St. Corp.*, 267 F.2d 247, 252 (7th Cir. 1959) *cert. denied* 361 U.S. 836 (1959). Defendants do, however, ask that if the Court grants Plaintiffs' Motion to File Supplemental Complaint, the Court also provides Defendants two weeks to respond.

DATED this 10th day of April, 2023.

RESPONSE TO MOTION TO FILE
SUPPLEMENTAL COMPLAIN - 1
2:23-cv-00017 TLF

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

ANN DAVISON
Seattle City Attorney


By: */s/Kerala Cowart*
Kerala Cowart, WSBA# 53649
Jessica Leiser, WSBA# 49349
Assistant City Attorneys

E-mail: kerala.cowart@seattle.gov
E-mail: jessica.leiser@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200

*Attorneys for Defendant City of Seattle, Alexander Patton, Travis Jordon, Dylan Nelson*

RESPONSE TO MOTION TO FILE
SUPPLEMENTAL COMPLAIN - 2
2:23-cv-00017 TLF

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200