Honorable Marsha J. Pechman
Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,

Plaintiffs,

vs.

CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4) AND JANE DOES (#1-2)

Defendants.

No.   2:23-cv-00017 MJP TLF

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE SUPPLEMENTAL COMPLAINT AND ORDERING DEFENDANTS TO RESPOND WITHIN TWO WEEKS

The Court having reviewed the pleadings and materials in this case, it is hereby ORDERED that:

1. Plaintiffs' Motion to File Supplemental Complaint is GRANTED. Plaintiffs are directed to file their Supplemental Complaint.

2. Under Federal Rule of Civil Procedure 15(d), Defendants are ordered to plead to the supplemental complaint within two weeks of the date it is filed.

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE SUPPLEMENTAL COMPLAINT AND ORDERING DEFENDANTS TO RESPOND WITHIN TWO WEEKS - 1
2:23-cv-00017 TLF

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

DATED this _____ day of April, 2023.

                                              Hon. Marsha J. Pechman
                                              United States District Court Judge

DATED this 10th day of April, 2023.

                              ANN DAVISON
                              Seattle City Attorney

By:  */s/Kerala Cowart*
       Kerala Cowart, WSBA# 53649
       Jessica Leiser, WSBA# 49349
       Assistant City Attorneys

       E-mail: kerala.cowart@seattle.gov
       E-mail: jessica.leiser@seattle.gov

       Seattle City Attorney's Office
       701 Fifth Avenue, Suite 2050
       Seattle, WA 98104
       Phone: (206) 684-8200

       *Attorneys for Defendant*s

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE SUPPLEMENTAL COMPLAINT AND ORDERING DEFENDANTS TO RESPOND WITHIN TWO WEEKS - 2
2:23-cv-00017 TLF

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200