UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4), and JANE DOES (#1-2),<br><br>Defendants. | CASE NO. C23-17 MJP<br><br>ORDER GRANTING MOTION TO FILE SUPPLEMENTAL COMPLAINT |

This matter comes before the Court on Plaintiffs' Motion to File Supplemental Complaint. (Dkt. No. 22.) Having reviewed the Motion, Defendants' Response (Dkt. No. 32), and all supporting materials, the Court GRANTS the Motion. Defendants' response indicates that they do not oppose supplementation, but they ask for an additional two weeks to respond to the supplemental complaint. The Court finds the proposed supplemental complaint to be permitted under Fed. R. Civ. P. 15(d). The Court directs Plaintiffs to file the Supplemental Complaint

within 2 days of this Order. Defendants shall have 14 days from the filing of the Supplemental Complaint to file a responsive pleading. This MOOTS Defendants' pending Motion to Dismiss. (Dkt. No. 14.)

The clerk is ordered to provide copies of this order to all counsel.

Dated April 19, 2023.

Marsha J. Pechman
United States Senior District Judge