Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4), and JANE DOES (#1-2)<br><br>Defendants. | No. 2:23-cv-00017-MJP<br><br>DECLARATION OF BRADEN PENCE IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

I, Braden Pence, declare as follows:

1. I am an attorney licensed to practice in the state of Washington. I represent the plaintiffs in the above matter. I am over the age of 18 and am competent to testify. I have personal knowledge of the following.

2. On March 24, 2023 I electronically served the Washington State Attorney General's Office with a copy of our Supplemental Complaint as well as written notice that the ordinance challenged in this case shares language with RCW 9A.48.090. On April 3, 2023, Deputy Solicitor General Jefferey Even responded in writing: "The Attorney

DECLARATION OF BRADEN PENCE IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINITFFS' MOTION FOR PRELIMINARY INJUNCTION - 1

No. 2:23-cv-00017-MJP

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

General's Office does not intend to participate in the trial court proceeding in this case."

3. **Exhibit 1** is a true copy of video footage taken March 3, 2021 in the vicinity of the SPD's West Precinct in Seattle, Washington. I obtained the video from the person who captured it while present at the events depicted, and is described in Plaintiff's FRCP 26 Initial Disclosures of April 4, 2023. The video is being a physically delivered to the clerk contemporaneous with this filing and the notice of physical delivery required by local rule will be filed via ECF.

4. Attached here as **Exhibit 2** is a true copy of a photograph I took of a restaurant payment slip at Seattle restaurant "13 Coins" on April 18, 2023 which does not include the word "signature" anywhere on the paper on which the payor is required to write.

I swear the foregoing is true to the best of my knowledge under penalty of perjury under the laws of the United States of America.

DATED this 19th day of April, 2023 at Seattle, Washington.

*s/Braden Pence*
Braden Pence

DECLARATION OF BRADEN PENCE IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLANTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 2

No. 2:23-cv-00017-MJP

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Attorneys for Defendants

Ann Davison
Seattle City Attorney

Jessica Leiser, WSBA#49349
Assistant City Attorney
Email: Jessica.leiser@seattle.gov

Kerala Cowart, WSBA #53649
Assistant City Attorney
Email: kerala.cowart@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104

DATED this 19th day of April, 2023, at Seattle, Washington.

           ___s/ Lucas Wildner_____
           Lucas Wildner, Legal Assistant

DECLARATION OF BRADEN PENCE IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 3

No. 2:23-cv-00017-MJP

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961