Exhibit 1
to Declaration of Braden Pence
ISO PL'S REPLY

Placeholder for Video footage taken March 3, 2021 filed with Notice of Filing Physical Materials with Clerk