Exhibit 2
to Declaration of Braden Pence
ISO PL'S REPLY

```
D.M.I... HAMBURGER                        14.95
Complete Subtotal                         17.95

Subtotal                                  81.95
Service Charge                             3.28
Tax                                        8.74

Total                                     93.97
Balance Due                               93.97
```

Room #_____

Print Name_____

  + Gratuity:          _____

= Total:               _____


X_____


A Service Charge of 4% is
added to your bill.13 Coins
retains this. It does not go to
the service staff
***
Automatic Gratuity of 18% is added to
parties of 10 or more. 70% is retained
by the server; 13 Coins retains 30% to
distribute to support & kitchen staff.