Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4), and JANE DOES (#1-2)<br><br>Defendants. | No. 2:23-cv-00017-MJP<br><br>NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK RE: DOCKET 38 |

This filing links to Exhibit 1 to Declaration of Braden Pence, docket item 38. The following is being filed in physical form with the Clerk's Office for the Western District of Washington:

- A USB drive containing a video file (MP4) as Exhibit 1 to Declaration of Braden Pence ISO Plaintiff's Reply ISO Motion for Preliminary Injunction.

//

//

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK - 1

No. 2:23-cv-00017-MJP

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

1

2    DATED this 19th day of April, 2023.

3  By: MacDONALD HOAGUE & BAYLESS          By: THE LAW OFFICE OF NEIL FOX
   705 Second Avenue, Suite 1500            2125 Western Ave Ste 330
4  Seattle, Washington 98104                Seattle, WA 98121-3573
   Tel 206.622.1604 Fax 206.343.3961        Tel 206.728.5440 Fax 866.422.0542
5

6  __*s/ Braden Pence*_____      __*s/ Neil Fox*_____
   Braden Pence, WSBA #43495                Neil Fox, WSBA #15277
7  Email: bradenp@mhb.com                   Email: nf@neilfoxlaw.com

8  _*s/ Nathaniel Flack*_____
   Nathaniel Flack, WSBA #58582
9  Email: nathanielf@mhb.com

10

11

12

...

27

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE
CLERK - 2                                                    **MacDonald Hoague & Bayless**
                                                                 705 Second Avenue, Suite 1500
                                                                 Seattle, Washington  98104
No. 2:23-cv-00017-MJP                                        Tel 206.622.1604  Fax 206.343.3961

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Attorneys for Defendants

Ann Davison
Seattle City Attorney

Jessica Leiser, WSBA#49349
Assistant City Attorney
Email: Jessica.leiser@seattle.gov

Kerala Cowart, WSBA #53649
Assistant City Attorney
Email: kerala.cowart@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104

DATED this 19th day of April, 2023, at Seattle, Washington.

                                                    __*s/ Lucas Wildner*_____
                                                    Lucas Wildner, Legal Assistant

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK - 3

No. 2:23-cv-00017-MJP

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961