Honorable Marsha J. Pechman
Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEREK TUCSON, ROBIN SNYDER,
MONSIEREE DE CASTRO, and ERIK
MOYA-DELGADO,

No.      2:23-cv-00017 MJP TLF

Plaintiffs,

vs.

NOTICE OF INTENT TO FILE A
SURREPLY UNDER LOCAL CIVIL RULE
7(g)(1)

CITY OF SEATTLE, ALEXANDER
PATTON, TRAVIS JORDAN, DYLAN
NELSON, JOHN DOES (#1-4) AND JANE
DOES (#1-2)

Defendants.

Pursuant to Local Civil Rule 7(g)(1), Defendants file this Notice of Intent to File a Surreply.

In the surreply, Defendants will request the Court to strike material contained in and attached to

Plaintiffs' reply brief in support of their motion for preliminary injunction. Consistent with Local Civil

Rule 7(g)(2), Defendants' surreply "shall be filed within five days of the filing of the reply brief, and

shall be strictly limited to addressing the request to strike."

NOTICE OF INTENT TO FILE A SURREPLY UNDER LOCAL CIVIL
RULE 7(g)(1) - 1
2:23-cv-00017 MJP TLF

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

1 | DATED this 20th day of April, 2023.

2 |     I certify that this notice contains 208 words in compliance with the local rules.

3 |     For the CITY OF SEATTLE

4 |
5 |     ANN DAVISON
        Seattle City Attorney

6 |     *s/ Kerala Cowart*
        Kerala Cowart, WSBA #53649

7 |
8 |     *s/ Jessica Leiser*
        Jessica Leiser, WSBA #49349

9 |     Phone: (206) 733-9001
        Fax: (206) 684-8284
10 |    Email: Kerala.Cowart@seattle.gov
        Email: Jessica.Leiser@seattle.gov

11 |

12 |    Assistant City Attorneys
        Seattle City Attorney's Office
13 |    701 Fifth Avenue, Suite 2050

14 |    *Attorneys for Defendants City of Seattle, Alexander Patton, Travis Jordon, and Dylan Nelson*

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

NOTICE OF INTENT TO FILE A SURREPLY UNDER LOCAL CIVIL
RULE 7(g)(1) - 2
2:23-cv-00017 MJP TLF