Honorable Marsha J. Pechman
Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEREK TUCSON, ROBIN SNYDER,
MONSIEREE DE CASTRO, and ERIK
MOYA-DELGADO,

        Plaintiffs,

    vs.

CITY OF SEATTLE, ALEXANDER
PATTON, TRAVIS JORDAN, DYLAN
NELSON, JOHN DOES (#1-4) AND JANE
DOES (#1-2)

        Defendants.

No.    2:23-cv-00017 MJP TLF

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' SUPPLEMENTAL
COMPLAINT

NOTE ON MOTION CALENDAR:
May 26, 2023

The Court having reviewed the pleadings and materials in this case, it is hereby ORDERED that:

The Defendants' Motion to Dismiss is GRANTED. Plaintiffs' Supplemental Complaint is

dismissed with prejudice because it fails to state a claim upon which relief can be granted.

DATED this _____ day of May, 2023.

_____
Hon. Marsha J. Pechman
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS' SUPPLEMENTAL COMPLAINT - 1
2:23-cv-00017 TLF

DATED this 3rd day of May, 2023.

ANN DAVISON
Seattle City Attorney

By:   */s/Kerala Cowart*
Kerala Cowart, WSBA# 53649
Jessica Leiser, WSBA# 49349
Assistant City Attorneys

E-mail: kerala.cowart@seattle.gov
E-mail: jessica.leiser@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200

*Attorneys for Defendant City of Seattle*

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS' SUPPLEMENTAL COMPLAINT - 2
2:23-cv-00017 TLF