**12A.08.020 Property destruction**

A.   A person is guilty of property destruction if he or she:

    1.   Intentionally damages the property of another; or

    2.   Writes, paints, or draws any inscription, figure, or mark of any type on any public or private building or other structure or any real or personal property owned by any other person.

B. 1. It is an affirmative defense to property destruction under subsection 12A.08.020.A.1 that the actor reasonably believed that he had a lawful right to damage such property.

    2.   It is an affirmative defense to property destruction under subsection 12A.08.020.A.2 that the actor had obtained express permission of the owner or operator of the building, structure, or property.

C.   Property destruction is a gross misdemeanor.

(Ord. 123191, § 4, 2009; Ord. 118106 , § 1, 1996; Ord. 114635 , § 3, 1989; Ord. 102843 , § 12A.08.020, 1973.)

Created: 2023-01-27 15:54:50 [EST]

(Supp. No. 31)