1

Honorable Marsha J. Pechman

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON AT SEATTLE
8

9   DEREK TUCSON, ROBIN SNYDER,              No. 2:23-cv-00017-MJP
    MONSIEREE DE CASTRO, and ERIK
    MOYA-DELGADO,                            STIPULATED MOTION FOR RELIEF
10                                           FROM DEADLINES TO JOIN
                        Plaintiffs,          ADDITIONAL PARTIES AND AMEND
11                                           PLEADINGS

12          v.                               **Note for Motion:  May 4, 2023**

13  CITY OF SEATTLE, ALEXANDER
    PATTON, TRAVIS JORDAN, DYLAN
    NELSON, JOHN DOES (#1-4), and JANE       [LCR 7(d)(1) and (j)]
14  DOES (#1-2)

15                      Defendants.

16

17         Pursuant to LCR 7(j) and the Court's Order Setting Trial Dates and Related Dates (Dkt.

18  26), the Parties hereby submit this stipulated motion to reset the deadlines for joining additional

19  parties and amended pleadings related to joining those parties, currently set for May 5, 2023 and

20  May 15, 2023 respectively. The parties seek extension of those deadlines to October 2, 2023 in

21  order to allow sufficient time to conduct discovery – including scheduling and taking depositions

22  and written requests to identify JOHN DOES 1-4 and JANE DOES 1-2 (collectively, the "Doe

23

24  Defendants"), to move for joinder of those individuals, and to amend the pleadings accordingly.

25         **I.      Background**

26         At the FRCP 26(f) conference, the parties discussed and agreed to a proposed deadline

27  for joining additional parties that would allow Plaintiffs to conduct sufficient discovery to

STIPULATED MOTION FOR RELIEF FROM DEADLINES FOR
JOINING ADDITIONAL PARTIES AND FILING AMENDED
PLEADINGS  - 1

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

No. 2:23-cv-00017-MJP

identify the Doe Defendants and to amend the complaint to join them within the scheduling

order. The parties' Joint Status Report, Dkt. 25, p. 2, proposed "five months of discovery prior to

the deadline for joining additional parties" because "the identity of individual defendants is not

presently known to Plaintiffs."

Since the FRCP 26(f) conference, both parties have engaged in substantive motions

practice.

In the interim, the Court issued the Order Setting Trial Dates & Related Dates, Dkt. 26,

which set the deadline for joining additional parties for May 5, 2023 and May 15, 2023. The

discovery deadline is currently set for January 12, 2024.

**II.      Good Cause Exists to Reset the Joinder and Amendment Deadlines**

A motion to extend deadlines in the Court's scheduling order must be supported by a

showing of "good cause" for the extension. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604,

608–09 (9th Cir. 1992); Fed. R. Civ. P. 16(b)(4); *see also* LCR 7(j). "Good cause" to extend a

deadline exists "if it cannot reasonably be met despite the diligence of the part[ies] seeking the

extension." *Johnson*, 975 F.2d at 609. In determining whether to amend a scheduling order to allow

more time to conduct discovery, courts consider a number of factors, including:

> (1) whether trial is imminent, (2) whether the request is opposed, (3) whether the non-moving
> party would be prejudiced, (4) whether the moving party was diligent in obtaining discovery
> within the guidelines established by the court, (5) the foreseeability of the need for additional
> discovery in light of the time allowed for discovery by the district court, and (6) the
> likelihood that the discovery will lead to relevant evidence.

*City of Pomona v. SQM N. Am. Corp.*, 866 F.3d 1060, 1066 (9th Cir. 2017) (internal citation and

quotation omitted).

Here, the factors favor amendment of the scheduling order to allow for discovery prior to the

deadline for joining additional parties and amending the pleadings for purposes of joinder. Trial is

not imminent and the request is unopposed. Both parties have been diligent. Neither party believes

STIPULATED MOTION FOR RELIEF FROM DEADLINES FOR
JOINING ADDITIONAL PARTIES AND FILING AMENDED
PLEADINGS  - 2

No. 2:23-cv-00017-MJP

**MACDONALD HOAGUE & BAYLESS**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

1   the extension would cause prejudice. Some period of time for discovery is necessary to identify the

2   Doe Defendants. The parties seek this stipulated extension to these two specific deadlines: the

3   deadline to join additional parties and the deadline to amend the pleadings (but only for amendments

4   related to joinder of those additional parties). The parties do not seek any change in the trial date,

5   discovery deadline, deadline for dispositive motions, or any other deadline. The additional parties are

6   all anticipated to be current or former employees of Defendant City of Seattle, to be represented by

7   Defendant's current counsel, and to result in no further delays of the case schedule.

8

9          Relief requested: The parties request that the deadline to join parties and amend pleadings

10  related to joinder be extended to October 2, 2023. In the alternative, the parties ask the Court to take

11  this motion under advisement or deny it without prejudice pending identification of the Does.

12         DATED this 4th day of May, 2023.

13  STIPULATED BY:                                          AND BY:

14

15  By: MacDONALD HOAGUE & BAYLESS          By: Seattle City Attorney's Office
    705 Second Avenue, Suite 1500           701 Fifth Avenue, Suite 2050
    Seattle, Washington 98104               Seattle, WA 98104
16  Tel 206.622.1604 Fax 206.343.3961       Phone: (206) 684-8200

17  *s/Braden Pence*                          *s/Kerala Cowart*
    Braden Pence, WSBA #43495               Kerala Cowart, WSBA# 53649
18  Email: bradenp@mhb.com                  E-mail: kerala.cowart@seattle.gov
                                            Jessica Leiser, WSBA# 49349
19  Nathaniel Flack, WSBA #58582            E-mail: jessica.leiser@seattle.gov
    Email: nathanielf@mhb.com               Assistant City Attorneys

20
    By: THE LAW OFFICE OF NEIL FOX
21  2125 Western Ave Ste 330                *Attorneys for Defendant City of Seattle,*
    Seattle, WA 98121-3573                  *Alexander Patton, Travis Jordon, Dylan Nelson*
22  Tel 206.728.5440 Fax 866.422.0542

23
    *s/Neil Fox*
24  Neil Fox, WSBA #15277
    Email: nf@neilfoxlaw.com
25
    **Attorneys for Plaintiff**
26
    This motion contains 864 words in compliance with the local rules.
27

STIPULATED MOTION FOR RELIEF FROM DEADLINES FOR
JOINING ADDITIONAL PARTIES AND FILING AMENDED
PLEADINGS  - 3

No. 2:23-cv-00017-MJP

1

<u>CERTIFICATE OF SERVICE</u>

2       I hereby certify that on this date I electronically filed the foregoing document with the

3  Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

4  following individuals:

5

6  Attorneys for Defendants

7  Ann Davison
   Seattle City Attorney
8
   Jessica Leiser, WSBA#49349
9  Assistant City Attorney
   Email: Jessica.leiser@seattle.gov
10
   Kerala Cowart, WSBA #53649
11 Assistant City Attorney
   Email: kerala.cowart@seattle.gov
12
   Seattle City Attorney's Office
13 701 Fifth Avenue, Suite 2050
   Seattle, WA 98104
14

15
        DATED this 4th day of May, 2023, at Seattle, Washington.
16

17

18                                    ___s/ Lucas Wildner_____
                                      Lucas Wildner, Legal Assistant
19

20

21

22

23

24

25

26

27

STIPULATED MOTION FOR RELIEF FROM DEADLINES FOR
JOINING ADDITIONAL PARTIES AND FILING AMENDED
PLEADINGS  - 4

No. 2:23-cv-00017-MJP

**MACDONALD HOAGUE & BAYLESS**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961