Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4), and JANE DOES (#1-2)<br><br>Defendants. | No. 2:23-cv-00017-MJP<br><br>[PROPOSED]<br>ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINES TO JOIN ADDITIONAL PARTIES AND AMEND PLEADINGS |

The Court, having reviewed and considered the parties' Stipulated Motion for Relief from Deadlines to Join Additional Parties and Amend Pleadings, it is:

Hereby ORDERED that the Stipulated Motion is GRANTED. The deadlines for joining additional parties and for amended pleadings related to joining those parties are reset for October 2, 2023. The other deadlines in the case schedule, Dkt. 26, are unchanged.

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINES TO JOIN ADDITIONAL PARTIES AND AMEND PLEADINGS   - 1

No. 2:23-cv-00017-MJP

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

DATED this _____ day of [month], 2023.

_____
Honorable Marsha J. Pechman

Submitted by:

By: MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

__s/ Braden Pence_____
Braden Pence, WSBA #43495
Email: bradenp@mhb.com

__s/ Nathaniel Flack_____
Nathaniel Flack, WSBA #58582
Email: nathanielf@mhb.com

By: THE LAW OFFICE OF NEIL FOX
2125 Western Ave Ste 330
Seattle, WA 98121-3573
Tel 206.728.5440 Fax 866.422.0542

__s/ Neil Fox_____
Neil Fox, WSBA #15277
Email: nf@neilfoxlaw.com

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINES TO JOIN ADDITIONAL PARTIES AND AMEND PLEADINGS   - 2

No. 2:23-cv-00017-MJP

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Attorneys for Defendants

Ann Davison
Seattle City Attorney

Jessica Leiser, WSBA#49349
Assistant City Attorney
Email: Jessica.leiser@seattle.gov

Kerala Cowart, WSBA #53649
Assistant City Attorney
Email: kerala.cowart@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104

DATED this 4th day of May, 2023, at Seattle, Washington.

___s/ Lucas Wildner_____
Lucas Wildner, Legal Assistant

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINES TO JOIN ADDITIONAL PARTIES AND AMEND PLEADINGS  - 3

No. 2:23-cv-00017-MJP

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961