UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4), and JANE DOES (#1-2), <br><br> Defendants. | CASE NO. C23-17 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has received a telephonic inquiry from the Parties as to whether the Court's Preliminary Injunction Order enjoins both SMC 12A.08.020(A)(1) and (A)(2) or just SMC 12A.08.020(A)(2). The Court orders the Parties to meet and confer to determine whether they agree the Preliminary Injunction should enjoin enforcement of only SMC 12A.08.020(A)(2) and

MINUTE ORDER - 1

to so notify the Court. If the Parties cannot agree, then the Court orders the Parties to file briefs of no more than 4 pages each outlining their positions on the scope of the injunction. The Court orders the Parties to file their response to this Minute Order by no later than Friday, June 16, 2023.

The clerk is ordered to provide copies of this order to all counsel.

Filed June 14, 2023.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2