Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4), and JANE DOES (#1-2)<br><br>Defendants. | No. 2:23-cv-00017-MJP<br><br>PARTIES' STIPULATED NOTICE TO COURT IN RESPONSE TO MINUTE ORDER (DKT. 51) |

The Court's minute order dated June 14, 2023 (Dkt. 51) directed the parties to meet and confer about the preliminary injunction issued in this matter. The Parties have met and conferred, and both parties agree that the Preliminary Injunction enjoins only SMC 12A.08.020(A)(2).

PARTIES' STIPULATED NOTICE TO COURT IN RESPONSE TO MINUTE ORDER (DKT. 51) - 1

No. 2:23-cv-00017-MJP

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

DATED this 14th day of June, 2023.

| STIPULATED BY: | AND BY: |
|---|---|
| */s/ Kerala Cowart*<br>Kerala Cowart, WSBA# 53649<br>Jessica Leiser, WSBA# 49349<br>Assistant City Attorneys<br>E-mail: kerala.cowart@seattle.gov<br>E-mail: jessica.leiser@seattle.gov<br><br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104<br>Phone: (206) 733-9001<br><br>*Attorneys for Defendant City of Seattle,*<br>*Alexander Patton, Travis Jordon, Dylan Nelson* | MacDONALD HOAGUE & BAYLESS<br>705 Second Avenue, Suite 1500<br>Seattle, Washington 98104<br>Tel 206.622.1604 Fax 206.343.3961<br><br>*s/Braden Pence*<br>Braden Pence, WSBA #43495<br>Email: bradenp@mhb.com<br><br>*s/Nathaniel Flack*<br>Nathaniel Flack, WSBA #58582<br>Email: nathanielf@mhb.com<br><br>By: THE LAW OFFICE OF NEIL FOX<br>2125 Western Ave Ste 330<br>Seattle, WA 98121-3573<br>Tel 206.728.5440 Fax 866.422.0542<br><br>*s/Neil Fox*<br>Neil Fox, WSBA #15277<br>Email: nf@neilfoxlaw.com<br><br>*Attorneys for Plaintiff* |

PARTIES' STIPULATED NOTICE TO COURT IN
RESPONSE TO MINUTE ORDER (DKT. 51) - 2

No. 2:23-cv-00017-MJP

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200