UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, JOHN DOES (#1-4), and JANE DOES (#1-2),<br><br>Defendants. | CASE NO. C23-17 MJP<br><br>ORDER CLARIFYING SCOPE OF PRELIMINARY INJUNCTION |

The Court issues this Order to clarify the scope of the Preliminary Injunction the Court issued on June 13, 2023. (Dkt. No. 50.) Based on the Court's own review of the Preliminary Injunction and the stipulation of the Parties (Dkt. No. 52), the Court clarifies that the Preliminary Injunction enjoins enforcement of SMC 12A.08.020(A)(2) only, and not SMC 12A.08.020(A)(1).

The clerk is ordered to provide copies of this order to all counsel.

Dated June 15, 2023.

*Marsha J. Pechman*

Marsha J. Pechman
United States Senior District Judge