Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, RYAN KENNARD, MIA NGUYEN, JAMISON MAEHLER, NICHOLAS GREGORY, and RYAN BARRETT,<br><br>Defendants. | No. 2:23-cv-00017-MJP<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE SECOND AMENDED COMPLAINT |

Having reviewed the parties' Stipulated Motion (Dkt. No. 62), it is hereby ORDERED that the Motion is GRANTED. Plaintiffs are directed to file their Second Amended Complaint.

DATED this 28th day of September, 2023.

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States Senior District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT - 1

No. 2:23-cv-00017-MJP

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

PRESENTED BY:

*Counsel for Plaintiffs*:

| | |
|---|---|
| By: MacDONALD HOAGUE & BAYLESS<br>705 Second Avenue, Suite 1500<br>Seattle, Washington 98104<br>Tel 206.622.1604 Fax 206.343.3961 | By: THE LAW OFFICE OF NEIL FOX<br>2125 Western Ave Ste 330<br>Seattle, WA 98121-3573<br>Tel 206.728.5440 Fax 866.422.0542 |
| __/s/Braden Pence_____<br>Braden Pence, WSBA #43495<br>Email: bradenp@mhb.com | __/s/Neil Fox_____<br>Neil Fox, WSBA #15277<br>Email: nf@neilfoxlaw.com |

__/s/Nathaniel Flack_____
Nathaniel Flack, WSBA #58582
Email: nathanielf@mhb.com

*Counsel for Defendants*:

ANN DAVISON
Seattle City Attorney

*s/ Kerala Cowart*
Kerala Cowart, WSBA #53649
Jessica Leiser, WSBA #49349
Phone: (206) 733-9001
Fax: (206) 684-8284
Email: Kerala.Cowart@seattle.gov
Email: Jessica.Leiser@seattle.gov
Assistant City Attorneys
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050

---

[PROPOSED] ORDER GRANTING PLAINTIFFS TO
FILE SECOND AMENDED COMPLAINT - 2

No. 2:23-cv-00017-MJP

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961