Honorable Marsha J. Pechman
Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, TRAVIS JORDAN, DYLAN NELSON, RYAN KENNARD, MIA NGUYEN, JAMISON MAEHLER, NICHOLAS GREGORY, RYAN BARRETT, and MICHELE LETIZIA,<br><br>Defendants. | No.   2:23-cv-00017 MJP TLF<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINE FOR DISPOSITIVE MOTIONS<br><br>NOTE ON MOTION CALENDAR: February 7, 2024 |

The Court having reviewed and considered the Parties' Stipulated Motion for Relief from Dispositive Motion Deadline, it is HEREBY ORDERED that the Stipulated Motion is GRANTED.

The deadline to file dispositive motions is extended to February 29, 2024, and the accompanying noting date shall be the fourth Friday thereafter.

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR
DISPOSITIVE MOTIONS - 1
2:23-cv-00017

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

DATED this 9th day of February, 2024.

*Marsha J. Pechman*
Marsha J. Pechman
United States Senior District Judge

STIPULATED BY:

| | |
|---|---|
| ANN DAVISON<br>Seattle City Attorney<br><br>*/s/Kerala Cowart*<br>Kerala Cowart, WSBA #53649<br>Jessica Leiser, WSBA #49349<br>Assistant City Attorneys<br>E-mail: kerala.cowart@seattle.gov<br>Email: Jessica.leiser@seattle.gov<br><br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104<br>Phone: (206) 733-9001<br><br>Attorneys for Defendants | MacDONALD HOGUE & BAYLESS<br>705 Second Avenue, Suite 1500<br>Seattle, Washington 98104<br>Tel 206-622-1604 Fax 206-343-3961<br><br>*/s/Braden Pence*<br>Braden Pence, WSBA # 43495<br>Email: bradenp@mhb.com<br>Nathaniel Flack, WSBA #58582<br>Email: nathanielf@mhb.com<br><br>THE LAW OFFICE OF NEIL FOX<br>2125 Western Ave Ste 330<br>Seattle, WA 98121<br>Tel 206-728-440 Fax 866-422-0542<br><br>*/s/Neil Fox*<br>Neil Fox, WSBA # 15277<br>Email: nf@neilfoxlaw.com<br><br>Attorneys for Plaintiffs |

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR DISPOSITIVE MOTIONS - 2
2:23-cv-00017

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200