Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,

Plaintiffs,

vs.

CITY OF SEATTLE, ALEXANDER PATTON, DYLAN NELSON, RYAN KENNARD, and MICHELE LETIZIA,

Defendants.

No.   2:23-cv-00017 MJP TLF

[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REVISED MOTIONS IN LIMINE

NOTE ON MOTION CALENDAR: May 24, 2024

THIS MATTER having come before the Court on Defendants' Unopposed Motion for Leave to File Revised Motions *in limine*, and the Court, having read and considered the records and files herein and now, being fully advised, the Court hereby Orders:

[[PROPOSED] ORDER - 1
2:23-cv-00017 MJP TLF

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

2    Defendants motion is GRANTED. The Court will consider the revised version of Defendants'
3 motions in limine.

8 DATED this 16th day of May, 2024.

_____ for
Hon. Marsha J. Pechman
United States District Court Judge

[[PROPOSED] ORDER - 2
2:23-cv-00017 MJP TLF

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

DATED this 17th day of May, 2024.

                ANN DAVISON
                Seattle City Attorney

By:  */s/Kerala Cowart*
      Kerala Cowart, WSBA# 53649
      Jessica Leiser, WSBA# 49349
      Joseph D. Everett, WSBA# 38248
      Assistant City Attorneys

      E-mail: kerala.cowart@seattle.gov
      E-mail: jessica.leiser@seattle.gov
      E-mail: joseph.everett@seattle.gov

      Seattle City Attorney's Office
      701 Fifth Avenue, Suite 2050
      Seattle, WA 98104
      Phone: (206) 684-8200

      *Attorneys for Defendants*

[[~~PROPOSED~~] ORDER - 3
2:23-cv-00017 MJP TLF

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200