Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, DYLAN NELSON, RYAN KENNARD, and MICHELE LETIZIA,<br><br>Defendants. | No. 2:23-cv-00017-MJP<br><br>PLAINTIFFS' DEPOSITION DESIGNATIONS |

Come now Plaintiffs and submit their deposition designations pursuant to Local Civil Rule 32, along with Defendants' counter-designations and objections. Subject to the Court's rulings on admissibility and the development of the evidence at trial, Plaintiffs reserve the right to use these deposition designations at trial. Where Defendants' objections are sufficiently specific to allow a response, Plaintiffs respond to the objections in the manner indicated in LCR 32. Plaintiffs intend to use video clips of admitted deposition designations at trial, and pursuant to LCR 32 will provide copies of those video clips to the Court upon request. Plaintiffs submit designations of the following depositions as numbered attachments to this pleading:

1. 30(b)(6) Witness Lori Aagard

PLAINTIFFS' DEPOSITION DESIGNATIONS - 1

No. 2:23-cv-00017-MJP

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

2. Ryan Barrett

3. Adrian Diaz

4. Nicholas Gregory

5. 30(b)(6) Witness Paul Jackson

6. Travis Jordon

7. Ryan Kennard

8. Michele Letizia

9. Jamison Maehler

10. Alexander Patton

DATED this 28th day of May, 2024.

By: MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

/s/Nathaniel Flack
Nathaniel Flack, WSBA #58582
Email: nathanielf@mhb.com
Braden Pence, WSBA #43495
Email: bradenp@mhb.com

By: THE LAW OFFICE OF NEIL FOX
2125 Western Ave Ste 330
Seattle, WA 98121-3573
Tel 206.728.5440 Fax 866.422.0542

 /s/Neil Fox
Neil Fox, WSBA #15277
Email: nf@neilfoxlaw.com

PLAINTIFFS' DEPOSITION DESIGNATIONS - 2

No. 2:23-cv-00017-MJP

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961