Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO, | No. 2:23-cv-00017-MJP |
| Plaintiffs, | AMENDED AGREED PRETRIAL ORDER |
| v. | |
| CITY OF SEATTLE, ALEXANDER PATTON, DYLAN NELSON, RYAN KENNARD, and MICHELE LETIZIA, | |
| Defendants. | |

**JURISDICTION**

This Court has Jurisdiction pursuant to 28 U.S.C. § 1331.

**CLAIMS AND DEFENSES**

Plaintiffs will pursue at trial the following claims:

1.  Violation of the First Amendment – Retaliatory Arrest – Defendants Letizia, Patton, and Nelson.

    Derek Tucson against Michele Letizia and Alexander Patton.
    Robin Snyder against Michele Letizia and Dylan Nelson.
    Monsieree DeCastro against Michele Letizia and Dylan Nelson.
    Erik Moya-Delgado against Michele Letizia.

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

2.   Violation of the First Amendment – Retaliatory Booking – Defendants Kennard, Patton, and Nelson.

> Derek Tucson against Ryan Kennard, Dylan Nelson, and Alexander Patton.
> Robin Snyder against Ryan Kennard, and Alexander Patton.
> Monsieree DeCastro against Ryan Kennard and Alexander Patton.
> Erik Moya-Delgado against Ryan Kennard, Dylan Nelson, and Alexander Patton.

3.   Violation of the First Amendment – *Monell* Claims against City of Seattle for Retaliatory Booking.

4.   Violation of the First Amendment – As Applied Challenge  (injunctive relief).

## ADMITTED FACTS

1.     Seattle Police Department (SPD) officers arrested all four Plaintiffs for chalk or charcoal writing on a wall January 1, 2021.

2.     Seattle Police Department (SPD) officers transported all four Plaintiffs to King County Jail for booking.

## ISSUES OF LAW—PLAINTIFF

1.     Whether SMC 12A.08.020.A.2 violates the First Amendment as applied to Plaintiffs' chalk writing in the public forum.

2.     Whether SMC 12A.08.020.A.2 violates the Fourteenth Amendment as applied to Plaintiffs' chalk writing in the public forum.

3.     Whether Defendants' enforcement of SMC 12A.08.020.A.2 against political chalking in the public should be enjoined.

4.     Motions in limine – the Court will be called on to resolve disputed motions in limine.

1       5.      Jury instructions – the parties may have legal disputes relating to to jury

2   instructions.

3                          **ISSUES OF LAW—DEFENDANT**

4   1.  Whether plaintiffs present sufficient evidence to support a jury verdict on their claims.

5   2.  Whether defendants present sufficient evidence to support a jury verdict on their

6       affirmative defenses.

7

8   3.  Evidentiary issues presented by the parties, including motions in limine.

9   4.  The jury instructions, verdict form, and special interrogatories.

10                              **WITNESSES**

11      The names and addresses of witnesses, other than experts, to be used at the time of trial

12  and the general nature of the testimony of each are:

13

14  **Plaintiffs' Witnesses – Will Testify:**

15      •   **Derek Tucson**. Contact c/o Plaintiffs' counsel. Mr. Tucson will testify regarding

16  the circumstances of his arrest and booking into jail by SPD on January 1, 2021; the damages

17  suffered therefrom, including emotional harm; other incidents of actual and planned chalking and

18  political speech; the chilling effect on his speech as a result of his arrest and the City's related

19  policies and practices; the emotional harm and damages suffered as a result of the arrest and

20  booking; and the authentication of various documents.

21

22      •   **Robin Snyder.** Contact c/o Plaintiffs' counsel. Ms. Snyder will testify regarding

23  the circumstances of her arrest and booking into jail by SPD on January 1, 2021; the damages

24  suffered therefrom, including emotional harm; other incidents of actual and planned chalking and

25  political speech; the chilling effect on her speech as a result of his arrest and the City's related

26

27

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

policies and practices; the emotional harm and damages suffered as a result of the arrest and booking; and the authentication of various documents.

- **Monsieree De Castro.** Contact c/o Plaintiffs' counsel. Ms. De Castro will testify regarding the circumstances of her arrest and booking into jail by SPD on January 1, 2021; the damages suffered therefrom, including emotional harm; other incidents of actual and planned chalking and political speech; the chilling effect on her speech as a result of his arrest and the City's related policies and practices; the emotional harm and damages suffered as a result of the arrest and booking; and the authentication of various documents.

- **Erik Moya-Delgado.** Contact c/o Plaintiffs' counsel. Mr. Moya-Delgado will testify regarding the circumstances of his arrest and booking into jail by SPD on January 1, 2021; the damages suffered therefrom, including emotional harm; other incidents of actual and planned chalking and political speech; the chilling effect on his speech as a result of his arrest and the City's related policies and practices; the emotional harm and damages suffered as a result of the arrest and booking; and the authentication of various documents.

- **Caedmon Cahill**. Contact c/o Defendants' counsel. Ms. Cahill will testify regarding her role as a Policy Advisor for the City of Seattle during 2020 and 2021; COVID-19 booking restrictions; her investigation into the City bookings of protestors in violation of the COVID-19 booking restrictions; her efforts to bring these violations to the attention of SPD and the City of Seattle Mayor's Office; the nature of the response she received from SPD and the Mayor's office; and the City's policies and practices with regard to booking into King County Jail during 2020 and 2021.

- **Michele Letizia**. Contact c/o Defendants' counsel. Officer Letizia is expected to testify about the facts and circumstances of the arrests of Plaintiffs; his observations of Plaintiffs

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

through a security camera prior to and during the arrests; his communications with other officers regarding the same; the reason for the arrests; and the culture within the East Precinct as of January 2021; and the City's policy and practice with respect to chalk writing; the exercise of his discretion in making arrest and booking decisions.

- **Jamison Maehler**. Contact c/o Defendants' counsel. Officer Maehler is expected to testify about the facts and circumstances of the arrests of Plaintiffs; the reason for the arrests and booking of Plaintiffs; the culture within the East Precinct as of January 2021; the East Precinct break room or bike room; the presence of certain political materials within that room; the presence of Chief of Police Carmen Best within that room; and the City's policy and practice with respect to chalk writing; the exercise of his discretion in making arrest and booking decisions.

- **Ryan Kennard.** Contact c/o Defendants' counsel. Sgt. Kennard is expected to testify about the facts and circumstances of the arrests of Plaintiffs; the reason for the arrests and booking of Plaintiffs; the booking policies and practices at SPD as of January 2021; the culture within the East Precinct as of January 2021; and the City's policy and practice with respect to chalk writing; the exercise of his discretion in making arrest and booking decisions.

- **Dylan Nelson.** Contact c/o Defendants' counsel. Officer Nelson is expected to testify about the facts and circumstances of the arrests of Plaintiffs; the reason for the arrests and booking of Plaintiffs; the culture within the East Precinct as of January 2021; the booking and arrest policies in place at SPD and the East Precinct as of January 2021; and the City's policy and practice with respect to chalk writing; the exercise of his discretion in making arrest and booking decisions.

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

- **Alexander Patton.** Contact c/o Defendants' counsel. Officer Patton may testify about the facts and circumstances of the arrests of Plaintiffs; the reason for the arrests and booking of Plaintiffs; the culture within the East Precinct as of January 2021; the booking and arrest policies in place at SPD and the East Precinct as of January 2021; and the City's policy and practice with respect to chalk writing; the exercise of his discretion in making arrest and booking decisions.

- **Daniel Clark.** 206-466-8396. Mr. Clark is expected to testify about the authentication of certain exhibits relating to incidents of arrest or threatened arrest for political chalking.

- **Ryan Barrett.** Contact c/o Defendants' counsel. Officer Barrett may testify about the facts and circumstances of the arrests of Plaintiffs; the reason for the arrests and booking of Plaintiffs; the culture within the East Precinct as of January 2021; the booking and arrest policies in place at SPD and the East Precinct as of January 2021; access to the precinct's bike/break room containing improper political materials; the City's policy and practice with respect to chalk writing; the exercise of his discretion in making arrest and booking decisions.

**<u>Defendants' Witnesses – Will Testify (but not as part of case-in-chief):</u>**

<u>Captain Lori Aagard</u>
c/o Kerala Cowart, Assistant City Attorney
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7095

Pursuant to the Court's guidance at the June 5 pretrial conference, Defendants will call Capt. Aagard in response to Plaintiffs' video deposition clips in lieu of live testimony. Defendants anticipate that it will be faster to present live witness testimony from Capt. Aagard within the scope of Plaintiffs' video deposition designations than it would be to present a series of responsive counter designations.

AMENDED AGREED PRETRIAL ORDER - 6

No. 2:23-cv-00017-MJP

Paul Jackson, Director of Graffiti Programs
c/o Kerala Cowart, Assistant City Attorney
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7095

Pursuant to the Court's guidance at the June 5 pretrial conference, Defendants will call

Director Paul Jackson in response to Plaintiffs' video deposition clips in lieu of live testimony.

Defendants anticipate that it will be faster to present live witness testimony from Mr. Jackson

within the scope of Plaintiffs' video deposition designations than it would be to present a series

of responsive counter designations.

## PLAINTIFFS' TRIAL EXHIBITS

Plaintiffs identify the following trial exhibits, which they intend to present to the jury in

electronic format:

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|-------|-------------|--------------|---------------|-----------|----------|
| | **INCIDENT PHOTOS AND STILLS** | | | | |
| 1 | Photos of chalk writing (PL-000057, CITY_000417, CITY_000421, CITY_000422, CITY_000423, CITY_000424) | | | None | |
| 2 | Screen shot of Trump Flag in East Precinct (still from Dkt. 81-5, CITY_000912) | | | MIL, 401, 402, 403 | |
| 3 | Screen shot of tombstone in East Precinct (Dkt. 81-6, CITY_000912) | | | MIL, 401, 402, 403 | |
| 4 | Still showing police presence (from PL_000164) | | | None | |
| 5 | Still showing police presence, (from CITY_000879) | | | None | |

AMENDED AGREED PRETRIAL ORDER - 7
No. 2:23-cv-00017-MJP

**MACDONALD HOAGUE & BAYLESS**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| **ARREST AND BOOKING DOCUMENTATION** | | | | | |
| 6 | Arrest reports (CITY_000461- 463, 496-498, 491--493, 465-467) | | | None | |
| 7 | Booking receipts (CITY_000473, 476, 479, 488) | | | None | |
| 8 | Kennard screening report and screening forms (CITY_000457, CITY_000499-506) | | | None | |
| 9 | Barrett property inventory (CITY_000459) | | | None | |
| 10 | Nelson statement (CITY_000474-475) | | | None | |
| 11 | Nelson inventory of livestream video (CITY_000477-478) | | | None | |
| 12 | Patton statement (CITY_000480-481) | | | None | |
| 13 | Letizia statement (CITY_000494) | | | None | |
| 14 | Booking verifications (CITY_000507, 508, 509, 510, 511) | Stipulate to admit exhibit with summary narrative description, to avoid need to offer witness to authenticate? | | REDACT PII; NONE | |
| 15 | Incident report and cover sheet (CITY_000489-490, 482-485) | | | None | |

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|-------|-------------|--------------|---------------|-----------|----------|
| 16 | CAD Report, CITY_000518-527 | | | REDACT PII; NONE | |
| **INCIDENT VIDEOS** | | | | | |
| 17 | Security camera video, OutsideEntranceView, CITY_000878 | | | None | |
| 18 | Security camera video OutsideAlley pt. 1 (Dkt. 81-2, CITY_000879) | | | None | |
| 19 | Security camera video OutsideAlley pt. 2 (Dkt. 81-2, CITY_000880) | | | None | |
| 20 | Officer Jordon Body Worn Camera video (Dkt. 81-16, CITY_000922, Axon Body 3 Video 2021-01-01 2233) | | | 401, 402, 802 (unless specific clips identified) | |
| 21 | Officer Patton Body Worn Camera video (Dkt. 96-4, CITY_000921, Axon Body 3 Video 2021-01-01 2233) | | | MIL, 403 until 00:20. Otherwise None | |
| 22 | Officer Gregory Body Worn Camera (Axon Body 3 Video 2021-01-01 2233, CITY_000920) (arrest of DT, with shove) | | | 401, 402, 802 (unless specific clips identified) | |
| 23 | Officer Barrett Body Worn Camera (produced by defense 5/21/24) (Axon_Body_3_Video_2021-01-01_2235) | | | None | |
| 24 | Officer Nguyen Body Worn Camera, CITY_000916, Axon Body 3 Video 2021-01-01 2237 | | | 401, 402, 802 (unless specific | |

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604   Fax 206.343.3961

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|-------|------------|--------------|---------------|-----------|----------|
| | | | | clips identified) | |
| 25 | Officer Nelson Body Worn Camera video (Dkt. 81-17, CITY_000914, Axon Body 3 Video 2021-01-01 2237) | | | None | |
| 26 | Maehler Body Worn Camera video (Dkt. 81-5, CITY_000912, Axon Body 3 Video 2021-01-01 2249) | | | MIL 401, 402, 802 (unless specific clips identified) | |
| 27 | Officer Gregory Body Worn Camera, (CITY_000909, Axon Body 3 Video 2021-01-01 2249), shove of Moya Delgado | | | MIL, 401, 402, 403 802 | |
| 28 | Officer Barrett Body Worn Camera video (Dkt. 96-2, CITY_000910, Axon Body 3 Video 2021-01-01 2249) | | | 401, 402, 802 (unless specific clips identified) | |
| 29 | Officer Nelson Body Worn Camera video (Dkt. 96-3, CITY_000911, Axon Body 3 Video 2021-01-01 2249) | | | None | |
| 30 | Officer Barrett Body Worn Camera video (Dkt. 96-1, CITY_000904, Axon_Body_3_Video_2021-01-01_2255-3) | | | 401, 402, 802 (unless specific clips identified) | |
| 31 | Officer Gregory Body Worn Camera, CITY_000901, Axon Body 3 Video 2021-01-01 2259 | | | 401, 402, 802 (unless specific clips identified) | |

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|-------|-------------|--------------|---------------|-----------|----------|
| 32 | Officer Barrett Body Worn Camera video, (CITY_000899, Axon Body 3 Video 2021-01-01 2301) | | | None | |
| 33 | Officer Gregory Body Worn Camera video (Dkt. 96-6, CITY_000891, Axon Body 3 Video 2021-01-01 2330) | | | None | |
| 34 | ICV -- Snyder and De Castro -- CITY_000889, AXON Fleet 2 IR Video 2021-01-01 2333 | | | None | |
| 35 | ICV – Tucson and Moya Delgado – CITY_000882, 2021-736_ICV_8596@20210101233325.mpg | | | Duplicates Ex 34 | |
| 36 | Livestream video, Dkt. 96-5, PL_000164 | | | No Objection to 0:00-4:45, 15:17-16:40, or 22:03-23:00<br><br>401, 402, 403, 802 to remainder of Exhibit | |
| **BOOKING POLICY DOCUMENTS** | | | | | |
| 37 | Diaz booking memo, (Dkt. 96-7, CITY_000768-769) | | | None | |
| 38 | SPD email re: booking, Mar. 24, 2020, CITY_000770 | | | None | |
| 39 | May 20, 2020 email "remove booking restrictions," CITY_012315 | | | 403, 802, 805 | |

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 40 | June 5, 2020 Bushaw email, Dkt. 98-8, PL-000524 | Object | | 401, 402, 403, 602, 802 | |
| 41 | June 2020 Notes re: booking restrictions, CITY_005163 | | | 401, 402, 802 | |
| 42 | July 6, 2020 email re: bookings, CITY_004513-4517 | | | 401, 402, 403, 602, 802 | |
| 43 | Oct. 6, 2020 email from Cahill, CITY_004464-66 | | | 401, 402, 403, 802 | |
| 44 | Oct. 8, 2020 Caedmon Cahill email (Dkt. 96-11, CITY_004435-4436) | | | 401, 402, 403, 802 | |
| 45 | October 22nd, 2020 Cahill emails. CITY_004484-4487 | | | 401, 402, 403, 802 | |
| 46 | Nov. 16, 2020 JAG organizing email, CITY_002294-2296 | | | 401, 402, 802 | |
| 47 | Dec. 2 2020 JAG meeting invite, CITY_010329-330 | | | 401, 402 | |
| 48 | Dec. 16 2020 JAG meeting invite, CITY_010744-45 | | | 401, 402 | |
| 49 | Dec. 16 2020 JAG agenda re: booking restrictions, CITY_012198 | | | 401, 402 | |
| 50 | Dec. 21, 2020 email to Kline re: booking restrictions, CITY_012266-7 | | | 401, 402, 802 | |
| 51 | Jan. 6, 2021 email re: booking restrictions, CITY_012333-34 | | | 401, 402, 403, 602, 802 | |

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|-------|-------------|--------------|---------------|-----------|----------|
| 52 | Jan 6, 2021 email to Julie Kline re booking restrictions, CITY_012282-83 | | | 401, 402, 403, 602, 802 | |
| 53 | Jan. 6, 2021 JAG emails and agenda, CITY_009500-503 | | | 401, 402, 403, 602, 802 | |
| 54 | Jan. 13, 2021 Caedmon Cahill email (Dkt. 96-12, CITY_012237-39) | | | 401, 402, 403, 802 | |
| 55 | Jan. 20, 2021, Emails with Assistant Chief Mahaffey, CITY_012302-05 | | | 401, 402, 403, 802 (scheduling parts ok) | |
| 56 | Email re: Keith Swank working group participation, CITY_011995-96 | | | 401, 402, 403, 802 | |
| 57 | Julie Kline JAG text messages re May 2021 JAG meeting, CITY_004610 *et seq.* | | | 401, 402, 403, 802 | |
| 58 | Meeting invite for May 2021 JAG meeting CITY-010435-36 | | | 401, 402 | |
| 59 | SPD Manual, Section 6.010 (Dkt. 96-31) | | | 401, 402 (not in effect on Jan 2021) | |
| 60 | Protest Bookings Spreadsheet, CITY_005092 | | | 401, 402, 403, 602 | |
| 61 | KOMO Diaz clip, Dep. Exhibit 10 | Object | | 401, 402, 403, 802, 901 | |
| 62 | Evidence Item Scan (Override article) CITY_000403 | Object | | 401, 402, 403, 802, 901 | |

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|-------|-------------|--------------|---------------|-----------|----------|
| **CHALKING POLICY AND PRACTICE** | | | | | |
| 63 | Chalking photo, PL-000001 | Object | | | |
| 64 | Chalking photo, PL-000002 | Object | | | |
| 65 | Daniel Clark video of officer chalking, Dkt. 79-1, PL-000581. | | | None | |
| 66 | Screenshot from Clark video, from PL-000581 | | | None | |
| 67 | City of Seattle webpage regarding chalk Dkt. 96-10 | | | None | |
| 68 | SPD Twitter post regarding chalk, PL-00008 | | | None | |
| 69 | Tire chalking video (March), Dkt. 108-1, PL-000815 | | | 401, 402, 403 | |
| 70 | Second video of tire chalking (April), PL-000816 | | | 401, 402, 403 | |
| 71 | Photo of tire chalking, PL-000817 | | | 401, 402, 403 | |
| 72 | Tire chalking photo, PL-000519 | | | 401, 402, 403 | |
| 73 | Tire chalking photo, PL-000007. | | | 401, 402, 403 | |
| 74 | Video of Lt. Brooks chalking arrest warning, Dkt. 38-1, PL-000165 | Object | | 403 | |
| 75 | KOMO video of chalking, PL-000046. | object | | 401, 402, 403, 602, 901 | |
| 76 | Patton body camera of Clark arrest, CITY_000943 | | | 401, 402, 403 | |

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| **MISCELLANEOUS** | | | | | |
| 77 | RCW 42.52.180 – Use of public resources | | | MIL, 401, 402, 403 | |
| 78 | SMC 4.16.070 – Code of Ethics | | | MIL, 401, 402, 403 | |
| 79 | SPD Policy 5.060 – Employee Political Activity | | | MIL, 401, 402, 403 | |
| 80 | OPA Case Summary, No. 2021OPA-0013, Dkt. 96-33 | | | MIL, 401, 402, 403, 802 | |
| 81 | Trump Twitter post, Dkt. 96-32 | object | | MIL, 401, 402, 403, 802, 901 | |
| 82 | Video of barricade construction (viewed and discussed in Jackson 30(b)(6) Dep.) | object | | MIL, 401, 402, 901 | |
| 83 | Spreadsheet with DOT closure permits, PL-000134 | object | | 401, 402, 403, 602, 802, | |
| 84 | Barricade complaints, PL-000136, 137, 135 | object | | 401, 402, 403, 602, 802, 901 | |
| 85 | Officer Gregory OPA Interview, CITY_004703 - CITY_004720 | | | 802 | |
| 86 | Officer Barrett OPA Interview, CITY_004721 - CITY_004740 | | | 802 | |
| 87 | Officer Nelson OPA Interview, CITY_004640 - CITY_004662 | | | 401, 402, 403, unless Plfs identify excerpts | |

AMENDED AGREED PRETRIAL ORDER - 15

No. 2:23-cv-00017-MJP

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 88 | Officer Letizia OPA Interview, CITY_004683 - CITY_004702 | | | 401, 402, 403, unless Plfs identify excerpts | |
| 89 | Officer Nguyen OPA Interview, CITY_004663 - CITY_004682 | | | 802 | |
| 90 | Body Worn Camera showing full length of barricade wall, Axon Body 3 Video 2020-12-16 0250, CITY_000930 | | | 401, 402, 403 | |
| 91 | SPD BWC Policy | | | 401, 402; version not in effect on Jan 1, 2021 | |
| 92 | Patton Body Worn Camera showing Gadsden Flag, Axon Body 3 Video 2020-12-16 0239, CITY_000943 | | | MIL; 401, 402, 403 | |
| 93 | Gadsden flag "SPD Has Tread on Me" screenshot excerpted from CITY_000943 | | | MIL; 401, 402, 403 | |
| 94 | Copy of SMC 12A.08.020 | | | MIL | |
| **DAMAGES** | | | | | |
| 95 | Plaintiff De Castro progress notes, PL-000646-684 | object | | MIL, FRCP 26(a)(1)(A), 701, 901 | |
| 96 | Plaintiff De Castro invoices, PL-000642-645 | | | | |
| 97 | Plaintiff De Castro, Questionnaire/Intake notes, PL-000685-694 | object | | MIL, FRCP 26(a)(1), 701, 901 | |

AMENDED AGREED PRETRIAL ORDER - 16

No. 2:23-cv-00017-MJP

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 98 | Plaintiff De Castro, opinion letter, PL-000725 | object | | 401, 402, 701, 702, 703, 704, 705, 901, MIL; FRCP 26(a)(2)(B) | |
| 99 | Plaintiff De Castro, Clinician Administered PTSD Scale, PL-000695-000724 | object | | 401, 402, 701, 702, 703, 704, 705, 901, MIL; FRCP 26(a)(2)(B) | |
| 100 | De Castro Wage Docs, PL-000730-808 | object | | 401, 402, 901, compound exhibit | |
| | **SUPPLEMENTAL EXHIBITS** | | | | |
| 101 | Maehler Body Worn Camera video, CITY_012364 | | | 401, 402, 403 (cumulative) | |
| 102 | Complete arrest documentation, CITY_000453-517 | | | 401, 402, 802 (document is too long, many irrelevant w/ hearsay, but many parts are admissible) | |
| | **ADDITIONAL VIDEOS DISCLOSED BY DEFENDANTS 6/3/2024 AND 6/4/2024** | | | | |
| | **Videos produced on 6/3/2024:** | | | | |
| 103 | Axon_Body_3_Video_2021-01-01_2242 | | | irrelevant (401, 402) | |

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|-------|-------------|--------------|---------------|-----------|----------|
| | | | | and waste of time (403) | |
| 104 | Axon_Body_3_Video_2021-01-01_2249 | | | irrelevant (401, 402) and waste of time (403) | |
| 105 | Axon_Body_3_Video_2021-01-01_2249-4 | | | irrelevant (401, 402) and waste of time (403) | |
| 106 | Axon_Body_3_Video_2021-01-01_2253 | | | irrelevant (401, 402) and waste of time (403) | |
| 107 | Axon_Body_3_Video_2021-01-01_2253-2 | | | irrelevant (401, 402) and waste of time (403) | |
| 108 | Axon_Body_3_Video_2021-01-01_2255 | | | irrelevant (401, 402) and waste of time (403) | |
| 109 | Axon_Body_3_Video_2021-01-01_2255-2 | | | irrelevant (401, 402) and waste of time (403) | |
| **Videos produced on 6/4/2024:** | | | | | |
| 110 | Axon_Body_3_Video_2021-01-01_2240 | | | irrelevant (401, 402) and waste of time (403) | |
| 111 | Axon_Body_3_Video_2021-01-01_2332 | | | irrelevant (401, 402) and waste of time (403) | |

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

**DEFENDANTS' TRIAL EXHIBITS**

In addition to those identified by Plaintiffs, the Defendants identify the following trial exhibits, which Defendants intend to present to the jury in electronic format:

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|-------|-------------|--------------|---------------|-----------|----------|
| 200 | Body Worn Video of Mia Nguyen, 11:07 pm; Dkt 94, CITY_000898. Excerpts 11:09-11:10, 11:13-15 | | Agreed | | |
| 201 | SPD General Offense Report #2021-000736; Dkt 86-16, CITY_000453. | | Withdrawn | FRE 401, 402, 403, 801, 802. Plaintiffs have included the relevant and admissible excerpts of this packet of documents in their proposed exhibits. | |
| 202 | Captain Sano Email, dated Aug. 10, 2021; Dkt 103-3, CITY_004742. | | Withdrawn | FRE 401, 402, 403, 407, 801 | |
| 203 | Photos, SPD East Precinct, Dkt 111-1, CITY_000419-CITY_000420, CITY_000422-CITY_000427, and PL-000070. | | Agreed | | |

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 204 | Video of Plaintiff Moya-Delgado marking wall of East Precinct building; PL-000162 | | Agreed | | |
| 205 | Excerpt of In-Car Video, Plaintiffs Snyder and DeCastro; CITY_000898. Excerpt 11:34-11:39. | | Disputed | Document Defendants produced as exhibit is Bates 899. Object under FRE 401, 403. | |
| 206 | Body Worn Video of Mia Nguyen, 10:55 pm; Dkt 94, CITY_000903 (excerpt – 10:55-10:58pm) | | Agreed | | |

## ORDER OF THE COURT

This case is scheduled for trial before a jury on June 12, 2024, at 9:00 a.m. This order has been approved by the parties as evidenced by the signatures of their counsel. This order shall control the subsequent course of the action unless modified by a subsequent order. This order shall not be further amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

Dated June 11, 2024.

Marsha J. Pechman
United States Senior District Judge

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

As present on this 11th day of June, 2024 by.

By: MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961
  */s/Nathaniel Flack*_____
Nathaniel Flack, WSBA #58582
Email: nathanielf@mhb.com
Braden Pence, WSBA #43495
Email: bradenp@mhb.com

By: THE LAW OFFICE OF NEIL FOX
2125 Western Ave Ste 330
Seattle, WA 98121-3573
Tel 206.728.5440 Fax 866.422.0542

  _*/s/Neil Fox*_____
Neil Fox, WSBA #15277
Email: nf@neilfoxlaw.com


By:

*/s/Kerala Cowart*_____
Kerala Cowart, WSBA# 53649
Joseph D. Everett, WSBA# 38248
Assistant City Attorneys_____

E-mail: kerala.cowart@seattle.gov
E-mail: joseph.everett@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200

*Attorneys for Defendant City of Seattle,*
*Alexander Patton, Dylan Nelson,*
*Ryan Kennard, and Michele Letizia*

AMENDED AGREED PRETRIAL ORDER - 21

No. 2:23-cv-00017-MJP