**C23-117-MJP Tucson v. City of Seattle**
**Judge Marsha J Pechman**
**Exhibit List**

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 36 | Live Stream Video (FutureCrystals) | Admitted | 6/12/24 | |
| 1 | Photographs of eco-block wall | Admitted | 6/12/24 | |
| 26 | Body Cam Footage (Officer Maehler) | Admitted | 6/12/24 | |
| 23 | Body Cam Footage (Officer Barrett) | Admitted | 6/13/24 | |
| 112 | Photograph of eco-block wall | Admitted | 6/13/24 | |
| 113 | Photograph of eco-block wall | Admitted | 6/13/24 | |
| 21 | Body Cam Footage (Officer Patton) | Admitted | 6/13/24 | |
| 93 | Photograph (bulletin board) | Admitted | 6/13/24 | |
| 115 | Photograph (sally port) | Admitted | 6/13/24 | |
| 6 | Arrest Report | | | Not Offered for Admission |
| 16 | CAD Report | | | Not Offered for Admission |
| 111 | Body Cam Footage (Officer Barrett) | Admitted | 6/13/24 | |
| 65 | Video (West Precinct Plaza) | Admitted | 6/13/24 | |
| 200 | Body Cam Footage (Officer Nguyen) | Admitted | 6/13/24 | |
| 94 | Seattle Municipal Code | Admitted | 6/13/24 | |
| 205 | In car video (Snyder & De Castro) | Admitted | 6/13/24 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 207 | Pltf Snyder Text Message Screenshot | Objection – Admitted | 6/13/24 | |
| 10 | Ofc Nelson Statement | Admitted | 6/14/24 | |
| 87 | Nelson Interview | | | Not Offered for Admission |
| 25 | Body Cam Footage (Officer Nelson) | Admitted | 6/14/24 | |
| 11 | Ofc. Nelson Supplemental Report | Admitted | 6/14/24 | |
| 29 | Body Cam Footage (Officer Nelson) | Admitted | 6/14/24 | |
| 35 | In car video (Moya-Delgado & Tucson) | Admitted | 6/14/24 | |
| 203 | Photographs (eco-block and precinct walls) | Admitted | 6/14/24 | |
| | | | | |
| 30 | Body Cam Footage (Officer Barrett) | Admitted | 6/14/24 | |
| 101 | Body Cam Footage (Lt. Maehler) | Admitted | 6/14/24 | |
| 117 | Still Photo of eco-block wall | Admitted | 6/17/24 | |
| 4 | Still Photo from FutureCrystals LiveStream | Admitted | 6/17/24 | |
| 5 | Still Photo from Precinct Cameras | Admitted | 6/17/24 | |
| 31 | Body Cam Footage (Officer Gregory) | Admitted | 6/17/24 | |
| 33 | Body Cam Footage (Officer Gregory) | Admitted | 6/17/24 | |
| 70 | De Castro Cell Phone Video (parking enforcement) | Admitted | 6/17/24 | |
| 118 | Still Photo from Officer Barrett Body Cam | Admitted | 6/17/24 | |
| 74 | De Castro Cell Phone Video (Lt. Brooks) | Admitted | 6/17/24 | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| 28 | Body Cam footage (Officer Barrett) | Admitted | 6/17/24 | |
| 17 | Security Video | Admitted | 6/17/24 | |
| 18 | Security Video | Admitted | 6/17/24 | |
| 19 | Security Video | Admitted | 6/17/24 | |
| 67 | City of Seattle Webpage | Admitted | 6/17/24 | |
| 68 | Twitter Screen Shot | Admitted | 6/17/24 | |
| 69 | Cell Phone Video (parking enforcement) | Admitted | 6/17/24 | |
| 66 | Still Photo of Video (West Precinct Plaza) | Admitted | 6/17/24 | |
| 37 | John Diaz Booking Memo | Admitted | 6/17/24 | |
| 38 | Email | Admitted | 6/17/24 | |
| 43 | Email | Objection – Admitted | 6/18/24 | |
| 49 | Meeting Agenda | Objection – Admitted | 6/18/24 | |
| 52 | Email | Objection – Admitted | 6/18/24 | |
| 8 | Sgt. Kennard Supplemental Report | Admitted | 6/18/24 | |
| 15 | Incident Cover Sheet | Admitted | 6/18/24 | |
| 88 | Letizia Interview | | | Not offered |
| 116 | Handwritten elements | | | Not offered (illustrative) |
| | | | | |
| | | | | |

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |