Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, DYLAN NELSON, RYAN KENNARD, and MICHELE LETIZIA,<br><br>Defendants. | No. 2:23-cv-00017-MJP<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION RE: BRIEFING SCHEDULE |

The parties' stipulated motion filed July 3, 2024 is GRANTED. Plaintiffs' Motion for Injunctive Relief should be filed no later than July 24, 2024, and noted as a 21-day motion under Local Civil Rule 7(d).

Dated this 5th of July, 2024

Marsha J. Pechman
U.S. Senior District Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION RE:
BRIEFING SCHEDULE - 1

No. 2:23-cv-00017-MJP

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

Submitted by:

By: MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

*/s/ Braden Pence*
Braden Pence, WSBA #43495
Email: bradenp@mhb.com

*/s/ Nathaniel Flack*
Nathaniel Flack, WSBA #58582
Email: nathanielf@mhb.com

*Attorneys for Plaintiffs*

By: THE LAW OFFICE OF NEIL FOX
2125 Western Ave Ste 330
Seattle, WA 98121-3573
Tel 206.728.5440 Fax 866.422.0542

*/s/ Neil Fox*
Neil Fox, WSBA #15277
Email: nf@neilfoxlaw.com

*Attorneys for Plaintiffs*

By:

/s/Kerala Cowart
Kerala Cowart, WSBA# 53649
Joseph D. Everett, WSBA# 38248
Assistant City Attorneys

E-mail: kerala.cowart@seattle.gov
E-mail: joseph.everett@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200

*Attorneys for Defendant City of Seattle, Alexander Patton, Dylan Nelson, Ryan Kennard, and Michele Letizia*

[PROPOSED] ORDER GRANTING STIPULATED MOTION RE:
BRIEFING SCHEDULE - 2

No. 2:23-cv-00017-MJP

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961