UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, DYLAN NELSON, RYAN KENNARD, and MICHELE LETIZIA,<br><br>Defendants. | CASE NO. C23-17 MJP<br><br>ORDER GRANTING MOTION TO CORRECT JUDGMENT |

This matter comes before the Court on Plaintiffs' Motion to Correct the Judgment. (Dkt. No. 169.) Having reviewed the Motion, Defendants' Response which sets forth Defendants' non-opposition (Dkt. No. 180), and all supporting materials, the Court GRANTS the Motion. Although Plaintiffs agree the judgment accurately reflects the jury's total compensatory and punitive damage award for each Plaintiff, they ask the Court to break down each Plaintiff's punitive damage award by Defendant. The Court finds this request to be reasonable and

ORDER GRANTING MOTION TO CORRECT JUDGMENT - 1

appropriate under Fed. R. Civ. P. 60(a). The Court DIRECTS the Clerk to enter an amended judgment that contains the additional per-Defendant detail for each Plaintiff's punitive damage award, which is otherwise already reflected in the jury's verdict. (Dkt. No. 164.)

The clerk is ordered to provide copies of this order to all counsel.

Dated July 25, 2024.

Marsha J. Pechman
United States Senior District Judge