# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,<br><br>                Plaintiffs,<br><br>    v.<br><br>CITY OF SEATTLE, ALEXANDER PATTON, DYLAN NELSON, RYAN KENNARD, and MICHELE LETIZIA,<br><br>                Defendants. | **AMENDED JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C23-17 MJP |

  X    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

        **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE JURY FOUND in favor of each Plaintiff on all claims and awarded Plaintiffs $680,000 in total, as follows:

1. Derek Tucson: (1) $20,000.00 in compensatory damages; and (2) $150,000.00 in punitive damages against the individual defendants as follows:

| | |
|---|---|
| Defendant Kennard | $60,000 |
| Defendant Nelson | $7,500 |
| Defendant Patton | $22,500 |
| Defendant Letizia | $60,000 |

2. Robin Snyder: (1) $20,000.00 in compensatory damages; and (2) $150,000.00 in punitive damages against the individual defendants as follows:

| | |
|---|---|
| Defendant Kennard | $60,000 |
| Defendant Nelson | $22,500 |
| Defendant Patton | $7,500 |
| Defendant Letizia | $60,000 |

3. Monsieree De Castro: (1) $20,000.00 in compensatory damages; and (2) $150,000.00 in punitive damages against the individual defendants as follows:

| | |
|---|---|
| Defendant Kennard | $60,000 |
| Defendant Nelson | $22,500 |
| Defendant Patton | $7,500 |
| Defendant Letizia | $60,000 |

4. Erik Moya-Delgado: (1) $20,000.00 in compensatory damages; and (2) $150,000.00 in punitive damages against the individual defendants as follows:

| | |
|---|---|
| Defendant Kennard | $60,000 |
| Defendant Nelson | $15,000 |
| Defendant Patton | $15,000 |
| Defendant Letizia | $60,000 |

(See Jury Verdict (Dkt. No. 164 (redacted)).)

Dated July 25, 2024.

                                                      Ravi Subramanian  
                                                      Clerk of Court

                                                      s/ Kathleen Albert  
                                                     Deputy Clerk