Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,

    Plaintiffs,

vs.

CITY OF SEATTLE, ALEXANDER PATTON, DYLAN NELSON, RYAN KENNARD, and MICHELE LETIZIA,

    Defendants.

No.  2:23-cv-00017 MJP

ORDER GRANTING DEFENDANTS' MOTION TO STAY EXECUTION OF JUDGMENT, INCLUDING ATTORNEYS' FEES, COSTS, AND INTEREST, PENDING APPEAL

Noting Date: October 10, 2024

    The Court having reviewed and considered the Defendants' motion to stay execution of judgment (including attorneys' fees, costs, and interest), and having determined that Defendants' proposed surety is adequate to protect Plaintiffs' interests during the pendency of appeal it is HEREBY ORDERED that the Motion is GRANTED.

ORDER GRANTING DEFENDANTS' MOTION TO STAY EXECUTION OF JUDGMENT, INCLUDING ATTORNEYS' FEES, COSTS AND INTEREST, PENDING APPEAL
2:23-cv-00017 MJP

Ann Davison
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

To stay execution of the judgment (including attorneys' fees, costs, and interest) pending appeal, Defendants must file a supersedeas bond equal to 125% of Plaintiffs' $1,455,668.17 judgment, i.e., $1,819,585.21. The terms of the bond must provide that its duration is the duration of the appeal.

As provided in Federal Rule of Civil Procedure 62(b), the stay shall take effect once the City has filed the bond and the Court has approved it.

DATED this __11th__ day of __October___, 2024.

_____
Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING DEFENDANTS' MOTION TO STAY EXECUTION OF JUDGMENT, INCLUDING ATTORNEYS' FEES, COSTS AND INTEREST, PENDING APPEAL
2:23-cv-00017 MJP

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

DATED: October 10, 2024

BY:

ANN DAVISON
Seattle City Attorney

*/s/ Kerala Cowart*
Kerala Cowart, WSBA #53649
Jessica Leiser, WSBA #49349
Joseph D. Everett, WSBA# 38248
Assistant City Attorneys
E-mail: kerala.cowart@seattle.gov
E-mail: jessica.leiser@seattle.gov
E-mail: joseph.everett@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 733-9001

Attorneys for Defendants

ORDER GRANTING DEFENDANTS' MOTION TO STAY EXECUTION OF JUDGMENT, INCLUDING ATTORNEYS' FEES, COSTS AND INTEREST, PENDING APPEAL
2:23-cv-00017 MJP

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200