Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DEREK TUCSON, ROBIN SNYDER,
MONSIEREE DE CASTRO, and ERIK
MOYA-DELGADO,

Plaintiffs,

v.

CITY OF SEATTLE, ALEXANDER
PATTON, DYLAN NELSON, RYAN
KENNARD, and MICHELE LETIZIA,

Defendants.

No. 2:23-cv-00017-MJP

PLAINTIFFS' SECOND MOTION
FOR ATTORNEYS' FEES, COSTS,
AND INTEREST ON APPEAL

NOTED ON MOTION CALENDAR:
APRIL 13, 2026

For the reasons and on the basis stated in the materials attached to this motion as Exhibit 1, Plaintiffs respectfully move for recovery of reasonable attorneys on appeal.

Exhibit 1 to this motion is an application for attorney fees currently pending in the Ninth Circuit. Exhibit 2 to this motion is a motion to transfer the issue of attorney fees to this Court. In an abundance of caution, Plaintiffs are filing these exhibits with this Court in order to preserve the issue unless and until the Ninth Circuit resolves the issue or remands it to this Court.

PLAINTIFFS' SECOND MOTION FOR ATTORNEYS'
FEES, COSTS, AND INTEREST ON APPEAL - 1
*Tucson et al. v. City of Seattle et al.*, No. 2:23-cv-00017-MJP

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

We certify that this memorandum contains 97 words, in compliance with the Local Civil Rules.

DATED this 23rd day of March, 2026.

By: MacDONALD HOAGUE & BAYLESS

*/s/ Braden Pence*
Braden Pence, WSBA #43495
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961
Email: bradenp@mhb.com

By: THE LAW OFFICE OF NEIL FOX

*/s/ Neil Fox*
Neil Fox, WSBA #15277
2125 Western Ave Ste 330
Seattle, WA 98121-3573
Tel 206.728.5440 Fax 866.422.0542
Email: nf@neilfoxlaw.com

PLAINTIFFS' SECOND MOTION FOR ATTORNEYS' FEES, COSTS, AND INTEREST ON APPEAL - 2
*Tucson et al. v. City of Seattle et al.*, No. 2:23-cv-00017-MJP

CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Erika Evans
Seattle City Attorney

Jessica Leiser, WSBA#49349
Assistant City Attorney
Email: Jessica.leiser@seattle.gov

Kerala Cowart, WSBA #53649
Assistant City Attorney
Email: kerala.cowart@seattle.gov

Joseph D. Everett, WSBA #38248
Assistant City Attorney
Email: Joseph.Everett@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104

Attorneys for Defendants

DATED this 23rd day of March, 2026, at Seattle, Washington.

 _/s/ Lucas Wildner_
Lucas Wildner, Legal Assistant

PLAINTIFFS' SECOND MOTION FOR ATTORNEYS'
FEES, COSTS, AND INTEREST ON APPEAL - 3
*Tucson et al. v. City of Seattle et al.*, No. 2:23-cv-00017-MJP

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961