# EXHIBIT 2

No. 24-5801

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK
MOYA-DELGADO,

*Plaintiffs-Appellees*,

v.

CITY OF SEATTLE, RYAN KENNARD, MICHELE LETIZIA, DYLAN
NELSON, and ALEXANDER PATTON,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the Western District of Washington

**PROCEDURAL MOTION TO TRANSFER CONSIDERATION OF
ATTORNEYS FEES ON APPEAL TO THE DISTRICT COURT**

Braden Pence
MACDONALD, HOAGUE & BAYLESS
1500 Hoge Building
705 Second Avenue
Seattle, WA 98104
(206) 622-1604
bradenp@mhb.com

Neil Fox
LAW OFFICE OF NEIL FOX, PLLC
2125 Western Avenue
Suite 330
Seattle WA 98121
206-728-5440
nf@neilfoxlaw.com

## RELIEF REQUESTED

Plaintiffs-Appellees respectfully request procedural relief under Fed. R. Civ. Pro. 27(b), transferring the question of prevailing party appellate attorney fees to the District Court from which the appeal was taken, pursuant to Cir. R. 39-1.8.

Counsel for Defendants-Appellants have indicated no opposition.

## GROUNDS

The question of prevailing party appellate attorney fees may be resolved by either the Panel, Cir. R. 39-1.6, or by the District Court from which the appeal was taken, Cir. R. 39-1.8.

The Panel filed its order denying Defendants' petition for en banc review on March 9, 2026 (Dkt. 54.1). Plaintiffs-Appellees' filed this motion within 14 days of the Panel's denial. Therefore, this motion is timely. *Id.*, Cir. R. 39-1.6(a).

## ARGUMENT

Transferring the issue of prevailing party appellate fees to the District Court will preserve judicial resources. Given the Panel's straightforward decision affirming the proceedings below, the question of which party prevailed is not complex. The parties have other housekeeping business to address with the District Court, including modification of the final judgment to reflect appellate costs and post-judgment interest. Under these circumstances, transferring the question of prevailing party appellate attorney fees to the District Court is authorized, efficient, and reasonable.

For the foregoing reasons, the question of prevailing party appellate attorney fees should be transferred to the District Court.

1

DATED this 13th day of March, 2026.

MacDONALD HOAGUE & BAYLESS      LAW OFFICE OF NEIL FOX, PLLC


By: _/s/ Braden Pence_____        By: _/s/ Neil Fox_____
    Braden Pence, WSBA # 43495        Neil Fox, WSBA # 15277
    1500 Hoge Building            2125 Western Avenue Suite 330
    705 Second Avenue            Seattle WA 98121
    Seattle, WA 98104            206-728-5440
    (206) 622-1604              nf@neilfoxlaw.com
    bradenp@mhb.com

                   Attorneys for Plaintiffs-Appellees

Attorneys for Plaintiffs-Appellees


**CERTIFICATE OF COMPLIANCE**

**This brief contains 215 words,** excluding the items exempted by Fed. R.

App. P. 32(f). The brief's type size and typeface comply with Fed. R. App. P.

32(a)(5) and (6).

    I certify that this brief complies with the word limit of Cir. R. 32-1(a).

DATE: March 13, 2026

             By: _/s/ Braden Pence WSBA # 43495_
                Attorneys for Plaintiffs-Appellees

2