Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,

Plaintiffs,

v.

CITY OF SEATTLE, ALEXANDER PATTON, DYLAN NELSON, RYAN KENNARD, and MICHELE LETIZIA,

Defendants.

No. 2:23-cv-00017-RSM

STIPULATED MOTION AND [PROPOSED] ORDER AWARDING PLAINTIFFS' APPELLATE ATTORNEYS' FEES

NOTED FOR APRIL 6, 2026

STIPULATED MOTION

The parties stipulate that Plaintiffs should be awarded reasonable attorney fees on appeal in the amount of $125,000.00, thereby resolving Plaintiff's pending petition for attorney fees on appeal in this matter (Dkt. 241).

PROPOSED ORDER

This matter comes before the Court on the parties' Stipulated Motion and Proposed Order Awarding Plaintiffs' Appellate Attorneys' Fees.

Having reviewed the Motion, the pending petition (Dkt. 241), the court file, and otherwise being fully apprised, the Court GRANTS this Stipulated Motion, and awards

STIPULATED MOTION AND [PROPOSED] ORDER AWARDING PLAINTIFFS' APPELLATE ATTORNEYS' FEES - 1

No. 2:23-cv-00017-RSM

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

Plaintiffs' reasonable attorney fees in the amount of $125,000.00 for appellate work in this case.

This order resolves Plaintiffs pending motion for attorney fees on appeal (Dkt. 241).

DATED this _____ of April, 2026.

_____
Hon. Ricardo S. Martinez
United States District Court Judge

PRESENTED BY:

MacDONALD HOAGUE & BAYLESS

By: /s/ Braden Pence
Braden Pence, WSBA #43495
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961
Email: bradenp@mhb.com

By: THE LAW OFFICE OF NEIL FOX

By: /s/ Neil Fox
Neil Fox, WSBA #15277
2125 Western Ave Ste 330
Seattle, WA 98121-3573
Tel 206.728.5440 Fax 866.422.0542
Email: nf@neilfoxlaw.com

Attorneys for Plaintiffs

SEATTLE CITY ATTORNEY'S OFFICE

By: /s/ Ghazal Sharifi (authorized via email)
Ghazal Sharifi, WSBA #47750
Jessica Leiser, WSBA#49349
Kerala Cowart, WSBA #53649
Joseph D. Everett, WSBA #38248
Email: Ghazal.Sharifi@seattle.gov
Email: Jessica.leiser@seattle.gov
Email: kerala.cowart@seattle.gov
Email: Joseph.Everett@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104

Attorneys for Defendants

STIPULATED MOTION AND [PROPOSED] ORDER AWARDING
PLAINTIFFS' APPELLATE ATTORNEYS' FEES - 2

No. 2:23-cv-00017-RSM

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Erika Evans
Seattle City Attorney

Ghazal Sharifi, WSBA #47750
Jessica Leiser, WSBA#49349
Kerala Cowart, WSBA #53649
Joseph D. Everett, WSBA #38248
Email: Ghazal.Sharifi@seattle.gov
Email: Jessica.leiser@seattle.gov
Email: kerala.cowart@seattle.gov
Email: Joseph.Everett@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104

Attorneys for Defendants


DATED this 6th day of April, 2026, at Seattle, Washington.


/s/ Lucas Wildner
Lucas Wildner, Legal Assistant

STIPULATED MOTION AND [PROPOSED] ORDER AWARDING
PLAINTIFFS' APPELLATE ATTORNEYS' FEES - 3

No. 2:23-cv-00017-RSM

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961