UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEREK TUCSON, ROBIN SNYDER, MONSIEREE DE CASTRO, and ERIK MOYA-DELGADO,

Plaintiffs,

v.

CITY OF SEATTLE, ALEXANDER PATTON, DYLAN NELSON, RYAN KENNARD, and MICHELE LETIZIA,

Defendants.

No. 2:23-cv-00017-RSM

STIPULATED MOTION AND ORDER AWARDING PLAINTIFFS' APPELLATE ATTORNEYS' FEES

STIPULATED MOTION

The parties stipulate that Plaintiffs should be awarded reasonable attorney fees on appeal in the amount of $125,000.00, thereby resolving Plaintiff's pending petition for attorney fees on appeal in this matter (Dkt. 241).

ORDER

This matter comes before the Court on the parties' Stipulated Motion and Proposed Order Awarding Plaintiffs' Appellate Attorneys' Fees, Dkt. #244.

Having reviewed the Motion, the pending petition (Dkt. 241), the court file, and otherwise being fully apprised, the Court GRANTS this Stipulated Motion, and awards Plaintiffs' reasonable

STIPULATED MOTION AND ORDER AWARDING PLAINTIFFS'
APPELLATE ATTORNEYS' FEES - 1

attorney fees in the amount of $125,000.00 for appellate work in this case. Plaintiffs' pending motion for attorney fees on appeal Dkt. #241, is STRICKEN as MOOT.

IT IS SO ORDERED.

DATED this 7th day of April, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER AWARDING PLAINTIFFS'
APPELLATE ATTORNEYS' FEES - 2